**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., <br><br> Defendants. | Civil Action No. 04cv11600 (RGS) |
| BOGATIN FAMILY TRUST, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., <br><br> Defendants. | Civil Action No. 04cv11642 (RGS) |
| CYNTHIA A. BENNETT and GUY E. MILLER, <br><br> Plaintiffs, <br><br> vs. <br><br> FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., <br><br> Defendants. | Civil Action No. 04cv11651 (RGS) |

[Caption continues on next page]

**MEMORANDUM OF LAW IN SUPPORT OF THE PLAINTIFFS'
MOTION FOR APPOINTMENT OF TRI-LEAD COUNSEL
<u>AND APPOINTMENT OF LIAISON COUNSEL</u>**

| | |
|---|---|
| GHASSAN J. AWALI et al., Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>    Defendants. | Civil Action No. 04cv11709 (RGS) |
| WILLIAM S. GROESCHEL, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>    Defendants. | Civil Action No. 04cv11735 (RGS) |
| NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, ROSE M. IANNACCONE, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of FIDELITY MAGELLAN AND FIDELITY CONTRAFUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>    Defendants. | Civil Action No. 04cv11756 (MLW) |

[Caption continues on next page]

| | |
|---|---|
| DAVID O. FALLERT, Individually And On Behalf Of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 04cv11812 (RGS) |

## TABLE OF CONTENTS

                                                                                      **Page**

INTRODUCTION ............................................................................................................................1

FACTUAL BACKGROUND.........................................................................................................2

ARGUMENT..................................................................................................................................3

CONCLUSION……………………………………………………………………………….…4

Plaintiffs James Gilliam, Bogatin Family Trust, William S. Groeschel, Ghassan J. Awali, Marina Berti, Valeriex A. Daspit, Arthur G. Denker, Randall C. Heyward, Stanley H. Krupa, Nicole Lenzi, David M. Lucoff, Joseph F. Martingano, Michael S. Mendolia, Patricia K. Munshaw, Brian D. Reese, Jay J. Rupp, Gilbert P. Travis, Jewel R. Travis and David O. Fallert ("Plaintiffs"), by their counsel, hereby move this Court for entry of [Proposed] Pretrial Order No. 2 For Appointment of Tri-Lead Counsel And Appointment Of Liaison Counsel, approving Plaintiffs' selection of: (i) Milberg Weiss Bershad & Schulman LLP ("Milberg Weiss"), Stull, Stull & Brody and Scott + Scott, LLC ("Scott + Scott) as Tri-Lead Counsel to oversee the above-captioned actions (the "Actions"); and (ii) Moulton & Gans, P.C. as Liaison Counsel.

Counsel for plaintiffs Gilliam, Bogatin Family Trust, Groeschel, Awali et al. and Fallert, which are subject to the concurrently filed Motion For Consolidation, join, or do not oppose, this request.

## INTRODUCTION

As of August 31, 2004 there were seven related actions pending in this District. Five of the actions, the *Gilliam, Bogatin Family Trust, Groeschel, Awali et al.* and *Fallert* actions, are brought on behalf of a class of investors in mutual funds belonging to the Fidelity Investments ("Fidelity") family of mutual funds (the "Fidelity Funds"), and derivatively on behalf of the Fidelity Funds, against the Fidelity Funds investment advisers, the Fidelity Funds principal underwriter, the investment advisers' and underwriters' corporate parents and the Fidelity Funds trustees during class periods beginning July 16, 1999 and ending November 17, 2003 (the "Class Actions"). The other two actions, the *Bennett et al.* and *Haugen et al.* actions, are similarly brought against Fidelity Management and Research Company and FMR Co., Incorporated.

