UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>Defendants. | Civil Action No. 04cv11600 (RGS) |
| BOGATIN FAMILY TRUST, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>Defendants. | Civil Action No. 04cv11642 (RGS) |
| CYNTHIA A. BENNETT and GUY E. MILLER,<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>Defendants. | Civil Action No. 04cv11651 (RGS) |

[Caption continues on next page]

**DECLARATION OF KIM E. LEVY IN SUPPORT
OF PLAINTIFFS' MOTION FOR APPOINTMENT OF TRI-LEAD
<u>COUNSEL AND APPOINTMENT OF LIAISON COUNSEL</u>**

| | |
|---|---|
| GHASSAN J. AWALI et al., Individually And On Behalf Of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>                      Defendants. | Civil Action No. 04cv11709 (RGS) |
| WILLIAM S. GROESCHEL, Individually And On Behalf Of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>                      Defendants. | Civil Action No. 04cv11735 (RGS) |
| NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, ROSE M. IANNACCONE, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of FIDELITY MAGELLAN AND FIDELITY CONTRAFUND,<br><br>                      Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>                      Defendants. | Civil Action No. 04cv11756 (MLW) |
| DAVID O. FALLERT, Individually And On Behalf Of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>                      Defendants. | Civil Action No. 04cv11812 (RGS) |

I, Kim E. Levy, under penalties of perjury, hereby declare:

1. I am a member of the law firm of Milberg Weiss Bershad & Schulman LLP ("Milberg Weiss"). I submit this declaration in support of Plaintiffs' Motion For Appointment Of Tri-Lead Counsel And Appointment Of Liaison Counsel.

2. Attached hereto as Exhibit A is a true and accurate copy of the firm resume of Milberg Weiss. Attached hereto as Exhibit B is a true and accurate copy of the firm resume of Stull, Stull & Brody. Attached hereto as Exhibit C is a true and accurate copy of the firm resume of Scott + Scott, LLC. Attached hereto as Exhibit D is a true and accurate copy of the firm resume of Moulton & Gans, P.C.

Dated:   August 31, 2004
         New York, New York

_____
Kim E. Levy