**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,  )<br>)<br>Defendants.  ) | Civil Action No. 04-cv-11600-RGS |
| BOGATIN FAMILY TRUST, Individually And On Behalf Of All Others Similarly Situated,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,  )<br>)<br>Defendants.  ) | Civil Action No. 04-cv-11642-RGS |
| GHASSAN J. AWALI et al., Individually And On Behalf Of All Others Similarly Situated,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,  )<br>Defendants.  ) | Civil Action No. 04-cv-11709-RGS |

[caption continues on next page]

| | |
|---|---|
| WILLIAM S. GROESCHEL, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br>    Defendants. | Civil Action No. 04-cv-11735-RGS |
| DAVID O. FALLERT, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br>    Defendants. | Civil Action No. 04-cv-11812-RGS |

## JOINT MOTION TO EXTEND TIME TO RESPOND TO THE MOTION FOR CONSOLIDATION AND MOTION FOR APPOINTMENT OF TRI-LEAD COUNSEL AND APPOINTMENT OF LIAISON COUNSEL, AND EXTENSION OF TIME TO <u>RESPOND TO THE INITIAL COMPLAINTS</u>

Plaintiffs and Defendants and Nominal Defendants (the "Defendants") in the above-captioned actions (collectively, the "Parties") jointly move this Court to extend the Defendants' time to respond to Plaintiffs' Motion for Consolidation of Related Cases and Plaintiffs' Motion for Appointment of Tri-Lead Counsel and Appointment of Liaison Counsel ("Consolidation Motion"), and for an extension of time within which Defendants shall move, answer, or otherwise respond to the complaints in the <u>Gilliam</u>, <u>Bogatin</u>, <u>Awali</u>, <u>Groeschel</u> and <u>Fallert</u> actions (the "Actions").

The grounds for this motion are that: (i) on September 1, 2004, Plaintiffs filed their Consolidation Motion; (ii) on September 10, 2004, counsel for certain Defendants requested an

2

LIBA/1420080.1

extension of time to and including October 7, 2004, in which to file a response to the Consolidation Motion to which the proponents of the Consolidation motion (who are also counsel to Plaintiffs in the Gilliam action) agreed as a professional courtesy; and (iii) the Consolidation Motion is still pending before this Court. The Parties expect that the five above-referenced actions will be consolidated, and Plaintiffs anticipate filing a consolidated amended complaint.

There have been no previous requests for an extension of time to move, answer, or otherwise respond to the complaints in the Actions and the Parties consent to the granting of this Motion.

WHEREFORE, the Parties jointly request that:

Defendants' time to respond to the Consolidation Motion is extended up to and including October 7, 2004;

In the event that this Court grants all or a portion of the Consolidation Motion, the time within which Plaintiffs must file a consolidated amended complaint, and the date by which Defendants shall respond thereto, shall be governed by a schedule set by this Court (Plaintiffs' proposal for which is presented in the [Proposed] Pretrial Order No. 1 For Consolidation, submitted with the Consolidation Motion). Pending filing and service of a consolidated amended complaint, Defendants shall have no obligation to move, answer, or otherwise respond to any of the complaints in the Actions or any actions subsequently consolidated with the Actions; and,

In the event that this Court denies the Consolidation Motion, Defendants in the Actions shall have a reasonable amount of time beyond the Court's disposition of the Consolidation Motion, to be agreed upon by the parties, within which to move, answer, or otherwise respond to the separate complaints.

