UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., ) ) ) ) Defendants. ) | Civil Action No. 04cv11600 (RGS) |
| BOGATIN FAMILY TRUST, Individually And On Behalf Of All Others Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., ) ) ) ) Defendants. ) | Civil Action No. 04cv11642 (RGS) |
| CYNTHIA A. BENNETT and GUY E. MILLER, ) ) Plaintiffs, ) ) vs. ) ) FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., ) ) ) ) Defendants. ) | Civil Action No. 04cv11651 (RGS) |

*[Caption continues on next page]*

**MEMORANDUM OF INDEPENDENT TRUSTEE DEFENDANTS
IN OPPOSITION TO MOTION FOR CONSOLIDATION**

```
-------------------------------------------------------------------
GHASSAN J. AWALI, et al., Individually And On      )
Behalf Of All Others Similarly Situated,           )
                                                   )
                           Plaintiff,              )
                                                   )
            vs.                                    )   Civil Action No. 04cv11709 (RGS)
                                                   )
FIDELITY MANAGEMENT AND RESEARCH                   )
COMPANY, et al.,                                   )
                                                   )
                           Defendants.             )
------------------------------------------------------------------ )
WILLIAM S. GROESCHEL, Individually And On          )
Behalf Of All Others Similarly Situated,           )
                                                   )
                           Plaintiff,              )
                                                   )
            vs.                                    )   Civil Action No. 04cv11735 (RGS)
                                                   )
FIDELITY MANAGEMENT AND RESEARCH                   )
COMPANY, et al.,                                   )
                                                   )
                           Defendants.             )
------------------------------------------------------------------ )
NANCY HAUGEN, MICHAEL F. MAGNAN,                   )
KAREN L. MAGNAN, ROSE M. IANNACCONE,               )
PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS,           )
and CINDY SCHURGIN, for the use and benefit of     )
FIDELITY MAGELLAN AND FIDELITY                     )
CONTRAFUND,                                        )
                                                   )
                           Plaintiffs,             )
                                                   )
            vs.                                    )   Civil Action No. 04cv11756 (MLW)
                                                   )
FIDELITY MANAGEMENT AND RESEARCH                   )
COMPANY, et al.,                                   )
                                                   )
                           Defendants.             )
-------------------------------------------------------------------
```

*[Caption continues on next page]*

2

```
-------------------------------------------------------------------
DAVID O. FALLERT, Individually And On         )
Behalf Of All Others Similarly Situated,      )
                                              )
                      Plaintiff,              )
                                              )
              vs.                             )   Civil Action No. 04cv11812 (RGS)
                                              )
FIDELITY MANAGEMENT AND RESEARCH              )
COMPANY, et al.,                              )
                                              )
                      Defendants.             )
-------------------------------------------------------------------
```

*[End of caption]*

## MEMORANDUM OF INDEPENDENT TRUSTEE DEFENDANTS IN OPPOSITION TO MOTION FOR CONSOLIDATION

Defendants J. Michael Cook, Ralph F. Cox, Robert M. Gates, George H. Heilmeier, Donald J. Kirk, Marie L. Knowles, Ned C. Lautenbach, Marvin L. Mann, William O. McCoy, Gerald C. McDonough, and William S. Stavropoulos (collectively, the "Independent Trustee Defendants") submit this memorandum in opposition to the motion for consolidation filed by certain plaintiffs (the "Consolidation Motion").[1]

The Independent Trustee Defendants join the Fidelity Defendants, for the reasons set forth in their opposition to the Consolidation Motion, in not opposing the consolidation of the five actions currently assigned to Judge Stearns (the "Revenue Sharing" cases), but opposing the further consolidation of those five actions with two actions recently re-assigned to Judge Wolf (the "Excessive Management Fee" cases). The Independent Trustee Defendants submit this

---

[1] Plaintiffs have indicated that their proposed amended complaint will not include currently named defendant Thomas R. Williams, a former Independent Trustee who was not served and is deceased.

3

further memorandum to stress their particular interest in avoiding the consolidation of these two groups of cases, because such a consolidation would unconstructively draw them into a litigation in which they are not parties.

The Independent Trustee Defendants are present and former trustees of the more than 200 Fidelity mutual funds on whose behalf the Revenue Sharing cases are purportedly brought. They have been named as defendants in all of the Revenue Sharing cases, but are not named in either of the Excessive Management Fee cases. Consolidating these groups of cases would consequently cause the Independent Trustee Defendants to become involved in a separate set of litigation claims as to which they are not named as defendants and are not subject to liability. Since the Independent Trustee Defendants intend to move to dismiss in whole or in part the actions in which they have been named, the proposed consolidation could further prejudice the Independent Trustees by keeping them in a litigation to which they are not now and should not become parties.

In addition to the many reasons for not consolidating the two sets of cases set forth in the submissions by the Fidelity Defendants (and by plaintiffs' counsel in the Excessive Management Fee cases), this potential unfairness to the Independent Trustee Defendants thus provides a further reason to reject the consolidation of the Excessive Management Fee cases with the Revenue Sharing cases.

For these reasons, the Independent Trustee Defendants request that the Court consolidate only the five Revenue Sharing cases and deny the remainder of the Consolidation Motion.

Dated:   October 7, 2004

                                                Respectfully submitted,

                                                /s/ Sandra Sue McQuay

                                                Sandra McQuay (BBO No.                    )
                                                SULLIVAN, WEINSTEIN & MCQUAY
                                                2 Park Plaza
                                                Boston, Massachusetts  02116
                                                Telephone (617) 348-4355

<u>Of Counsel</u>:

John S. Kiernan
Suzanne M. Grosso
Nicholas F. Joseph
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Telephone (212) 909-6000

5