UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>Defendants. | Civil Action No. 04cv11600 (RGS) |
| BOGATIN FAMILY TRUST, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>Defendants. | Civil Action No. 04cv11642 (RGS) |
| CYNTHIA A. BENNETT and GUY E. MILLER,<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>Defendants. | Civil Action No. 04cv11651 (RGS) |

*[Caption continues on next page]*

**PARTIAL OPPOSITION OF NOMINAL DEFENDANT FIDELITY FUNDS
TO MOTION FOR CONSOLIDATION**

21806932v1

| | |
|---|---|
| ------------------------------------------------------------------- | |
| GHASSAN J. AWALI, et al., Individually And On Behalf Of All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Civil Action No. 04cv11709 (RGS) |
| FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., ) ) ) ) | |
| Defendants. ) | |
| ------------------------------------------------------------------- ) | |
| WILLIAM S. GROESCHEL, Individually And On Behalf Of All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Civil Action No. 04cv11735 (RGS) |
| FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., ) ) ) ) | |
| Defendants. ) | |
| ------------------------------------------------------------------- ) | |
| NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, ROSE M. IANNACCONE, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of FIDELITY MAGELLAN AND FIDELITY CONTRAFUND, ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Civil Action No. 04cv11756 (MLW) |
| FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., ) ) ) ) | |
| Defendants. ) | |
| ------------------------------------------------------------------- | |

*[Caption continues on next page]*

2

21806932v1

---------------------------------------------------------------------
| DAVID O. FALLERT, Individually And On | ) |
| Behalf Of All Others Similarly Situated, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 04cv11812 (RGS) |
| | ) |
| FIDELITY MANAGEMENT AND RESEARCH | ) |
| COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |
---------------------------------------------------------------------

*[End of caption]*

## PARTIAL OPPOSITION OF NOMINAL DEFENDANT FIDELITY FUNDS TO MOTION FOR CONSOLIDATION

The Fidelity Funds listed as Nominal Defendants hereby oppose, in limited measure, the motion for consolidation filed by certain plaintiffs (the "Consolidation Motion").

Nominal Defendants join the Independent Trustee Defendants and the Fidelity Defendants in their oppositions to the Consolidation Motion. While the consolidation of the five actions currently assigned to Judge Stearns (the "Revenue Sharing" cases) makes eminent good sense, the further consolidation of those five actions with two actions recently re-assigned to Judge Wolf (the "Excessive Management Fee" cases) is not warranted.

The Nominal Defendant Fidelity Funds have not been named in the Excessive Management Fee cases. Requiring the Nominal Defendant Fidelity Funds to participate in the adjudication of the issues in those cases will unnecessarily increase the costs of litigation, and thus will not be in the best interests of the Funds or their shareholders. The motion for consolidation, as presently presented, should be denied.

21806932v1

For these reasons, the Nominal Defendant Fidelity Funds request that the Court consolidate only the five Revenue Sharing cases and deny the remainder of the Consolidation Motion.

Dated:   October 7, 2004

<div style="margin-left: 50%;">

Respectfully submitted,

*/s/ Wm. Shaw McDermott*_____
Wm. Shaw McDermott (BBO No. 330860)
Derek M. Meisner
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA  02109
Tel:  (617) 261-3100

</div>