UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP 27  P 4:48

U.S. DISTRICT COURT
DISTRICT OF MASS.

JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,

Plaintiffs,

v.

FIDELITY MANAGEMENT & RESEARCH COMPANY, et al.,

Defendants.

Civil Action No. 04cv11600 (RGS)

## NOTICE OF APPEARANCE OF CHRISTOPHER D. MOORE ON BEHALF OF DEFENDANTS FIDELITY MANAGEMENT & RESEARCH COMPANY, et al.

Pursuant to Local Rule 83.5.2, please enter the appearance of Christopher D. Moore in the above-captioned matter on behalf of Defendants Fidelity Management & Research Company, FMR Co., Inc., FMR Corp., Fidelity Distributors Corporation, Edward C. Johnson III, Abigail P. Johnson, Edward C. Johnson IV, Elizabeth L. Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds, Robert C. Pozen, and J. Gary Burkhead.

Respectfully submitted,

FIDELITY MANAGEMENT & RESEARCH COMPANY, et al.

By their attorneys,

James S. Dittmar, P.C. (BBO # 126320)
Christopher D. Moore (BBO # 630651)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Tel: 617-570-1944
E-Mail: cmoore@goodwinprocter.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/[hand] on _____.

Dated: September 27, 2004

LIBA/1416100.1