## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., <br><br> Defendants. | ) ) ) ) ) ) Civil Action No. 04cv11600 (RGS) ) ) ) ) ) ) ) ) |
| BOGATIN FAMILY TRUST, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., <br><br> Defendants. | ) ) ) ) ) ) Civil Action No. 04cv11642 (RGS) ) ) ) ) ) ) ) ) |
| CYNTHIA A. BENNETT and GUY E. MILLER, <br><br> Plaintiffs, <br><br> vs. <br><br> FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., <br><br> Defendants. | ) ) ) ) Civil Action No. 04cv11651 (RGS) ) ) ) ) ) ) ) ) |

[Caption continues on next page]

**REQUEST FOR ORAL ARGUMENT ON THE *GILLIAM* PLAINTIFFS' MOTION FOR CONSOLIDATION OF RELATED CASES**

| | |
|---|---|
| GHASSAN J. AWALI et al., Individually And On Behalf Of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Civil Action No. 04cv11709 (RGS) ) |
| vs. | ) ) |
| FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., | ) ) ) |
| Defendants. | ) ) |
| WILLIAM S. GROESCHEL, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Civil Action No. 04cv11735 (RGS) ) |
| vs. | ) ) |
| FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., | ) ) ) ) |
| Defendants. | ) ) |
| NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, ROSE M. IANNACCONE, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of FIDELITY MAGELLAN AND FIDELITY CONTRAFUND, | ) ) ) ) ) Civil Action No. 04cv11756 (MLW) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., | ) ) ) ) |
| Defendants. | ) ) |

[Caption continues on next page]

_____
DAVID O. FALLERT, Individually And On Behalf )
Of All Others Similarly Situated, )
 )
                              Plaintiff, ) Civil Action No. 04cv11812 (RGS)
 )
    vs. )
 )
FIDELITY MANAGEMENT AND RESEARCH )
COMPANY, et al., )
 )
                             Defendants. )
_____ )

Pursuant to Local Rule 7.1(D), Defendants Fidelity Management & Research Company, FMR Co., Inc., FMR Corp., Fidelity Distributors Corporation, Edward C. Johnson 3d, Abigail P. Johnson, Edward C. Johnson IV, Elizabeth L. Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds, Robert C. Pozen, and J. Gary Burkhead hereby request oral argument on the *Gilliam* Plaintiffs' Motion for Consolidation of Related Cases.

|  | Respectfully submitted, |
|---|---|
| Of Counsel: | /s/ James S. Dittmar, P.C.<br>James S. Dittmar, P.C. (BBO# 126320)<br>Christopher D. Moore (BBO# 630651) |
| James N. Benedict<br>Mark Holland<br>Mary K. Dulka<br>C. Neil Gray<br>Clifford Chance US LLP<br>31 West 52nd Street<br>New York, New York 10019<br>Tel: 212.878.8000 | Goodwin Procter LLP<br>Exchange Place<br>53 State Street<br>Boston, Massachusetts 02109<br>Tel: 617.570.1000<br><br>*Attorneys for Defendants Fidelity Management & Research Company, FMR Co., Inc., FMR Corp., Fidelity Distributors Corporation, Edward C. Johnson 3d, Abigail P. Johnson, Edward C. Johnson IV, Elizabeth L. Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds, Robert C. Pozen, and J. Gary Burkhead.* |

Dated: October 13, 2004

LIBA/1421592.1