# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civil Action No. 04cv11600 (RGS)<br>)<br>) |
| FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., | )<br>)<br>) |
| Defendants. | )<br>) |
| BOGATIN FAMILY TRUST, Individually And On Behalf Of All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civil Action No. 04cv11642 (RGS)<br>)<br>) |
| FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., | )<br>)<br>) |
| Defendants. | )<br>) |
| GHASSAN J. AWALI et al., Individually And On Behalf Of All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 04cv11709 (RGS)<br>) |
| vs. | )<br>)<br>) |
| FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

[Caption continues on next page]

**ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE***

| | |
|---|---|
| WILLIAM S. GROESCHEL, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Civil Action No. 04cv11735 (RGS) ) |
| vs. | ) ) |
| FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., | ) ) ) |
| Defendants. | ) ) |
| DAVID O. FALLERT, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Civil Action No. 04cv11812 (RGS) ) |
| vs. | ) ) |
| FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., | ) ) ) |
| Defendants. | ) ) |

Pursuant to Local Rule 83.5.3(b), Defendants Fidelity Management & Research Company, FMR Co., Inc., FMR Corp., Fidelity Distributors Corporation, Edward C. Johnson 3d, Abigail P. Johnson, Edward C. Johnson IV, Elizabeth L. Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds, Robert C. Pozen, and J. Gary Burkhead ("Defendants"), by their undersigned attorneys, hereby move for the admission *pro hac vice* of their counsel, James N. Benedict, Mark Holland, Mary K. Dulka, C. Neil Gray and John O. Farley. In support of their motion, Defendants state as follows:

1. James N. Benedict has prepared a certificate in accordance with Local Rule 83.5.3, attached hereto as Exhibit A, certifying that: (i) Mr. Benedict is a member in good

standing of the Bar of the State of New York, the United States Supreme Court, the United States Court of Appeals for the Second, Third, Sixth, Eighth, Ninth, Tenth and Eleventh Circuits, and the United States District Courts for the Southern, Eastern and Northern Districts of New York; (ii) Mr. Benedict is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and (iii) there are no disciplinary proceedings pending against Mr. Benedict.

2. Mark Holland has prepared a certificate in accordance with Local Rule 83.5.3, attached hereto as Exhibit B, certifying that: (i) Mr. Holland is a member in good standing of the Bar of the State of New York, the United States Court of Appeals for the Second, Third and Eleventh Circuits, and the United States District Courts for the Southern and Eastern Districts of New York; (ii) Mr. Holland is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and (iii) there are no disciplinary proceedings pending against Mr. Holland.

3. Mary K. Dulka has prepared a certificate in accordance with Local Rule 83.5.3, attached hereto as Exhibit C, certifying that: (i) Ms. Dulka is a member in good standing of the Bar of the State of New York and the United States District Courts for the Southern and Eastern Districts of New York; (ii) Ms. Dulka is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and (iii) there are no disciplinary proceedings pending against Ms. Dulka.

4. C. Neil Gray has prepared a certificate in accordance with Local Rule 83.5.3, attached hereto as Exhibit D, certifying that: (i) Mr. Gray is a member in good standing of the Bar of the State of New York, the United States Court of Appeals for the Eighth Circuit and the United States District Courts for the Southern and Eastern Districts of New York; (ii) Mr. Gray

is familiar with the the Local Rules of the United States District Court for the District of Massachusetts; and (iii) there are no disciplinary proceedings pending against Mr. Gray.

5. John O. Farley has prepared a certificate in accordance with Local Rule 83.5.3, attached hereto as Exhibit E, certifying that: (i) Mr. Farley is a member in good standing of the Bar of the State of New York, the Court of Federal Claims and the United States District Courts for the Southern and Eastern Districts of New York; (ii) Mr. Farley is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and (iii) there are no disciplinary proceedings pending against Mr. Farley.

Respectfully submitted,

/s/ Christopher D. Moore
James S. Dittmar, P.C. (BBO# 126320)
Christopher D. Moore (BBO# 630651)
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: 617.570.1000

*Attorneys for Defendants Fidelity Management & Research Company, FMR Co., Inc., FMR Corp., Fidelity Distributors Corporation, Edward C. Johnson 3d, Abigail P. Johnson, Edward C. Johnson IV, Elizabeth L. Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds, Robert C. Pozen, and J. Gary Burkhead.*

Of Counsel:

James N. Benedict
Mark Holland
Mary K. Dulka
C. Neil Gray
Clifford Chance US LLP
31 West 52nd Street
New York, New York 10019
Tel: 212.878.8000

Dated: October 14, 2004

## LOCAL RULE 7.1(A)(2) CERTIFICATION

  I, John O. Farley, hereby certify that counsel for Defendants conferred by telephone with opposing counsel in an effort to resolve or narrow the issues presented in this motion prior to filing, and opposing counsel indicated that it has no objection or opposition to this motion.

              /s/ John O. Farley
              John O. Farley

LIBA/1422178.1