UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 04cv11600 (RGS)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF MARY K. DULKA PURSUANT TO LOCAL RULE 83.5.3(b)

  Mary K. Dulka declares and states as follows:

  1.  I am an attorney and an associate of the law firm of Clifford Chance US LLP, New York, New York. I have been a member in good standing of the Bar of the State of New York since 1990. I am also a member in good standing of the Bars of the United States District Courts for the Southern District of New York and the Eastern District of New York. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

  2.  There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on October 14, 2004.

/s/ Mary K. Dulka\
Mary K. Dulka

LIBA/1420825.1