UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY, *et al.*,<br><br>          Defendants. | Civil Action No. 04-11600 (RGS) |

<u>CERTIFICATE OF JOHN O. FARLEY PURSUANT TO LOCAL RULE 83.5.3(b)</u>

John O. Farley declares and states as follows:

1.     I am an attorney and an associate of the law firm of Goodwin Procter LLP, Boston, MA. I have been a member in good standing of the Bar of the State of New York since 2001. I am also a member in good standing of the Bars of the United States District Courts for the Eastern District of New York and the Southern District of New York, and the Court of Federal Claims. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

2.     There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the penalty of perjury that the foregoing is true and correct.  Executed on October 14, 2004.

/s/ John O. Farley
John O. Farley

LIBA/1409267.2