**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,  )<br>)<br>Defendants.  ) | Civil Action No. 04-cv-11600-RGS |
| BOGATIN FAMILY TRUST, Individually And On Behalf Of All Others Similarly Situated,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,  )<br>)<br>Defendants.  ) | Civil Action No. 04-cv-11642-RGS |
| GHASSAN J. AWALI et al., Individually And On Behalf Of All Others Similarly Situated,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,  )<br>Defendants.  ) | Civil Action No. 04-cv-11709-RGS |

[caption continues on next page]

| | |
|---|---|
| WILLIAM S. GROESCHEL, Individually And On Behalf Of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br>      Defendants. | Civil Action No. 04-cv-11735-RGS |
| DAVID O. FALLERT, Individually And On Behalf Of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br>      Defendants. | Civil Action No. 04-cv-11812-RGS |

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COURT'S <u>DISCLOSURE OF POTENTIAL CONFLICT</u>**

   Plaintiffs, Defendants and Nominal Defendants in the above-captioned matters hereby jointly move for an extension of time up to and including November 5, 2004 in which to respond to the Court's October 13, 2004 Disclosure of Potential Conflict.

Respectfully submitted,

| PLAINTIFFS' COUNSEL: | DEFENSE COUNSEL: |
|---|---|

By: /s/ Nancy Freeman Gans (w/permission)
     Nancy Freeman Gans (BBO# 184540)
MOULTON & GANS, P.C.
33 Broad Street, Suite 1100
Boston, MA 02109-4216
(617) 369-7979

*Attorneys for Plaintiffs James Gilliam, William S. Groeschel, Ghassan J. Awali, Marina Berti, Valeriex A. Daspit, Arthur G. Denker, Randall C. Heyward, Stanley H. Krupa, Nicole Lenzi, David M. Lucoff, Joseph F. Martingano, Michael S. Mendolia, Patricia K. Munshaw, Brian D. Reese, Jay J. Rupp, Gilbert P. Travis, Jewel R. Travis and David O. Fallert*

MILBERG WEISS BERSHAD
  & SCHULMAN LLP
Jerome M. Congress
Janine L. Pollack
Kim E. Levy
Michael R. Reese
One Pennsylvania Plaza
New York, NY 10119-0165
(212) 594-5300

*Attorneys for Plaintiff James Gilliam*

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th Street
New York, NY 10017
(212) 687-7230

*Attorneys for Plaintiffs William S. Groeschel, Ghassan J. Awali, Marina Berti, Valeriex A. Daspit, Arthur G. Denker, Randall C. Heyward, Stanley H. Krupa, Nicole Lenzi, David M.*

By: /s/ James S. Dittmar
     James S. Dittmar, P.C. (BBO# 126320)
     Christopher D. Moore (BBO# 630651)
     John O. Farley (*pro hac vice*)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

James N. Benedict (*pro hac vice*)
C. Neil Gray (*pro hac vice*)
MILBANK, TWEED, HADLEY & McCLOY
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000


By: /s/ Sandra Sue McQuay (w/permission)
     Sandra Sue McQuay
SULLIVAN WEINSTEIN & MCQUAY, P.C.
Two Park Plaza
Boston, MA 02116-3902
(617) 348-4300

John S. Kiernan
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000

By: /s/ William S. McDermott (w/permission)
     William S. McDermott
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109
(617) 261-3100

*Attorneys for Defendants & Nominal Defendants*

*Lucoff, Joseph F. Martingano, Michael S. Mendolia, Patricia K. Munshaw, Brian D. Reese, Jay J. Rupp, Gilbert P. Travis, Jewel R. Travis and David O. Fallert*

SCOTT + SCOTT, LLC
Arthur L. Shingler, III
Wells Fargo Building
401 B Street, Suite 307
San Diego, CA 92101
(619) 233-4565

*Attorneys for Plaintiff James Gilliam*


LAW OFFICES OF CHARLES J. PIVEN, P.A.
Charles J. Piven
Marshall N. Perkins
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD 21202
(410) 332-0030

*Attorneys for Plaintiff James Gilliam*


SCHIFFRIN & BARROWAY, LLP
Marc A. Topaz
Richard A. Maniskas
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706

*Attorneys for Plaintiff Bogatin Family Trust*


GILMAN AND PASTOR, LLP
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
(781) 231-7850

*Attorneys for Plaintiff Bogatin Family Trust*

WEISS & YOURMAN
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, NY 10176
(212) 682-3025

*Attorneys for Plaintiffs William S. Groeschel, Ghassan J. Awali, Marina Berti, Valeriex A. Daspit, Arthur G. Denker, Randall C. Heyward, Stanley H. Krupa, Nicole Lenzi, David M. Lucoff, Joseph F. Martingano, Michael S. Reese, Jay J. Rupp, Gilbert P. Travis, Jewel R. Travis and David O. Fallert.*

Dated: October 26, 2004

## LOCAL RULE 7.1(A)(2) CERTIFICATE

The undersigned certifies, pursuant to Local Rule 7.1(A)(2), that counsel for all parties have conferred on the matters set forth in the foregoing motion, and reports that counsel for all parties have joined in this motion.

/s/ John O. Farley
John O. Farley

LIBA/1425574.1