UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>Defendants. | Civil Action No. 04cv11600 (RGS) |
| BOGATIN FAMILY TRUST, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>Defendants. | Civil Action No. 04cv11642 (RGS) |
| GHASSAN J. AWALI et al., Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>Defendants. | Civil Action No. 04cv11709 (RGS) |

[Caption continues on next page]

**INDEPENDENT TRUSTEE DEFENDANTS' RESPONSE TO
THE COURT'S NOTICE OF POTENTIAL CONFLICT**

21826593v1

-2-

| | |
|---|---|
| WILLIAM S. GROESCHEL, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Civil Action No. 04cv11735 (RGS) |
| vs. | ) ) ) |
| FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., | ) ) ) |
| Defendants. | ) ) |
| DAVID O. FALLERT, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Civil Action No. 04cv11812 (RGS) |
| vs. | ) ) ) |
| FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., | ) ) ) |
| Defendants. | ) ) |

[End of caption]

**INDEPENDENT TRUSTEE DEFENDANTS' RESPONSE
TO THE COURT'S NOTICE OF POTENTIAL CONFLICT**

Defendants J. Michael Cook, Ralph F. Cox, Robert M. Gates, George H. Heilmeier, Donald J. Kirk, Marie L. Knowles, Ned C. Lautenbach, Marvin L. Mann, William O. McCoy, Gerald C. McDonough, and William S. Stavropoulos (collectively, the "Independent Trustee Defendants") respectfully submit this response to the Court's Disclosure of Potential Conflict dated October 13, 2004 (the "Disclosure").

Response to Question No. 1.  For the reasons set forth by counsel for the Fidelity Defendants, the Independent Trustee Defendants are unable to conclude that an "adverse

outcome for the defendants" would not impact the ownership interests identified in the Disclosure "to a material degree" for purposes of 28 U.S.C. § 455.

Response to Question No. 2.  In response to the second question contained in the Disclosure, on which the Court invited the views of all parties, the Independent Trustee Defendants believe there is no reasonable basis upon which your Honor's impartiality in this matter could be questioned, regardless of whether "an adverse outcome for the defendants" would materially affect the ownership interests in Fidelity funds identified in the Disclosure.

        Respectfully submitted,

        /s/ SandraMcQuay
        _____
        Sandra McQuay (BBO No. 340120)
        SULLIVAN, WEINSTEIN & MCQUAY
        2 Park Plaza
        Boston, Massachusetts  02116
        Telephone (617) 348-4355
        smcquay@swmlawyer.com

        John S. Kiernan (*pro hac vice*)
        Suzanne M. Grosso (*pro hac vice*)
        DEBEVOISE & PLIMPTON LLP
        919 Third Avenue
        New York, New York  10022
        Telephone (212) 909-6000

Dated:  November 5, 2004

*Attorneys for Defendants J. Michael Cook, Ralph F. Cox, Robert M. Gates, George H. Heilmeier, Donald J. Kirk, Marie L. Knowles, Ned C. Lautenbach, Marvin L. Mann, William O. McCoy, Gerald C. McDonough, and William S. Stavropoulos*

21826593v1