## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>    Defendants. | Civil Action No. 04cv11600 (RGS) |
| BOGATIN FAMILY TRUST, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>    Defendants. | Civil Action No. 04cv11642 (RGS) |
| GHASSAN J. AWALI et al., Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>    Defendants. | Civil Action No. 04cv11709 (RGS) |

[Caption continues on next page]

**FIDELITY DEFENDANTS' RESPONSE TO THE COURT'S NOTICE OF POTENTIAL CONFLICT**

| | |
|---|---|
| WILLIAM S. GROESCHEL, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Civil Action No. 04cv11735 (RGS) ) |
| vs. | ) ) |
| FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., | ) ) ) |
| Defendants. | ) ) |
| DAVID O. FALLERT, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Civil Action No. 04cv11812 (RGS) ) |
| vs. | ) ) |
| FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., | ) ) ) |
| Defendants. | ) ) |

Defendants Fidelity Management & Research Company, FMR Co., Inc., FMR Corp., Fidelity Distributors Corporation, Edward C. Johnson 3d, Abigail P. Johnson, Edward C. Johnson IV, Elizabeth L. Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds, Robert C. Pozen, and J. Gary Burkhead (the "Fidelity Defendants") respectfully submit this response to the Court's Disclosure of Potential Conflict dated October 13, 2004 (the "Disclosure").

<u>Response to Question No. 1.</u>  Counsel for plaintiffs have informed the Fidelity Defendants that, based upon the ownership interests in certain Fidelity mutual funds listed in the Disclosure, it is plaintiffs' view that an "adverse outcome for the defendants" could, in fact, "affect in a material degree any or all" of those ownership interests and, therefore, that your Honor may have a "financial interest in the subject matter in controversy" pursuant to 28 U.S.C.

§ 455(b)(4). In light of plaintiffs' position, and because plaintiffs have chosen not to articulate their claims with specificity, the Fidelity Defendants are unable to form an opinion with a reasonable degree of certainty as to whether an "adverse outcome for the defendants" would impact the ownership interests identified in the Disclosure "to a material degree" for purposes of 28 U.S.C. § 455.

    Response to Question No. 2. In response to the second question contained in the Disclosure, on which the Court invited the views of all parties, the Fidelity Defendants believe there is no reasonable basis upon which your Honor's impartiality in this matter could be questioned.

    Respectfully submitted,

/s/ Christopher D. Moore
James S. Dittmar, P.C. (BBO# 126320)
Christopher D. Moore (BBO# 630651)
John O. Farley (*pro hac vice*)
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109
Tel: 617.570.1000

James N. Benedict (*pro hac vice*)
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Tel: 212.530.5000

*Attorneys for Defendants Fidelity Management & Research Company, FMR Co., Inc., FMR Corp., Fidelity Distributors Corporation, Edward C. Johnson 3d, Abigail P. Johnson, Edward C. Johnson IV, Elizabeth L. Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds, Robert C. Pozen, and J. Gary Burkhead*

Dated: November 5, 2004

LIBA/1429641.1