UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., )<br>)<br>Defendants. ) | Civil Action No. 04cv11600 (RGS) |
| BOGATIN FAMILY TRUST, Individually And On Behalf Of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., )<br>)<br>Defendants. ) | Civil Action No. 04cv11642 (RGS) |
| GHASSAN J. AWALI, et al., Individually And On Behalf Of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., )<br>)<br>Defendants. ) | Civil Action No. 04cv11709 (RGS) |

```
-------------------------------------------------------------------
WILLIAM S. GROESCHEL, Individually And On    )
Behalf Of All Others Similarly Situated,     )
                                             )
                    Plaintiff,               )
                                             )
            vs.                              )   Civil Action No. 04cv11735 (RGS)
                                             )
FIDELITY MANAGEMENT AND RESEARCH             )
COMPANY, et al.,                             )
                                             )
                    Defendants.              )
-------------------------------------------------------------------)
DAVID O. FALLERT, Individually And On        )
Behalf Of All Others Similarly Situated,     )
                                             )
                    Plaintiff,               )
                                             )
            vs.                              )   Civil Action No. 04cv11812 (RGS)
                                             )
FIDELITY MANAGEMENT AND RESEARCH             )
COMPANY, et al.,                             )
                                             )
                    Defendants.              )
-------------------------------------------------------------------)
```

## MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN S. KIERNAN, ESQ. AND SUZANNE M. GROSSO

Defendants J. Michael Cook, Ralph F. Cox, Robert M. Gates, George H. Heilmeier, Donald J. Kirk, Marie L. Knowles, Ned C. Lautenbach, Marvin L. Mann, William O. McCoy, Gerald C. McDonough, and William S. Stavropoulos (collectively, the "Independent Trustee Defendants"), by their undersigned counsel, move pursuant to Rule 83.5.3, of the Local Rules of the United States District Court for the District of Massachusetts, for an order permitting John S. Kiernan, Esq. and Suzanne M. Grosso, Esq., to appear on behalf of the Independent Trustee

2

Defendants in this case. The grounds for this motion, which are supported by the accompanying Certificate of John S. Kiernan and Certificate of Suzanne M. Grosso, are:

    1. Both Mr. Kiernan and Ms. Grosso are members in good standing of the bar of every jurisdiction where they have been admitted to practice.

    2. There are no disciplinary proceedings pending against Mr. Kiernan or Ms. Grosso as a member of the bar in any jurisdiction.

    3. Both Mr. Kiernan and Ms. Grosso are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

    4. The undersigned law firm of Sullivan Weinstein & McQuay, P.C. is co-counsel with Mr. Kiernan and Ms. Grosso in representing the Independent Trustee Defendants in the above-captioned action.

        Respectfully submitted,

        /s/ Sandra Sue McQuay
        _____
        Sandra Sue McQuay (BBO No. 340120)
        SULLIVAN, WEINSTEIN & MCQUAY, P.C.
        2 Park Plaza
        Boston, Massachusetts 02116
        Telephone (617) 348-4355
        smcquay@swmlawyers.com

Dated: November 8, 2004