UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., )<br>)<br>Defendants. ) | Civil Action No. 04cv11600 (RGS) |
| BOGATIN FAMILY TRUST, Individually And On Behalf Of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., )<br>)<br>Defendants. ) | Civil Action No. 04cv11642 (RGS) |
| GHASSAN J. AWALI, et al., Individually And On Behalf Of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., )<br>)<br>Defendants. ) | Civil Action No. 04cv11709 (RGS) |

**CERTIFICATE OF JOHN S. KIERNAN**
**PURSUANT TO LOCAL RULE 83.5.4(b)**

21822071v1

```
------------------------------------------------------------
WILLIAM S. GROESCHEL, Individually And On      )
Behalf Of All Others Similarly Situated,       )
                                               )
                    Plaintiff,                 )
                                               )
            vs.                                )   Civil Action No. 04cv11735 (RGS)
                                               )
FIDELITY MANAGEMENT AND RESEARCH               )
COMPANY, et al.,                               )
                                               )
                    Defendants.                )
------------------------------------------------------------)
DAVID O. FALLERT, Individually And On          )
Behalf Of All Others Similarly Situated,       )
                                               )
                    Plaintiff,                 )
                                               )
            vs.                                )   Civil Action No. 04cv11812 (RGS)
                                               )
FIDELITY MANAGEMENT AND RESEARCH               )
COMPANY, et al.,                               )
                                               )
                    Defendants.                )
------------------------------------------------------------
```

## CERTIFICATE OF JOHN S. KIERNAN
## PURSUANT TO LOCAL RULE 83.5.4(b)

John S. Kiernan declares and states as follows:

1. I am an attorney and a partner of the law firm Debevoise & Plimpton LLP, New York, New York. I have been a member in good standing of the Bar of the State of New York since 1982 and the United States Supreme Court since 1996. I am also a member in good standing of the Bars of the United States Court of Appeals for the

21822071v1

Second and Federal Circuits and the United States District Court for the Southern District of New York, Eastern District of New York and District of Connecticut. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 1, 2004.

_____
John S. Kiernan

21822071v1