UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>      Defendants. | Civil Action No. 04cv11600 (RGS) |
| BOGATIN FAMILY TRUST, Individually And On Behalf Of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>      Defendants. | Civil Action No. 04cv11642 (RGS) |
| GHASSAN J. AWALI, et al., Individually And On Behalf Of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>      Defendants. | Civil Action No. 04cv11709 (RGS) |

**CERTIFICATE OF SUZANNE M. GROSSO
PURSUANT TO LOCAL RULE 83.5.4(b)**

21822065v1

```
------------------------------------------------------------
WILLIAM S. GROESCHEL, Individually And On   )
Behalf Of All Others Similarly Situated,    )
                                            )
                    Plaintiff,              )
                                            )
            vs.                             )   Civil Action No. 04cv11735 (RGS)
                                            )
FIDELITY MANAGEMENT AND RESEARCH            )
COMPANY, et al.,                            )
                                            )
                    Defendants.             )
--------------------------------------------------------)
DAVID O. FALLERT, Individually And On       )
Behalf Of All Others Similarly Situated,    )
                                            )
                    Plaintiff,              )
                                            )
            vs.                             )   Civil Action No. 04cv11812 (RGS)
                                            )
FIDELITY MANAGEMENT AND RESEARCH            )
COMPANY, et al.,                            )
                                            )
                    Defendants.             )
------------------------------------------------------------
```

**CERTIFICATE OF SUZANNE M. GROSSO
PURSUANT TO LOCAL RULE 83.5.4(b)**

Suzanne M. Grosso declares and states as follows:

1.      I am an attorney and an associate of the law firm Debevoise & Plimpton LLP, New York, New York. I have been a member in good standing of the Bar of the State of New York since 1999. I am also a member in good standing of the Bars of the

7th Circuit and the Southern District of New York. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 1, 2004.

_____
Suzanne M. Grosso