UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

|  |  |  |
|---|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) | Civil Action No. 04cv11600 (RGS) |
| vs. | ) ) ) | |
| FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., | ) ) ) | |
| Defendants. | ) ) | |

---

## NOTICE OF APPEARANCE

Please take notice that Wm. Shaw McDermott hereby enters his appearance on behalf of the Nominal Defendant Fidelity Funds in Civil Action No. 04-11600 (RGS).

Respectfully submitted,

*/s/ Wm. Shaw McDermott*_____
Wm. Shaw McDermott (BBO # 330860)
Amy B. Abbott (BBO # 648072)
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA  02109
(617) 261-3100
smcdermott@kl.com

Dated: November 8, 2004

BOS-707250 v1 0302121-0950