UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., )<br><br>Defendants. ) | )<br>)<br>)<br>)<br>) Civil Action No. 04cv11600 (RGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

---

## NOTICE OF APPEARANCE

Please take notice that Amy B. Abbott hereby enters her appearance on behalf of the Nominal Defendant Fidelity Funds in Civil Action No. 04-11600 (RGS).

Respectfully submitted,

*/s/ Amy B. Abbott*
Wm. Shaw McDermott (BBO # 330860)
Amy B. Abbott (BBO # 648072)
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA  02109
(617) 261-3100
aabbott@kl.com

Dated: November 8, 2004

BOS-707272 v1 0302121-0950