AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF —————— MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 OCT 20 A 11:37
U.S. DISTRICT COURT
DISTRICT OF MASS.

JAMES GILLIAM, Individually And On
Behalf Of All Others Similarly Situated,

**SUMMONS IN A CIVIL CASE**

**V.**

See attached LISTING OF DEFENDANTS

CASE NUMBER:

04  11600  RGS

TO: (Name and address of defendant)

FMR CORP.

## YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad St., Suite 1100
Boston, MA 02109-4216
(617) 369-7979

Steven G. Schulman
Janine L. Pollack
Kim E. Levy
Peter E. Seidman
MILBERG WEISS BERSHAD &
    SCHULMAN LLP
One Pennsylvania Plaza
New York, NY 10119-0165
(212) 594-5300

Charles J. Piven
Marshall N. Perkins
LAW OFFICES OF CHARLES J.
    PIVEN, P.A.
The World Trade Center – Baltimore
401 East Pratt St., Suite 2525
Baltimore, MD  21202
(410) 332-0030

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of
time after service.

TONY ANASTAS

7-19-04

CLERK

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | October 13, 2004 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Nancy Freeman Gans | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other *(specify)*: By delivering a copy of same, by UPS Overnight Mail, to Mark Holland, Esquire, Clifford Chance, counsel for defendant RMF Corp., who agreed to accept service of same on behalf of said defendant.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   October 19, 2004          _____
              Date                       Signature of Server
                                         Nancy Freeman Gans
                                         MOULTON & GANS, P.C.
                                         _____
                                         Address of Server
                                         33 Broad St., Suite 1100
                                         Boston, MA  02109-4216

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## LISTING OF DEFENDANTS

FIDELITY MANAGEMENT AND RESEARCH COMPANY, FMR CO., INC., FMR CORP., FIDELITY DISTRIBUTORS CORPORATION, EDWARD C. JOHNSON III, ABIGAIL P. JOHNSON, EDWARD C. JOHNSON IV, ELIZABETH L. JOHNSON, PETER S. LYNCH, LAURA B. CRONIN, ROBERT L. REYNOLDS, ROBERT C. POZEN, J. GARY BURKHEAD, J. MICHAEL COOK, RALPH F. COX, ROBERT M. GATES, DONALD J. KIRK, MARIE L. KNOWLES, NED C. LAUTENBACH, MARVIN L. MANN, WILLIAM O. MCCOY, WILLIAM S. STAVROPOULOS, GEORGE H. HEILMEIER, GERALD C. MCDONOUGH, THOMAS R. WILLIAMS, and JOHN DOES 1-100,

