## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JAMES GILLIAM,

    Plaintiff,

    v.                                                  CA. NO. 04-11600-NG

FIDELITY INVESTMENTS, ET AL,

    Defendants.

### *NOTICE*

November 18, 2004

**BOWLER, Ch.U.S.M.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **status conference** at **10:30 a.m., Friday, December 3, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                  /s/ Marianne B. Bowler
                                  **MARIANNE B. BOWLER**
                                  Chief United States Magistrate Judge

To:    ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**