UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)　Civil Action No. 04cv11600 (NG)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SEAN M. MURPHY PURSUANT TO LOCAL RULE 83.5.3(b)

Sean M. Murphy declares and states as follows:

1.　　I am an attorney and of counsel to the law firm of Milbank, Tweed, Hadley & McCloy LLP, New York, New York. I have been a member in good standing of the Bar of the State of New York since 1995. I am also a member in good standing of the Bar of the United States District Court for the Southern District of New York. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

2.　　There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3.　　I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the penalty of perjury that the following is true and correct. Executed on November 29, 2004.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Sean M. Murphy
　　　　　　　　　　　　　　　　　　　　　　　　Sean M. Murphy

LIBA/1436137.1