**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY, et al.,<br><br>　　　　　　　　　　　Defendants. | No. 04-cv-11600-NG |
| BOGATIN FAMILY TRUST, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY, et al.,<br><br>　　　　　　　　　　　Defendants. | No. 04-cv-11642-NG |
| CYNTHIA A. BENNETT and GUY E. MILLER,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY, et al.,<br><br>　　　　　　　　　　　Defendants. | No. 04-cv-11651-MLW |

[Caption continues on next page]

| | |
|---|---|
| GHASSAN J. AWALI et al. Individually And On Behalf Of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY, et al.,<br><br>         Defendants. | No. 04-cv-11709-MLW |
| WILLIAM S. GROESCHEL, Individually And On Behalf Of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY, et al.,<br><br>         Defendants. | No. 04-cv-11735-GAO |
| NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, ROSE M. IANNACCONE, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of FIDELITY MAGELLAN and FIDELITY CONTRAFUND,<br><br>         Plaintiffs,<br><br>v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>         Defendants. | No. 04-cv-11756-MLW |

[Caption continues on next page]

| | |
|---|---|
| DAVID O. FALLERT, Individually And On Behalf Of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>   v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY, et al.,<br><br>                             Defendants. | No. 04-cv-11812-MLW |

## THE *HAUGEN* PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY

The *Haugen* Plaintiffs move pursuant to Local Rule 7.1 for leave to file a Proposed Sur-reply in response to the arguments made by the *Gilliam* Plaintiffs in the Memorandum in Further Support of their Motion for Appointment of Tri-lead Counsel and Liaison Counsel and Motion for Consolidation (hereinafter "Reply"). In their previous filing the *Haugen* Plaintiffs have explained the substantive and procedural differences between their lawsuit and the Class Action lawsuits brought by the plaintiffs in *Gilliam* (04-cv-11600-NG), *Bogatin Family Trust* (04-cv-11642-NG), *Awali* (04-cv-11709-MLW), *Groeschel* (04-cv-11735-GAO) and *Fallert* (04-cv-11812-MLW) (respectively, the "Class Actions" and the "Class Action Plaintiffs"), which make consolidation improper under Fed. R. Civ. P. 42(a). A sur-reply is necessary, however, in order for the *Haugen* Plaintiffs address the new arguments made by the Class Action Plaintiffs in their Reply that were not made in their opening brief.

Dated:  December 20, 2004

Respectfully submitted,

SHAPIRO HABER & URMY LLP

By: /s/  Michelle H. Blauner
    Michelle H. Blauner, BBO # 549049
    53 State Street
    Boston, MA  02109
    (617) 439-3939

    Lynn Lincoln Sarko (*pro hac vice*)
    Michael D. Woerner (*pro hac vice*)
    Gretchen F. Cappio (*pro hac vice*)
    KELLER ROHRBACK L.L.P.
    1201 Third Avenue, Ste. 3200
    Seattle, WA  98101-3052
    (206) 623-1900

    Gary Gotto
    Ron Kilgard
    KELLER ROHRBACK P.L.C.
    National Bank Plaza
    3101 North Central Avenue, Ste. 900
    Phoenix, AZ  85012
    (602) 248-0088

    Michael J. Brickman (*pro hac vice*)
    James C. Bradley (*pro hac vice*)
    Nina H. Fields (*pro hac vice*)
    RICHARDSON, PATRICK,
    WESTBROOK & BRICKMAN, LLC
    174 East Bay Street
    Charleston, SC  29401
    (842) 727-6500

    Guy M. Burns
    Jonathan S. Coleman
    Becky Ferrell-Anton
    JOHNSON, POPE, BOKOR, RUPPEL
    & BURNS, L.L.P.
    100 North Tampa Street, Ste. 1800
    Tampa, FL  33602
    (813) 225-2500

Counsel for the Haugen Plaintiffs

Certification Pursuant to Rule 7.1

On December 15, 2004, I, Michelle H. Blauner, conferred with counsel in these matters for the purposes of attempting to resolve or narrow the issues presented by this motion, and state as follows: (1) C. Neil Gray, counsel for defendants Fidelity Management & Research Company and FMR Co., Inc., has no opposition to this motion; (2) William Shawn McDermott, Counsel for the Fidelity Funds has no opposition to this motion; (3) John S. Kiernan, counsel for the Individual Defendants in the Class Actions takes no position on this motion; (4) Nancy Gans, Counsel for the Class Action Plaintiffs, opposes this motion; and (5) Sara Davis, Counsel for the Bennett Plaintiffs, assents to this motion

/s / Michelle H. Blauner