**Fidelity Mutual Funds Named in Class Action Complaints**                                               DRAFT 12/16/04

| Fund Name | Net Assets ($Millions) | Mgmt Fee(%) | Annual Mgmt Fee ($Millions) |
|---|---:|---:|---:|
| Fidelity Advisor Aggressive Gr | $41 | 0.63% | $0.26 |
| Fidelity Advisor Asset Allocation | $148 | 0.58% | $0.86 |
| Fidelity Advisor Balanced | $1,657 | 0.43% | $7.13 |
| Fidelity Advisor Biotechnology | $54 | 0.58% | $0.31 |
| Fidelity Advisor CA Municipal | $25 | 0.38% | $0.10 |
| Fidelity Advisor Consumer Inds | $54 | 0.58% | $0.31 |
| Fidelity Advisor Cyclical Inds | $93 | 0.58% | $0.54 |
| Fidelity Advisor Developing Co | $17 | 0.58% | $0.10 |
| Fidelity Advisor Diversified I | $5,111 | 0.72% | $36.80 |
| Fidelity Advisor Dividend Growth | $5,077 | 0.58% | $29.45 |
| Fidelity Advisor Dynamic Cap App | $286 | 0.58% | $1.66 |
| Fidelity Advisor Electronics | $47 | 0.58% | $0.27 |
| Fidelity Advisor Emerging Market Inc | $169 | 0.68% | $1.15 |
| Fidelity Advisor Emerging Asia | $46 | 0.73% | $0.34 |
| Fidelity Advisor Emerging Markets | $5 | 0.83% | $0.04 |
| Fidelity Advisor Equity Growth | $10,397 | 0.58% | $60.30 |
| Fidelity Advisor Equity Income | $6,479 | 0.48% | $31.10 |
| Fidelity Advisor Equity Value | $97 | 5.80% | $5.63 |
| Fidelity Advisor Europe Cap Aprec | $22 | 0.73% | $0.16 |
| Fidelity Advisor Fifty | $74 | 0.58% | $0.43 |
| Fidelity Advisor Financial Svc | $485 | 0.58% | $2.81 |
| Fidelity Advisor Float Rate Hi Inc | $1,633 | 0.68% | $11.10 |
| Fidelity Advisor Freedom 2005 | $18 | 0.10% | $0.02 |
| Fidelity Advisor Freedom 2010 | $173 | 0.10% | $0.17 |
| Fidelity Advisor Freedom 2015 | $94 | 0.10% | $0.09 |

| Fund Name | Net Assets ($Millions) | Mgmt Fee(%) | Annual Mgmt Fee ($Millions) |
|---|---:|---:|---:|
| Fidelity Advisor Freedom 2020 | $321 | 0.10% | $0.32 |
| Fidelity Advisor Freedom 2025 | $58 | 0.10% | $0.06 |
| Fidelity Advisor Freedom 2030 | $169 | 0.10% | $0.17 |
| Fidelity Advisor Freedom 2035 | $26 | 0.10% | $0.03 |
| Fidelity Advisor Freedom 2040 | $103 | 0.10% | $0.10 |
| Fidelity Advisor Freedom Inc | $49 | 0.10% | $0.05 |
| Fidelity Advisor Global Equity | $43 | 0.73% | $0.31 |
| Fidelity Advisor Govt Investment | $745 | 0.43% | $3.20 |
| Fidelity Advisor Growth & Income | $1,831 | 0.48% | $8.79 |
| Fidelity Advisor Growth Opport | $4,942 | 0.43% | $21.25 |
| Fidelity Advisor Health Care | $751 | 0.58% | $4.36 |
| Fidelity Advisor High Inc Advant | $2,579 | 0.58% | $14.96 |
| Fidelity Advisor High Income | $511 | 0.58% | $2.96 |
| Fidelity Advisor Inflat-Protect Bd | $308 | 0.43% | $1.32 |
| Fidelity Advisor Interm Bond | $1,337 | 0.43% | $5.75 |
| Fidelity Advisor Intl Capital App | $706 | 0.73% | $5.15 |
| Fidelity Advisor Intl Small Cap | $54 | 0.89% | $0.48 |
| Fidelity Advisor Investment Gr Bd | $95 | 0.43% | $0.41 |
| Fidelity Advisor Japan | $77 | 0.45% | $0.35 |
| Fidelity Advisor Korea | $19 | 0.83% | $0.16 |
| Fidelity Advisor Large Cap | $721 | 0.58% | $4.18 |
| Fidelity Advisor Latin America | $15 | 0.73% | $0.11 |
| Fidelity Advisor Leveraged Co Stk | $243 | 0.00% | $0.00 |
| Fidelity Advisor Mid Cap | $8,454 | 0.57% | $48.19 |
| Fidelity Advisor Mortgage Secs | $386 | 0.44% | $1.70 |
| Fidelity Advisor Municipal Inc | $617 | 0.38% | $2.34 |
| Fidelity Advisor Natural Res | $415 | 0.58% | $2.41 |

