UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., <br><br> Defendants. | Civil Action No. 04cv11600 (MBB) <br><br> **Consolidated Case Nos.:** <br><br> 04cv11642 <br> 04cv11709 <br> 04cv11735 <br> 04cv11812 |

**PLAINTIFFS' RENEWED MOTION FOR APPOINTMENT OF TRI-LEAD
COUNSEL AND APPOINTMENT OF LIAISON COUNSEL**

Plaintiffs of the above-captioned consolidated action (the "Action"), by their counsel, hereby move this Court for an Order (attached hereto) approving Plaintiffs' selection of: (i) Milberg Weiss Bershad & Schulman LLP, Stull, Stull & Brody and Scott + Scott LLC as Tri-Lead Counsel to oversee the Action; and (ii) Moulton & Gans, P.C. as Liaison Counsel. In support of this Renewed Motion, Plaintiffs submit herewith a Memorandum of Law, and Renewed [Proposed] Pretrial Order No. 2 For Appointment Of Tri-Lead Counsel And Appointment Of Liaison Counsel.

Dated: May 17, 2005

Respectfully submitted,

**MOULTON & GANS, P.C.**

By: /s/ Nancy Freeman Gans
 Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts 02109-4216
(617) 369-7979

*Counsel for Plaintiffs and Proposed Liaison Counsel*

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Jerome M. Congress
Janine L. Pollack
Kim E. Miller
Michael R. Reese
One Pennsylvania Plaza
New York, New York 10119-0165
(212) 594-5300

*Counsel for Plaintiffs and Proposed Tri-Lead Counsel*

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
(212) 687-7230

*Counsel for Plaintiffs and Proposed Tri-Lead Counsel*

**SCOTT + SCOTT, LLC**
Arthur L. Shingler, III
Wells Fargo Building
401 B Street, Suite 307
San Diego, California  92101
(619) 233-4565

*Counsel for Plaintiffs and Proposed Tri-Lead Counsel*

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
280 King of Prussia Rd
Radnor, Pennsylvania, 19087
(610) 667-7706

**WEISS & LURIE**
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, New York  10176
(212) 682-3025

**GILMAN AND PASTOR, LLP**
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts  01906
(781) 231-7850

*Additional Counsel for Plaintiffs*


**LOCAL RULE 7.1 CERTIFICATE**

    I, Nancy Freeman Gans, counsel for plaintiffs James Gilliam, et al., certify that I notified the following counsel as a matter of professional courtesy of the filing of the Motion For Tri-Lead Counsel And Appointment of Liaison Counsel:  Christopher D. Moore, Esquire, Goodwin Proctor, counsel for Fidelity Investments; Wm. Shaw McDermott, Esquire, Kirkpatrick & Lockhart, LLP, counsel for the Nominal Defendants; and Woodrow W. Campbell, Esquire, Debevoise and Plympton, counsel for the individual defendants.  The Motion is required by the Federal Rules of Civil Procedure.

Dated:   May 17, 2005

                                                             /s/ Nancy Freeman Gans
                                                             Nancy Freeman Gans


**CERTIFICATE OF SERVICE**

    I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party.

                                                             /s/ Nancy Freeman Gans
                                                             Nancy Freeman Gans