UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., ) ) ) Defendants. ) ) | Civil Action No. 04cv11600 (MBB) **Consolidated Case Nos.:** 04cv11642 04cv11709 04cv11735 04cv11812 |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS'
RENEWED MOTION FOR APPOINTMENT OF TRI-LEAD COUNSEL
AND APPOINTMENT OF LIAISON COUNSEL**

**TABLE OF CONTENTS**

|  | Page |
|---|---|
| INTRODUCTION | 1 |
| FACTUAL BACKGROUND | 2 |
| ARGUMENT | 2 |
| CONCLUSION | 4 |

Case 1:04-cv-11600-NG    Document 87    Filed 05/17/2005    Page 2 of 8

Plaintiffs in the above-captioned consolidated action (the "Consolidated Action" or "Action"), by their counsel, hereby move this Court for entry of [Proposed] Pretrial Order No. 2 For Appointment of Tri-Lead Counsel And Appointment Of Liaison Counsel, approving Plaintiffs' selection of: (i) Milberg Weiss Bershad & Schulman LLP ("Milberg Weiss"), Stull, Stull & Brody and Scott + Scott, LLC ("Scott + Scott) as Tri-Lead Counsel to oversee the Action; and (ii) Moulton & Gans, P.C. as Liaison Counsel.

## INTRODUCTION

These actions are brought on behalf of a class of investors in mutual funds belonging to the Fidelity Investments ("Fidelity") family of mutual funds (the "Fidelity Funds"), and derivatively on behalf of the Fidelity Funds, against the Fidelity Funds investment advisers, the Fidelity Funds principal underwriter, the investment advisers' and underwriters' corporate parents and the Fidelity Funds trustees during the period beginning July 16, 1999 and ending November 17, 2003 (the "Class Period"). On May 3, 2005, this Court consolidated the Action for all purposes. *See* May 3, 2005 Memorandum and Order: Motion for Consolidation (Docket Entry # 6, Civil Action No. 04-11600-NG); Fidelity Defendants' Motion For Consolidation and Severance of Claims (Docket Entry #70, Civil Action No. 04-11600-NG); Fidelity Defendants' Motion For Consolidation and Severance of Claims (Docket Entry # 28, Civil Action No. 04-11642-NG)) (the "Consolidation Order").

At the same time of the filing of Plaintiffs' original motion for consolidation on September 1, 2004, Plaintiffs filed a motion for appointment of tri-lead counsel and appointment of liaison counsel (Docket entry #2, Civil Action No. 04-11600). This Court did not address the leadership structure of the Consolidated Action in the Consolidation Order. As such, Plaintiffs are renewing their motion for the appointment of tri-lead counsel and appointment of liaison

counsel. All counsel for Plaintiffs who are part of the consolidated action join in the Renewed Motion and request that the Court enter the Renewed [Proposed] Pretrial Order No. 2 submitted currently herewith. Milberg Weiss, Stull, Stull & Brody and Scott + Scott are well-qualified to act as Tri-Lead Counsel by virtue of their resources, experience and track record in the area of class action litigation. They have the experience and resources to conduct this Action efficiently and effectively. Accordingly, Plaintiffs' motion for appointment of tri-lead and liaison counsel should be granted.

**NATURE OF THE CASE**

The Action alleges that Fidelity and its affiliated distributor and investment advisers named as defendants breached their duties to the Fidelity Funds and Fidelity investors by drawing upon the assets of the Fidelity Funds to pay brokerages, including Morgan Stanley Dean Witter, to aggressively push Fidelity Funds over other funds, and also alleges that such investment advisers concealed such payments from investors by disguising them as brokerage commissions. The Action also alleges that, although the amount of assets held by the Fidelity Funds has increased dramatically over time, the Defendants in the Actions failed to pass on the resulting economies of scale to Plaintiffs, and have instead retained the excess profits resulting from the economies of scale. The Action further alleges that the Fidelity investment advisers named as Defendants breached their duties to the Fidelity Funds and Fidelity investors by drawing upon the assets of the Fidelity Funds to pay excessive commissions in exchange for which Defendants received and retained fallout benefits such as "Soft Dollars."

**ARGUMENT**

**MILBERG WEISS, STULL, STULL & BRODY AND
SCOTT + SCOTT SHOULD BE APPOINTED TRI-LEAD COUNSEL**

This Court should appoint the law firms of Milberg Weiss, Stull, Stull & Brody and Scott + Scott as Tri-Lead Counsel for the Consolidated Action.[1] All three firms have substantial experience in the prosecution of shareholder and securities class and derivative actions, and have the resources necessary to efficiently and effectively conduct this litigation.

