UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

JAMES GILLIAM, Individually and On
Behalf Of All Others Similarly Situated,

                Plaintiff,

    v.                                    C.A. No. 04-11600-CNG

FIDELITY MANAGEMENT AND RESEARCH
COMPANY ET AL.,

                Defendants.

_____

## NOTICE OF CHANGE OF ADDRESS

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

> GILMAN AND PASTOR, LLP
> 60 State Street, 37th Floor
> Boston, MA 02109
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701

Dated: May 25, 2005                              Respectfully submitted,

                                                   /s/ David Pastor
                                                   David Pastor (BBO # 391000)
                                                   GILMAN AND PASTOR, LLP
                                                   60 State Street, 37th Floor
                                                   Boston, MA 02109
                                                   Telephone: (617) 742-9700
                                                   Facsimile: (617) 742-9701

                                                   Counsel for Plaintiffs

00004814.WPD ; 1