UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually and on Behalf of all Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   MASTER FILE: 04cv11600 (NG) |

**STIPULATED [PROPOSED] PRETRIAL ORDER NO. 1 FOR
APPOINTMENT OF PLAINTIFFS' LEAD COUNSEL
AND APPOINTMENT OF LIAISON COUNSEL**

WHEREAS, the Court has ordered consolidation of the above-identified actions, appointment of Lead Counsel and Liaison Counsel is appropriate and consistent with the recommendations of § 10.22 of the Manual for Complex Litigation (4th ed. 2004), other administrative orders regarding communications among counsel, service and caption are appropriate, and all plaintiffs and defendants have agreed to entry of this order;

NOW, THEREFORE, THE COURT ORDERS as follows:

**I. ORGANIZATION OF COUNSEL**

The Court designates the following to act as Lead Counsel of the above-captioned consolidated action ("Plaintiffs' Lead Counsel" or "Lead Counsel"), with the responsibilities hereinafter described:

    Milberg Weiss Bershad & Schulman LLP
    One Pennsylvania Plaza
    New York, New York  10119
    Telephone: (212) 594-5300
    Facsimile: (212) 868-1229

>Stull, Stull & Brody
>6 East 45th Street
>New York, New York  10017
>Telephone:     (212) 687-7230
>Facsimile:      (212) 490-2022
>
>Scott + Scott, LLC
>Wells Fargo Building
>401 B Street, Suite 307
>San Diego, California  92101
>Telephone:     (619) 233-4565
>Facsimile:      (619) 233-0508

Plaintiffs' Lead Counsel shall be generally responsible for coordinating the activities of plaintiffs during the pendency of this action and shall:

  (a) determine (after consultation with other co-counsel as may be appropriate) and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the plaintiffs on all matters arising during the action;

  (b) coordinate the initiation and conduct of discovery on behalf of plaintiffs consistent with the requirements of Federal Rules of Civil Procedure, including the preparation of written discovery, and the scheduling and examination of witnesses in depositions;

  (c) conduct settlement negotiations on behalf of plaintiffs;

  (d) manage work assignments in a manner to ensure that preparation for the plaintiffs is conducted effectively, efficiently, and economically;

  (e) enter into stipulations with opposing counsel necessary for the conduct of the litigation;

  (f) retain expert consultants and witnesses, as appropriate;

  (g) maintain time and disbursement records covering services as Plaintiffs' Lead Counsel, and collect time and expense records from all Plaintiffs' counsel;

  (h) request, if necessary, contributions from other plaintiffs' counsel to further joint efforts on behalf of plaintiffs;

  (i) monitor the activities of co-counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided; and

  (j) perform such other duties as may be incidental to proper coordination of plaintiffs' case activities or authorized by further order of the Court.

  Each firm designated Lead Counsel is designated as spokesperson for plaintiffs with respect to all substantive communications with the Court and with defense counsel. Communication with any one of the firms designated Lead Counsel may be relied upon and shall be sufficient to constitute communication with plaintiffs for all purposes for which communication is required or appropriate. Other plaintiffs' counsel may communicate on substantive matters with the Court or defense counsel only if delegated to do so by Plaintiffs' Lead Counsel.

  The following law firm shall act as Liaison Counsel which is consistent with the recommendations of § 10.22 of the Manual for Complex Litigation:

> Moulton & Gans, P.C.
> 33 Broad Street, Suite 1100
> Boston, Massachusetts  02109
> Telephone: (617) 369-7979
> Facsimile: (617) 369-7980

## II. COORDINATION

Lead Counsel shall coordinate activities to avoid duplication and inefficiency in the filing, serving and/or implementation of pleadings, other court papers, discovery papers, and discovery practice.

## III. PRIVILEGES PRESERVED

No communication among plaintiffs' counsel or among defendants' counsel shall be taken as a waiver of any privilege or protection to which they would otherwise be entitled.

## IV. SERVICE ON LIAISON COUNSEL

Pleadings, Motions, and Other Documents: Defendants shall serve any pleadings, motions, or other documents on file on Liaison Counsel, and such service shall constitute service on other attorneys and parties for whom Liaison Counsel are acting. Lead Counsel will have discretion to distribute any documents on non-lead counsel. Service of all papers filed, including exhibits, shall be made on Liaison Counsel by hand.

