UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually and on Behalf of all Others Similarly Situated,<br><br>       Plaintiff,<br><br>    v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY, *et al.*,<br><br>       Defendants. | MASTER FILE: 04-11600 (NG) |

## THE FIDELITY CORPORATE DEFENDANTS' LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

In accordance with Local Rule 7.3, the Fidelity Corporate Defendants (Fidelity Management & Research Company, FMR Co., Inc., FMR Corp., and Fidelity Distributors Corporation), by undersigned counsel, submit the following corporate disclosure statement. Fidelity Management & Research Company, FMR Co., Inc. and Fidelity Distributors

Corporation are wholly owned subsidiaries, either direct or indirect, of FMR Corp.  FMR Corp. is not a public company.

                    Respectfully submitted,

                    FIDELITY MANAGEMENT & RESEARCH COMPANY, FMR CO., INC., FMR CORP., and FIDELITY DISTRIBUTORS CORPORATION

                    By their attorneys,

/s/ James S. Dittmar_____
James S. Dittmar (BBO# 126320)
Roberto M. Braceras (BBO# 566816)
John O. Farley (*pro hac vice*)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Tel:  (617) 570-1000

James N. Bendict (*pro hac vice*)
Sean M. Murphy (*pro hac vice*)
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York  10005
Tel: (212) 530-5000

Dated: June 10, 2005

LIBA/1549870.1