The Class Actions allege a variety of claims, specifically violations of §§ 34(b), 36(b) and 48(a) of the Investment Company Act of 1940 (the "Investment Company Act"), violations of §§ 206 and 215 of the Investment Advisers Act of 1940 (the "Investment Advisers Act"), breaches of fiduciary duty and aiding and abetting breaches of fiduciary duty. Similarly, *Bennett et al.* and *Haugen et al.* assert claims against Fidelity Management and Research Company and FMR Co., Inc. and contain the same claims as the Class Actions, specifically violations of § 36(b) of the Investment Company Act and breaches of fiduciary duty.

## FACTUAL BACKGROUND

The Actions allege that Fidelity and its affiliated distributor and investment advisers named as defendants (the "Investment Adviser Defendants") breached their duties to the Fidelity Funds and Fidelity investors by drawing upon the assets of the Fidelity Funds to pay brokerages, including Morgan Stanley Dean Witter, to aggressively push Fidelity Funds over other funds, and also allege that such investment advisers concealed such payments from investors by disguising them as brokerage commissions. The Actions also allege that, although the amount of assets held by the Fidelity Funds has increased dramatically over time, the defendants in the Actions failed to pass on the resulting economies of scale to plaintiffs, and have instead retained the excess profits resulting from the economies of scale. The Actions further allege that the Fidelity investment advisers named as defendants breached their duties to the Fidelity Funds and Fidelity investors by drawing upon the assets of the Fidelity Funds to pay the defendants excessive commissions in exchange for which defendants received and retained fallout benefits such as "Soft Dollars."

## ARGUMENT

## MILBERG WEISS, STULL, STULL & BRODY AND SCOTT + SCOTT SHOULD BE APPOINTED TRI-LEAD COUNSEL

This Court should appoint the law firms of Milberg Weiss, Stull, Stull & Brody and Scott + Scott as Tri-Lead Counsel. Milberg Weiss and Scott + Scott are counsel for plaintiff James Gilliam. Stull, Stull & Brody is counsel for plaintiffs William S. Groeschel, Ghassan J. Awali et al. and David O. Fallert. All three firms have substantial experience in the prosecution of shareholder and securities class and derivative actions, and have the resources necessary to efficiently conduct this litigation. *See* Exhibits A, B and C, Milberg Weiss, Stull, Stull & Brody and Scott + Scott Firm Resumes, respectively.[1]

Milberg Weiss, Stull, Stull & Brody and Scott + Scott are well-qualified to act as Tri-Lead Counsel by virtue of their resources, experience and track record in the area of class action litigation. Milberg Weiss has spearheaded some of the largest and most complex class actions in history, such as *In re NASDAQ Market-Makers Antitrust Litig.*, Civ. No. 3996 (S.D.N.Y.), *In re Initial Public Offering Sec. Litig.,* Master File No. 21 MC 92 (S.D.N.Y.), and *In re Raytheon Co. Sec. Litig.,* 99-12142-PBS (D. Mass). Stull, Stull & Brody has been recognized by numerous courts for the high quality of its legal representation in such cases as *In re Ikon Office Solutions, Inc. Sec. Litig.*, 2000 U.S. Dist. LEXIS 6510 (E.D. Pa. May 9, 2000), *In re Electro-Catheter Corp. Sec. Litig.*, Civ. No. 87-41 (D.N.J.), and *Schaffer v. Timberland Co.*, 94-634-JD (D.N.H). Similarly experienced, Scott + Scott has been appointed to numerous leadership positions in cases such as *Thurber v. Mattel, Inc.,* 99cv10368 (C.D. Cal.), *In re Sprint Sec. Litig.,* 01cv04115 (D. Kan.), and *Irvine, et al. v. ImClone Systems, Inc., et al.,* 02cv0109 (S.D.N.Y.). Accordingly,

---

[1] Exhibits A, B and C are attached to the Declaration of Kim E. Levy In Support Of Plaintiffs' Motion For Appointment Of Tri-Lead Counsel And Appointment Of Liaison Counsel (the "Levy Decl."), submitted contemporaneously herewith.

3

the Court can rest assured that Milberg Weiss, Stull, Stull & Brody and Scott + Scott will similarly be capable of harmonizing the efforts of all counsel involved in this litigation.