LIBA/1420080.1

Respectfully submitted,

| PLAINTIFFS' COUNSEL: | DEFENSE COUNSEL: |
|---|---|
| By: /s/ Nancy Freeman Gans (w/ permission)<br>  Nancy Freeman Gans (BBO# 184540)<br>  MOULTON & GANS, P.C.<br>  33 Broad Street, Suite 1100<br>  Boston, MA 02109-4216<br>  (617) 369-7979<br><br>*Counsel for Plaintiffs James Gilliam, William S. Groeschel, Ghassan J. Awali, Marina Berti, Valeriex A. Daspit, Arthur G. Denker, Randall C. Heyward, Stanley H. Krupa, Nicole Lenzi, David M. Lucoff, Joseph F. Martingano, Michael S. Mendolia, Patricia K. Munshaw, Brian D. Reese, Jay J. Rupp, Gilbert P. Travis, Jewel R. Travis and David O. Fallert and Proposed Liaison Counsel*<br><br>MILBERG WEISS BERSHAD<br>  & SCHULMAN LLP<br>Jerome M. Congress<br>Janine L. Pollack<br>Kim E. Levy<br>Michael R. Reese<br>One Pennsylvania Plaza<br>New York, NY 10119-0165<br>(212) 594-5300<br><br>*Counsel for Plaintiff James Gilliam and Proposed Tri-Lead Counsel* | By: /s/ James S. Dittmar, P.C.<br>  James S. Dittmar, P.C. (BBO# 126320)<br>  Christopher D. Moore (BBO# 630651)<br>  GOODWIN PROCTER LLP<br>  Exchange Place<br>  53 State Street<br>  Boston, MA 02109<br>  (617) 570-1000<br><br>James N. Benedict<br>Mark Holland<br>C. Neil Gray<br>CLIFFORD CHANCE US LLP<br>31 West 52nd Street<br>New York, NY 10019<br>(212) 878-8000<br><br>By: /s/ Sandra Sue McQuay (w/ permission)<br>  Sandra Sue McQuay<br>  SULLIVAN WEINSTEIN & MCQUAY,<br>  Two Park Plaza<br>  Boston, MA 02116-3902<br>  (617) 348-4300<br><br>John S. Kiernan<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6000<br><br>By: /s/ Wm. Shaw McDermott (w/ permission)<br>  Wm. Shaw McDermott<br>  KIRKPATRICK & LOCKHART LLP<br>  75 State Street<br>  Boston, MA 02109<br>  (617) 261-3100<br>  *Counsel for the Defendants* |

LIBA/1420080.1

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th Street
New York, NY 10017
(212) 687-7230

*Counsel for Plaintiffs William S. Groeschel, Ghassan J. Awali, Marina Berti, Valeriex A. Daspit, Arthur G. Denker, Randall C. Heyward, Stanley H. Krupa, Nicole Lenzi, David M. Lucoff, Joseph F. Martingano, Michael S. Mendolia, Patricia K. Munshaw, Brian D. Reese, Jay J. Rupp, Gilbert P. Travis, Jewel R. Travis and David O. Fallert and Proposed Tri-Lead Counsel*


SCOTT + SCOTT, LLC
Arthur L. Shingler, III
Wells Fargo Building
401 B Street, Suite 307
San Diego, CA 92101
(619) 233-4565

*Counsel for Plaintiff James Gilliam and Proposed Tri-Lead Counsel*


LAW OFFICES OF CHARLES J. PIVEN, P.A.
Charles J. Piven
Marshall N. Perkins
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD 21202
(410) 332-0030

5

*Counsel for Plaintiff James Gilliam*

SCHIFFRIN & BARROWAY, LLP
Marc A. Topaz
Richard A. Maniskas
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706

*Counsel for Plaintiff Bogatin Family Trust*

GILMAN AND PASTOR, LLP
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
(781) 231-7850
*Counsel for Plaintiff Bogatin Family Trust*

WEISS & YOURMAN
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, NY 10176
(212) 682-3025

*Counsel for Plaintiffs William S. Groeschel, Ghassan J. Awali, Marina Berti, Valeriex A. Daspit, Arthur G. Denker, Randall C. Heyward, Stanley H. Krupa, Nicole Lenzi, David M. Lucoff, Joseph F. Martingano, Michael S. Mendolia, Patricia K. Munshaw, Brian D. Reese, Jay J. Rupp, Gilbert P. Travis, Jewel R. Travis and David O. Fallert.*

Dated: October 6, 2004

6

LIBA/1420080.1