Defendants,

FIDELITY ADVISOR AGGRESSIVE GROWTH FUND, FIDELITY ADVISOR ASSET ALLOCATION FUND, FIDELITY ADVISOR BALANCED FUND, FIDELITY ADVISOR BIOTECHNOLOGY FUND, FIDELITY ADVISOR CALIFORNIA MUNICIPAL INCOME FUND, FIDELITY ADVISOR CONSUMER INDUSTRIES FUND, FIDELITY ADVISOR CYCLICAL INDUSTRIES FUND, FIDELITY ADVISOR DEVELOPING COMMUNICATIONS FUND, FIDELITY ADVISOR DIVERSIFIED INTERNATIONAL FUND, FIDELITY ADVISOR DIVIDEND GROWTH FUND, FIDELITY ADVISOR DYNAMIC CAPITAL APPRECIATION FUND, FIDELITY ADVISOR ELECTRONICS FUND, FIDELITY ADVISOR EMERGING ASIA FUND, FIDELITY ADVISOR EMERGING MARKETS FUND, FIDELITY ADVISOR EMERGING MARKETS INCOME FUND, FIDELITY ADVISOR EQUITY GROWTH FUND, FIDELITY ADVISOR EQUITY INCOME FUND, FIDELITY ADVISOR EQUITY VALUE FUND, FIDELITY ADVISOR EUROPE CAPITAL APPRECIATION FUND, FIDELITY ADVISOR FIFTY FUND, FIDELITY ADVISOR FINANCIAL SERVICES FUND, FIDELITY ADVISOR FLOATING RATE HIGH INCOME FUND, FIDELITY ADVISOR FREEDOM 2000 FUND, FIDELITY ADVISOR FREEDOM 2005 FUND, FIDELITY ADVISOR FREEDOM 2010 FUND, FIDELITY ADVISOR FREEDOM 2015 FUND, FIDELITY ADVISOR FREEDOM 2020 FUND, FIDELITY ADVISOR FREEDOM 2025 FUND, FIDELITY ADVISOR FREEDOM 2030 FUND, FIDELITY ADVISOR FREEDOM 2035 FUND, FIDELITY ADVISOR FREEDOM 2040 FUND, FIDELITY ADVISOR FREEDOM INCOME FUND, FIDELITY ADVISOR GLOBAL EQUITY FUND, FIDELITY ADVISOR GOVERNMENT INVESTMENT FUND, FIDELITY ADVISOR GROWTH & INCOME FUND, FIDELITY ADVISOR GROWTH & INCOME FUND II, FIDELITY ADVISOR GROWTH OPPORTUNITIES FUND, FIDELITY ADVISOR HEALTH CARE FUND, FIDELITY ADVISOR HIGH INCOME ADVANTAGE FUND, FIDELITY ADVISOR HIGH INCOME FUND, FIDELITY ADVISOR INFLATION-PROTECTED BOND FUND, FIDELITY ADVISOR INTERMEDIATE BOND FUND, FIDELITY ADVISOR INTERNATIONAL CAPITAL APPRECIATION

FUND, FIDELITY ADVISOR INTERNATIONAL SMALL CAP FUND, FIDELITY
ADVISOR INVESTMENT GRADE BOND FUND, FIDELITY ADVISOR JAPAN
FUND, FIDELITY ADVISOR KOREA FUND, FIDELITY ADVISOR LARGE CAP
FUND, FIDELITY ADVISOR LATIN AMERICA FUND, FIDELITY ADVISOR
LEVERAGED COMPANY STOCK FUND, FIDELITY ADVISOR MID CAP FUND,
FIDELITY ADVISOR MORTGAGE SECURITIES FUND, FIDELITY ADVISOR
MUNICIPAL INCOME FUND, FIDELITY ADVISOR NATURAL RESOURCES
FUND, FIDELITY ADVISOR NEW INSIGHTS FUND, FIDELITY ADVISOR NEW