| Fund Name | Net Assets ($Millions) | Mgmt Fee(%) | Annual Mgmt Fee ($Millions) |
|---|---|---|---|
| Fidelity Advisor New Insights | $881 | 0.58% | $5.11 |
| Fidelity Advisor NY Municipal Inc | $33 | 0.38% | $0.13 |
| Fidelity Advisor Overseas | $1,704 | 0.90% | $15.34 |
| Fidelity Advisor Real Estate | $116 | 0.58% | $0.67 |
| Fidelity Advisor Sh Interm Muni Inc | $48 | 0.38% | $0.18 |
| Fidelity Advisor Short Fixed-Inc | $1,291 | 0.43% | $5.55 |
| Fidelity Advisor Small Cap | $2,536 | 0.73% | $18.51 |
| Fidelity Advisor Strategic Div & Inc | $105 | 0.58% | $0.61 |
| Fidelity Advisor Strategic Growth | $24 | 0.58% | $0.14 |
| Fidelity Advisor Strategic Income | $2,218 | 0.58% | $12.86 |
| Fidelity Advisor Tax Managed | $12 | 0.58% | $0.07 |
| Fidelity Advisor Technology | $1,004 | 0.58% | $5.82 |
| Fidelity Advisor Telecomm&Util Gr | $211 | 0.58% | $1.22 |
| Fidelity Advisor Value | $20 | 0.58% | $0.12 |
| Fidelity Advisor Value Leaders | $25 | 0.00% | $0.00 |
| Fidelity Advisor Value Strat | $1,976 | 0.58% | $11.46 |
| Fidelity Aggressive Intl | $749 | 0.83% | $6.22 |
| Fidelity Arizona Municipal Money Market Fd | $162 | 0.50% | $0.81 |
| Fidelity Asset Manager | $10,812 | 0.53% | $57.30 |
| Fidelity Asset Manager: Aggressive | $380 | 0.58% | $2.20 |
| Fidelity Asset Manager: Growth | $3,662 | 0.58% | $21.24 |
| Fidelity Asset Manager: Income | $1,456 | 0.43% | $6.26 |
| Fidelity Blue Chip Growth | $23,014 | 0.47% | $108.17 |
| Fidelity Blue Chip Value Fund | $93 | 0.58% | $0.54 |
| Fidelity Canada | $564 | 0.92% | $5.19 |
| Fidelity Capital & Income | $4,799 | 0.58% | $27.83 |
| Fidelity Capital Appreciation | $6,161 | 0.65% | $40.05 |