Milberg Weiss, Stull, Stull & Brody and Scott + Scott are well-qualified to act as Tri-Lead Counsel by virtue of their resources, experience and track record in the area of class action litigation.[2] Milberg Weiss has spearheaded some of the largest and most complex class actions in history, such as *In re NASDAQ Market-Makers Antitrust Litig.*, Civ. No. 3996 (S.D.N.Y.), *In re Initial Public Offering Sec. Litig.,* Master File No. 21 MC 92 (S.D.N.Y.), and *In re Raytheon Co. Sec. Litig.,* 99-12142-PBS (D. Mass). Stull, Stull & Brody has been recognized by numerous courts for the high quality of its legal representation in such cases as *In re Ikon Office Solutions, Inc. Sec. Litig.*, 2000 U.S. Dist. LEXIS 6510 (E.D. Pa. May 9, 2000), *In re Electro-Catheter Corp. Sec. Litig.*, Civ. No. 87-41 (D.N.J.), and *Schaffer v. Timberland Co.*, 94-634-JD (D.N.H). It has had leadership roles in some of the largest recoveries in securities class actions as well, for example, *In re Bank of America Securities Litigation*, MDL No. 1264 (E.D. Mo.). Similarly experienced, Scott + Scott has been appointed to numerous leadership positions in cases such as *Thurber v. Mattel, Inc.,* 99cv10368 (C.D. Cal.), *In re Sprint Sec. Litig.,* 01cv04115 (D. Kan.), and *Irvine, et al. v. ImClone Systems, Inc., et al.,* 02cv0109 (S.D.N.Y.). Accordingly, the Court

---

[1] Plaintiffs' counsel propose to name the cases "*In re Fidelity Mutual Funds Fee Litigation*." *See* [Proposed] Pretrial Order No. 2, at Section V (Caption of Cases).

[2] All three firm resumes were previously filed as attachments to the Declaration of Kim E. Levy In Support Of Plaintiffs' Motion For Appointment Of Tri-Lead Counsel And Appointment Of Liaison Counsel (Docket entry # 4, Civil Action No. 04-11600).

3

can rest assured that Milberg Weiss, Stull, Stull & Brody and Scott + Scott will similarly be capable of harmonizing the efforts of all counsel involved in this litigation.

The law firm of Moulton & Gans, P.C. should be appointed as Liaison Counsel.[3] Moulton & Gans, P.C. has significant experience, and was appointed special liaison counsel in *In re Raytheon Company Sec. Litig.*, 99-12142-PBS (D. Mass). The appointment will promote judicial economy and is consistent with the recommendations of § 10.22 of the Manual for Complex Litigation (4th ed. 2004) which discusses the role of counsel in multiparty litigation.

### CONCLUSION

For the foregoing reasons, this Court should appoint Milberg Weiss, Stull, Stull & Brody and Scott + Scott as Tri-Lead Counsel, and Moulton & Gans, P.C. as Liaison Counsel.

Dated:  May 17,  2005                               Respectfully submitted,

**MOULTON & GANS, P.C.**

By: /s/ Nancy Freeman Gans
    Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts  02109-4216
(617) 369-7979

*Counsel for Plaintiffs and Proposed Liaison Counsel*

---

[3] The firm resume of Moulton & Gans was previously filed as attachment to the Declaration of Kim E. Levy In Support of Plaintiffs' Motion For Appointment Of Tri-Lead Counsel and Appointment Of Liaison Counsel. (Docket entry # 4, Civil Action No. 04-11600).

**MILBERG WEISS BERSHAD**
  **& SCHULMAN LLP**
Jerome M. Congress
Janine L. Pollack
Kim E. Miller
Michael R. Reese
One Pennsylvania Plaza
New York, New York  10119-0165
(212) 594-5300

*Counsel for Plaintiffs and Proposed Tri-Lead Counsel*

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
(212) 687-7230

*Counsel for Plaintiffs and Proposed Tri-Lead Counsel*

**SCOTT + SCOTT, LLC**
Arthur L. Shingler, III
Wells Fargo Building
401 B Street, Suite 307
San Diego, California  92101
(619) 233-4565

*Counsel for Plaintiffs and Proposed Tri-Lead Counsel*

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

5

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
280 King of Prussia Rd
Radnor, Pennsylvania, 19087
(610) 667-7706

**WEISS & LURIE**
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, New York  10176
(212) 682-3025

**GILMAN AND PASTOR, LLP**
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts  01906
(781) 231-7850

*Additional Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party.

/s/ Nancy Freeman Gans
Nancy Freeman Gans