## V. CAPTION OF CASES

The action from this point on will be named *James Gilliam, Individually and on Behalf of all Others Similarly Situated vs. Fidelity Management & Research Company, et al.* Every pleading filed in this Action shall bear the following caption:

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, *et al.*,<br><br>                Defendants. | MASTER FILE: 04cv11600 (NG) |

Respectfully submitted,

| PLAINTIFFS' COUNSEL: | DEFENSE COUNSEL**:** |
|---|---|
| By: /s/ Nancy Freeman Gans (w/permission)<br>      Nancy Freeman Gans (BBO# 184540)<br>MOULTON & GANS, P.C**.**<br>33 Broad Street, Suite 1100<br>Boston, MA 02109-4216<br>(617) 369-7979<br><br>*Attorneys for Plaintiffs James Gilliam, William S. Groeschel, Ghassan J. Awali, Marina Berti, Valeriex A. Daspit, Arthur G. Denker, Randall C. Heyward, Stanley H. Krupa, Nicole Lenzi, David M. Lucoff, Joseph F. Martingano, Michael S. Mendolia, Patricia K. Munshaw, Brian D. Reese, Jay J. Rupp, Gilbert P. Travis, Jewel R. Travis and David O. Fallert*<br><br><br>MILBERG WEISS BERSHAD<br>  & SCHULMAN LLP<br>Jerome M. Congress<br>Janine L. Pollack<br>Kim E. Levy<br>Michael R. Reese<br>One Pennsylvania Plaza<br>New York, NY 10119-0165<br>(212) 594-5300 | By: /s/ James S. Dittmar<br>      James S. Dittmar (BBO# 126320)<br>      John O. Farley (*pro hac vice*)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>(617) 570-1000<br><br>James N. Benedict (*pro hac vice*)<br>Sean M. Murphy (*pro hac vice*)<br>MILBANK, TWEED, HADLEY & McCLOY LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>(212) 530-5000<br><br>*Attorneys for Defendants Fidelity Management & Research Company, FMR Co., Inc., FMR Corp., Fidelity Distributors Corporation, Edward C. Johnson III, Abigail P. Johnson, Edward C. Johnson IV, Elizabeth L. Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds, Robert C. Pozen and J. Gary Burkhead* |

*Attorneys for Plaintiff James Gilliam*

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th Street
New York, NY 10017
(212) 687-7230

*Attorneys for Plaintiffs William S. Groeschel, Ghassan J. Awali, Marina Berti, Valeriex A. Daspit, Arthur G. Denker, Randall C. Heyward, Stanley H. Krupa, Nicole Lenzi, David M. Lucoff, Joseph F. Martingano, Michael S. Mendolia, Patricia K. Munshaw, Brian D. Reese, Jay J. Rupp, Gilbert P. Travis, Jewel R. Travis and David O. Fallert*

SCOTT + SCOTT, LLC
Arthur L. Shingler, III
Wells Fargo Building
401 B Street, Suite 307
San Diego, CA 92101
(619) 233-4565

*Attorneys for Plaintiff James Gilliam*

LAW OFFICES OF CHARLES J. PIVEN, P.A.
Charles J. Piven
Marshall N. Perkins
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD 21202
(410) 332-0030

*Attorneys for Plaintiff James Gilliam*

By: /s/ Sandra Sue McQuay (w/permission)
     Sandra Sue McQuay
SULLIVAN WEINSTEIN & MCQUAY, P.C.
Two Park Plaza
Boston, MA 02116-3902
(617) 348-4300

John S. Kiernan
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000

*Attorneys for Defendants J. Michael Cook, Ralph F. Cox, Robert M. Gates, Donald J. Kirk, Marie L. Knowles, Ned C. Lautenbach, Marvin L. Mann, William O. McCoy, William S. Stavropoulos, George H. Heilmeier, Gerald C. McDonough and Thomas R. Williams*

By: /s/ Wm. Shaw McDermott (w/permission)
     Wm. Shaw McDermott
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109
(617) 261-3100

*Attorneys for Nominal Defendant Fidelity Funds*

SCHIFFRIN & BARROWAY, LLP
Marc A. Topaz
Richard A. Maniskas
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706

*Attorneys for Plaintiff Bogatin Family Trust*

GILMAN AND PASTOR, LLP
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
(781) 231-7850

*Attorneys for Plaintiff Bogatin Family Trust*

WEISS & LURIE
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, NY 10176
(212) 682-3025

*Attorneys for Plaintiffs William S. Groeschel, Ghassan J. Awali, Marina Berti, Valeriex A. Daspit, Arthur G. Denker, Randall C. Heyward, Stanley H. Krupa, Nicole Lenzi, David M. Lucoff, Joseph F. Martingano, Michael S. Reese, Jay J. Rupp, Gilbert P. Travis, Jewel R. Travis and David O. Fallert.*

Dated: June 3, 2005

IT IS SO ORDERED

Dated: _____, 2005

_____
Hon. Marianne B. Bowler
United States Magistrate Judge