The law firm of Moulton & Gans, P.C. should be appointed as Liaison Counsel. *See* Exhibit D, the Moulton & Gans, P.C. Firm Resume.[2] Moulton & Gans, P.C. has significant experience, and was appointed special liaison counsel in *In re Raytheon Company Sec. Litig.,* 99-12142-PBS (D. Mass). The appointment will promote judicial economy and is consistent with the recommendations of § 10.22 of the Manual for Complex Litigation (4th ed. 2004) which discusses the role of counsel in multiparty litigation.

## CONCLUSION

For the foregoing reasons, this Court should appoint Milberg Weiss, Stull, Stull & Brody and Scott + Scott as Co-Lead Counsel, and Moulton & Gans, P.C. as Liaison Counsel.

Dated:   September 1, 2004           Respectfully submitted,

**MOULTON & GANS, P.C.**

By:  /s/ Nancy Freeman Gans
      Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts 02109-4216
(617) 369-7979

*Counsel for Plaintiffs James Gilliam, William S. Groeschel, Ghassan J. Awali, Marina Berti, Valeriex A. Daspit, Arthur G. Denker, Randall C. Heyward, Stanley H. Krupa, Nicole Lenzi, David M. Lucoff, Joseph F. Martingano, Michael S. Mendolia, Patricia K. Munshaw, Brian D. Reese, Jay J. Rupp, Gilbert P. Travis, Jewel R. Travis and David O. Fallert and Proposed Liaison Counsel*

---

[2] Exhibit D is attached to the Levy Decl.

**MILBERG WEISS BERSHAD
  & SCHULMAN LLP**
Steven G. Schulman
Janine L. Pollack
Kim E. Levy
Michael R. Reese
One Pennsylvania Plaza
New York, New York  10119-0165
(212) 594-5300

*Counsel for Plaintiff James Gilliam and Proposed Tri-Lead Counsel*


**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
(212) 687-7230

*Counsel for Plaintiffs William S. Groeschel, Ghassan J. Awali, Marina Berti, Valeriex A. Daspit, Arthur G. Denker, Randall C. Heyward, Stanley H. Krupa, Nicole Lenzi, David M. Lucoff, Joseph F. Martingano, Michael S. Mendolia, Patricia K. Munshaw, Brian D. Reese, Jay J. Rupp, Gilbert P. Travis, Jewel R. Travis and David O. Fallert and Proposed Tri-Lead Counsel*


**SCOTT + SCOTT, LLC**
Arthur L. Shingler, III
Wells Fargo Building
401 B Street, Suite 307
San Diego, California  92101
(619) 233-4565

*Counsel for Plaintiff James Gilliam and Proposed Tri-Lead Counsel*

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

*Counsel for Plaintiff James Gilliam*


**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
Three Bala Plaza East
Suite 400
Bala Cynwyd, Pennsylvania  19004
(610) 667-7706

*Counsel for Plaintiff Bogatin Family Trust*


**GILMAN AND PASTOR, LLP**
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts  01906
(781) 231-7850

*Counsel for Plaintiff Bogatin Family Trust*

**WEISS & YOURMAN**
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, New York  10176
(212) 682-3025

*Counsel for Plaintiffs William S. Groeschel, Ghassan J. Awali, Marina Berti, Valeriex A. Daspit, Arthur G. Denker, Randall C. Heyward, Stanley H. Krupa, Nicole Lenzi, David M. Lucoff, Joseph F. Martingano, Michael S. Mendolia, Patricia K. Munshaw, Brian D. Reese, Jay J. Rupp, Gilbert P. Travis, Jewel R. Travis and David O. Fallert*

### CERTIFICATE OF SERVICE

I, Daniel P. Dietrich, hereby certify that I served a copy of the foregoing document upon counsel for all parties by mailing a copy of same, postage prepaid, to each attorney of record, this 1st day of September, 2004.

/s/ Daniel P. Dietrich
Daniel P. Dietrich