YORK MUNICIPAL INCOME FUND, FIDELITY ADVISOR OVERSEAS FUND,
FIDELITY ADVISOR REAL ESTATE FUND, FIDELITY ADVISOR SHORT FIXED-
INCOME FUND, FIDELITY ADVISOR SHORT-INTERMEDIATE MUNICIPAL
INCOME FUND, FIDELITY ADVISOR SMALL CAP FUND, FIDELITY ADVISOR
STRATEGIC DIVIDEND & INCOME FUND, FIDELITY ADVISOR STRATEGIC
GROWTH FUND, FIDELITY ADVISOR STRATEGIC INCOME FUND, FIDELITY
ADVISOR TAX MANAGED STOCK FUND, FIDELITY ADVISOR TECHNOLOGY
FUND, FIDELITY ADVISOR TELECOMMUNICATIONS & UTILITIES GROWTH
FUND, FIDELITY ADVISOR VALUE FUND, FIDELITY ADVISOR VALUE
LEADERS FUND, FIDELITY ADVISOR VALUE STRATEGIES FUND, FIDELITY
AGGRESSIVE INTERNATIONAL FUND, FIDELITY AIR TRANSPORTATION
PORTFOLIO, FIDELITY ARIZONA MUNICIPAL MONEY MARKET FUND,
FIDELITY ASSET MANAGER, FIDELITY ASSET MANAGER: AGGRESSIVE,
FIDELITY ASSET MANAGER: GROWTH, FIDELITY ASSET MANAGER:
INCOME, FIDELITY AUTOMOTIVE PORTFOLIO, FIDELITY BANKING
PORTFOLIO, FIDELITY BLUE CHIP GROWTH FUND, FIDELITY BLUE CHIP
VALUE FUND, FIDELITY BROKERAGE/INVESTMENT MANAGEMENT
MARKET FUND, FIDELITY CANADA FUND, FIDELITY CAPITAL & INCOME
FUND, FIDELITY CAPITAL APPRECIATION FUND, FIDELITY CASH
RESERVES, FIDELITY CHEMICALS PORTFOLIO, FIDELITY CHINA REGION
FUND, FIDELITY COMPUTERS PORTFOLIO, FIDELITY CONNECTICUT
MUNICIPAL MONEY MARKET FUND, FIDELITY CONSTRUCTION & HOUSING
PORTFOLIO, FIDELITY CONTRAFUND, FIDELITY CONVERTIBLE SECURITIES
FUND, FIDELITY DEFENSE & AEROSPACE PORTFOLIO, FIDELITY
DISCIPLINED EQUITY FUND, FIDELITY DISCOVERY FUND, FIDELITY
ENERGY PORTFOLIO, FIDELITY ENERGY SERVICE PORTFOLIO, FIDELITY
ENVIRONMENTAL PORTFOLIO, FIDELITY EQUITY-INCOME FUND, FIDELITY
EQUITY-INCOME FUND II, FIDELITY EUROPE FUND, FIDELITY EXPORT AND
MULTINATIONAL FUND, FIDELITY FLORIDA MUNICIPAL MONEY MARKET
FUND, FIDELITY FOCUSED STOCK FUND, FIDELITY FOOD & AGRICULTURE
PORTFOLIO, FIDELITY FOUR-IN-ONE INDEX FUND, FIDELITY FUND,
FIDELITY GINNIE MAE FUND, FIDELITY GLOBAL BALANCED FUND,
FIDELITY GOLD PORTFOLIO, FIDELITY GOVERNMENT INCOME FUND,
FIDELITY GROWTH COMPANY FUND, FIDELITY HOME FINANCE
PORTFOLIO, FIDELITY INDEPENDENCE FUND, FIDELITY INDUSTRIAL
EQUIPMENT PORTFOLIO, FIDELITY INDUSTRIAL MATERIALS PORTFOLIO,
FIDELITY INSURANCE PORTFOLIO, FIDELITY INTERMEDIATE
GOVERNMENT INCOME FUND, FIDELITY INTERNATIONAL GROWTH &