| Fund Name | Net Assets ($Millions) | Mgmt Fee(%) | Annual Mgmt Fee ($Millions) |
|---|---:|---:|---:|
| Fidelity Cash Reserves | $56,339 | 0.20% | $112.68 |
| Fidelity China Region | $322 | 0.73% | $2.35 |
| Fidelity Contrafund | $42,840 | 0.81% | $347.00 |
| Fidelity Convertible Securities | $1,836 | 0.64% | $11.75 |
| Fidelity CT Municipal Money Market | $1,065 | 0.38% | $4.05 |
| Fidelity Disciplined Equity | $4,756 | 0.64% | $30.44 |
| Fidelity Discovery Fund | $539 | 0.59% | $3.18 |
| Fidelity Diversified International | $21,783 | 0.90% | $196.05 |
| Fidelity Equity-Income | $25,550 | 0.48% | $122.64 |
| Fidelity Equity-Income II | $12,635 | 0.48% | $60.65 |
| Fidelity Europe | $2,022 | 0.98% | $19.82 |
| Fidelity Europe Capital Appreciation | $435 | 0.98% | $4.26 |
| Fidelity Export & Multinational | $1,542 | 0.58% | $8.94 |
| Fidelity FL Municipal Money Market | $1,385 | 0.50% | $6.92 |
| Fidelity Focused Stock | $42 | 0.26% | $0.11 |
| Fidelity Four-in-One Index | $744 | 0.10% | $0.74 |
| Fidelity Fund | $10,598 | 0.38% | $40.27 |
| Fidelity Ginnie Mae | $4,042 | 0.43% | $17.38 |
| Fidelity Global Balanced | $150 | 0.73% | $1.10 |
| Fidelity Government Income | $4,381 | 0.43% | $18.84 |
| Fidelity Growth & Income | $31,301 | 0.48% | $150.24 |
| Fidelity Growth Company | $24,170 | 0.58% | $140.19 |
| Fidelity Independence | $4,585 | 0.41% | $18.80 |
| Fidelity Intermediate Government | $951 | 0.43% | $4.09 |
| Fidelity Japan Smaller Companies | $1,333 | 0.72% | $9.60 |
| Fidelity MA Municipal Money Market | $3,469 | 0.38% | $13.18 |
| Fidelity Michigan Municipal Money Market | $593 | 0.38% | $2.25 |

| Fund Name | Net Assets ($Millions) | Mgmt Fee(%) | Annual Mgmt Fee ($Millions) |
|---|---:|---:|---:|
| Fidelity MM Trust: Retirement Gov't MM | $4,834 | 0.42% | $20.30 |
| Fidelity MM Trust: Retirement MM | $15,785 | 0.42% | $66.30 |
| Fidelity Large Cap Stock | $719 | 0.54% | $3.88 |
| Fidelity Low-Priced Stock | $34,416 | 0.77% | $265.00 |
| Fidelity Magellan | $62,550 | 0.57% | $356.54 |
| Fidelity Mid-Cap Stock | $8,769 | 0.41% | $35.95 |
| Fidelity Nasdaq Composite Index | $104 | 0.24% | $0.25 |
| Fidelity New Markets Income | $1,014 | 0.68% | $6.90 |
| Fidelity New Millennium | $3,551 | 0.84% | $29.83 |
| Fidelity NJ Municipal Money Market | $1,424 | 0.38% | $5.41 |
| Fidelity Nordic | $140 | 0.73% | $1.02 |
| Fidelity NY Municipal Money Market | $3,031 | 0.38% | $11.52 |
| Fidelity Ohio Municipal Money Market | $737 | 0.38% | $2.80 |
| Fidelity OTC | $7,938 | 0.86% | $68.27 |
| Fidelity PA Municipal Money Market | $330 | 0.50% | $1.65 |
| Fidelity Pacific Basin | $475 | 0.99% | $4.70 |
| Fidelity Puritan | $23,362 | 0.43% | $100.46 |
| Fidelity Real Estate Investment | $4,183 | 0.58% | $24.26 |
| Fidelity Select Air Transportation | $41 | 0.58% | $0.24 |
| Fidelity Select Automotive | $18 | 0.57% | $0.10 |
| Fidelity Select Banking | $505 | 0.58% | $2.93 |
| Fidelity Select Biotechnology | $1,761 | 0.59% | $10.39 |
| Fidelity Select Brokerage & Investment | $400 | 0.58% | $2.32 |
| Fidelity Select Chemicals | $158 | 0.58% | $0.92 |
| Fidelity Select Computers | $742 | 0.58% | $4.30 |
| Fidelity Select Construction & Housing | $112 | 0.58% | $0.65 |
| Fidelity Select Defense & Aerospace | $504 | 0.58% | $2.92 |