INCOME FUND, FIDELITY JAPAN SMALLER COMPANIES FUND, FIDELITY
LARGE CAP STOCK FUND, FIDELITY LEISURE PORTFOLIO, FIDELITY LOW-
PRICED STOCK FUND, FIDELITY MAGELLAN FUND, FIDELITY
MASSACHUSETTS MUNICIPAL MONEY MARKET FUND, FIDELITY MEDICAL
DELIVERY PORTFOLIO, FIDELITY MEDICAL EQUIPMENT/SYSTEMS
PORTFOLIO, FIDELITY MICHIGAN MUNICIPAL MONEY MARKET FUND,
FIDELITY MID-CAP STOCK FUND, FIDELITY MONEY MARKET TRUST:
RETIREMENT GOVERNMENT MONEY MARKET PORTFOLIO, FIDELITY
MONEY MARKET TRUST: RETIREMENT MONEY MARKET PORTFOLIO,
FIDELITY MULTIMEDIA PORTFOLIO, FIDELITY MUNICIPAL MONEY
MARKET FUND, FIDELITY NASDAQ COMPOSITE INDEX FUND, FIDELITY
NATURAL GAS PORTFOLIO, FIDELITY NETWORKING & INFRASTRUCTURE
PORTFOLIO, FIDELITY NEW JERSEY MUNICIPAL MONEY MARKET FUND,
FIDELITY NEW MARKETS INCOME FUND, FIDELITY NEW MILLENNIUM
FUND, FIDELITY NEW YORK MUNICIPAL MONEY MARKET FUND, FIDELITY
NORDIC FUND, FIDELITY OHIO MUNICIPAL MONEY MARKET FUND,
FIDELITY OTC PORTFOLIO, FIDELITY PACIFIC BASIN FUND, FIDELITY
PAPER & FOREST PRODUCTS PORTFOLIO, FIDELITY PENNSYLVANIA
MUNICIPAL MONEY MARKET FUND, FIDELITY PHARMACEUTICALS
PORTFOLIO, FIDELITY PURITAN FUND, FIDELITY REAL ESTATE INCOME
FUND, FIDELITY RETAILING PORTFOLIO, FIDELITY SELECT MONEY
MARKET PORTFOLIO, FIDELITY SHORT-TERM BOND FUND, FIDELITY
SMALL CAP INDEPENDENCE FUND, FIDELITY SMALL CAP RETIREMENT
FUND, FIDELITY SMALL CAP STOCK FUND, FIDELITY SOFTWARE/
COMPUTER SERVICES PORTFOLIO, FIDELITY SOUTHEAST ASIA FUND,
FIDELITY SPARTAN GOVERNMENT INCOME FUND, FIDELITY STOCK
SELECTOR FUND, FIDELITY STRUCTURED LARGE CAP GROWTH FUND,
FIDELITY STRUCTURED LARGE CAP VALUE FUND, FIDELITY STRUCTURED
MID CAP GROWTH FUND, FIDELITY STRUCTURED MID CAP VALUE FUND,
FIDELITY TAX-FREE MONEY MARKET FUND, FIDELITY TOTAL BOND FUND,
FIDELITY TRANSPORTATION PORTFOLIO, FIDELITY TREND FUND, FIDELITY
U.S. BOND INDEX FUND, FIDELITY U.S. GOVERNMENT RESERVES, FIDELITY
ULTRA-SHORT BOND FUND, FIDELITY UTILITIES FUND, FIDELITY UTILITIES
GROWTH PORTFOLIO, FIDELITY VALUE DISCOVERY FUND, FIDELITY
WIRELESS PORTFOLIO, FIDELITY WORLDWIDE FUND, SPARTAN 500 INDEX
FUND, SPARTAN ARIZONA MUNICIPAL INCOME FUND, SPARTAN CA
MUNICIPAL MONEY MARKET FUND, SPARTAN CALIFORNIA MUNICIPAL
INCOME FUND, SPARTAN CONNECTICUT MUNICIPAL INCOME FUND,
SPARTAN EXTENDED MARKET INDEX FUND, SPARTAN FLORIDA
MUNICIPAL INCOME FUND, SPARTAN INTERMEDIATE MUNICIPAL INCOME
FUND, SPARTAN INTERNATIONAL INDEX FUND, SPARTAN INVESTMENT
GRADE BOND FUND, SPARTAN MA MUNICIPAL MONEY MARKET FUND,
SPARTAN MARYLAND MUNICIPAL INCOME FUND, SPARTAN
MASSACHUSETTS MUNICIPAL INCOME FUND, SPARTAN MICHIGAN
MUNICIPAL INCOME FUND, SPARTAN MINNESOTA MUNICIPAL INCOME
FUND, SPARTAN MONEY MARKET FUND, SPARTAN MUNICIPAL INCOME

FUND, SPARTAN MUNICIPAL MONEY FUND, SPARTAN NEW JERSEY
MUNICIPAL INCOME FUND, SPARTAN NEW YORK MUNICIPAL INCOME
FUND, SPARTAN NJ MUNICIPAL MONEY MARKET FUND, SPARTAN NY
MUNICIPAL MONEY MARKET FUND, SPARTAN OHIO MUNICIPAL INCOME
FUND, SPARTAN PENNSYLVANIA MUNICIPAL INCOME FUND, SPARTAN
SHORT-INTERMEDIATE MUNICIPAL FUND, SPARTAN TAX-FREE BOND
FUND, SPARTAN TOTAL MARKET INDEX FUND, SPARTAN U.S. EQUITY
INDEX FUND, SPARTAN U.S. GOVERNMENT MONEY MARKET FUND,
SPARTAN U.S. TREASURY MONEY MARKET FUND (collectively known as the
"FIDELITY FUNDS"),

Nominal Defendants