| Fund Name | Net Assets ($Millions) | Mgmt Fee(%) | Annual Mgmt Fee ($Millions) |
|---|---:|---:|---:|
| Fidelity Select Energy | $598 | 0.58% | $3.47 |
| Fidelity Select Energy Service | $601 | 0.30% | $1.80 |
| Fidelity Select Environmental | $12 | 0.58% | $0.07 |
| Fidelity Select Food & Agriculture | $115 | 0.58% | $0.67 |
| Fidelity Select Gold | $793 | 0.59% | $4.68 |
| Fidelity Select Home Finance | $424 | 0.58% | $2.46 |
| Fidelity Select Industrial Equipment | $44 | 0.58% | $0.26 |
| Fidelity Select Industrial Materials | $129 | 0.59% | $0.76 |
| Fidelity Select Insurance | $158 | 0.58% | $0.92 |
| Fidelity Select Leisure | $205 | 0.58% | $1.19 |
| Fidelity Select Medical Delivery | $283 | 0.58% | $1.64 |
| Fidelity Select Medical Equip/Systems | $795 | 0.58% | $4.61 |
| Fidelity Select Multimedia | $145 | 0.58% | $0.84 |
| Fidelity Select Natural Gas | $619 | 0.58% | $3.59 |
| Fidelity Select Network & Infrastruct | $127 | 0.57% | $0.72 |
| Fidelity Select Paper & Forest Prod | $25 | 0.58% | $0.15 |
| Fidelity Select Pharmaceuticals | $75 | 0.58% | $0.44 |
| Fidelity Select Retailing | $137 | 0.57% | $0.78 |
| Fidelity Select Software & Comp | $809 | 0.58% | $4.69 |
| Fidelity Select Transportation | $130 | 0.58% | $0.75 |
| Fidelity Select Utilities Growth | $350 | 0.58% | $2.03 |
| Fidelity Select Wireless | $396 | 0.57% | $2.26 |
| Fidelity Short-Term Bond | $5,087 | 0.43% | $21.87 |
| Fidelity Small Cap Independence | $1,038 | 0.68% | $7.06 |
| Fidelity Small Cap Retirement | $113 | 0.72% | $0.81 |
| Fidelity Small Cap Stock | $3,948 | 0.90% | $35.53 |
| Fidelity Southeast Asia | $509 | 0.97% | $4.94 |

| Fund Name | Net Assets ($Millions) | Mgmt Fee(%) | Annual Mgmt Fee ($Millions) |
|---|---:|---:|---:|
| Fidelity Spartan 500 Index | $11,432 | 0.05% | $5.72 |
| Fidelity Spartan AZ Municipal Income | $83 | 0.55% | $0.46 |
| Fidelity Spartan CA Municipal Income | $1,453 | 0.38% | $5.52 |
| Fidelity Spartan CA Muni Money Market | $1,377 | 0.43% | $5.92 |
| Fidelity Spartan CT Municipal Income | $426 | 0.38% | $1.62 |
| Fidelity Spartan Extended Mkt Index | $1,185 | 0.24% | $2.84 |
| Fidelity Spartan FL Municipal Income | $504 | 0.38% | $1.92 |
| Fidelity Spartan Government Income | $855 | 0.50% | $4.28 |
| Fidelity Spartan Interm Muni Income | $1,788 | 0.34% | $6.08 |
| Fidelity Spartan International Index | $873 | 0.34% | $2.97 |
| Fidelity Spartan Investment Gr Bond | $2,457 | 0.60% | $14.74 |
| Fidelity Spartan MA Municipal Income | $1,737 | 0.38% | $6.60 |
| Fidelity Spartan MA Muni Money Market | $957 | 0.43% | $4.11 |
| Fidelity Spartan MD Municipal Income | $99 | 0.55% | $0.54 |
| Fidelity Spartan MI Municipal Income | $554 | 0.38% | $2.11 |
| Fidelity Spartan MN Municipal Income | $350 | 0.38% | $1.33 |
| Fidelity Spartan Money Market | $5,470 | 0.42% | $22.98 |
| Fidelity Spartan Municipal Income | $4,591 | 0.38% | $17.45 |
| Fidelity Spartan Municipal Money Fund | $3,362 | 0.43% | $14.46 |
| Fidelity Spartan NJ Municipal Income | $531 | 0.38% | $2.02 |
| Fidelity Spartan NJ Municipal Money Market | $668 | 0.43% | $2.87 |
| Fidelity Spartan NY Municipal Income | $1,362 | 0.38% | $5.18 |
| Fidelity Spartan NY Municipal Money Market | $1,136 | 0.43% | $4.89 |
| Fidelity Spartan OH Municipal Income | $418 | 0.38% | $1.59 |
| Fidelity Spartan PA Municipal Income | $291 | 0.38% | $1.11 |
| Fidelity Spartan Short-Int Muni Inc | $1,851 | 0.55% | $10.18 |
| Fidelity Spartan Tax-Free Bond | $240 | 0.38% | $0.91 |

| Fund Name | Net Assets ($Millions) | Mgmt Fee(%) | Annual Mgmt Fee ($Millions) |
|---|---:|---:|---:|
| Fidelity Spartan Total Market Index | $2,647 | 0.24% | $6.35 |
| Fidelity Spartan U.S. Equity Index | $20,192 | 0.24% | $48.46 |
| Fidelity Spartan U.S. Gov't Money Market | $542 | 0.42% | $2.28 |
| Fidelity Spartan U.S. Treasury Money Market | $2,230 | 0.42% | $9.37 |
| Fidelity Stock Selector | $805 | 0.57% | $4.59 |
| Fidelity Structured Large Cap Growth | $41 | 0.58% | $0.24 |
| Fidelity Structured Large Cap Value | $106 | 0.58% | $0.61 |
| Fidelity Structured Mid Cap Growth | $72 | 0.58% | $0.42 |
| Fidelity Structured Mid Cap Value | $127 | 0.58% | $0.74 |
| Fidelity Tax-Free Money Market | $1,078 | 0.25% | $2.69 |
| Fidelity Tax-Managed Stock | $53 | 0.58% | $0.31 |
| Fidelity Total Bond | $355 | 0.43% | $1.53 |
| Fidelity Trend | $860 | 0.37% | $3.18 |
| Fidelity U.S. Bond Index | $5,170 | 0.32% | $16.54 |
| Fidelity U.S. Government Reserves | $2,272 | 0.20% | $4.54 |
| Fidelity Ultra-Short Bond | $633 | 0.43% | $2.72 |
| Fidelity Utilities | $942 | 0.44% | $4.14 |
| Fidelity Value | $9,769 | 0.74% | $72.29 |
| Fidelity Value Discovery | $72 | 0.59% | $0.42 |
| Fidelity Worldwide | $1,129 | 0.86% | $9.71 |
| Select Money Market Portfolio | $554 | 0.20% | $1.11 |

*Source: www.morningstar.com          December 15, 2004 and fidelity.com online prospectuses

** **Shaded Funds Owned by Class Action Plaintiffs**