UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY, *et al.*,<br><br>Defendants. | MASTER FILE: 04cv11600 (NG) |

### STIPULATED [PROPOSED] PRETRIAL ORDER NO. 2 REGARDING SCHEDULING OF PLEADINGS

IT IS HEREBY STIPULATED AND AGREED BY ALL PARTIES that:

1. Plaintiffs shall have 60 days from the Court's appointment of Lead Counsel within which to file a consolidated, amended complaint (the "Complaint").

2. Defendants shall have 60 days from the filing of the Complaint to move, answer or otherwise respond to the Complaint.

3. If a motion to dismiss is filed by any defendant, plaintiffs shall have 45 days from the filing of the motion to dismiss to file their opposition to that motion, and defendants shall have 21 days from the filing of that opposition to file any reply.

Respectfully submitted,



PLAINTIFFS' COUNSEL:

By: /s/ Nancy Freeman Gans (w/permission)
    Nancy Freeman Gans (BBO# 184540)
MOULTON & GANS, P.C.
33 Broad Street, Suite 1100
Boston, MA 02109-4216
(617) 369-7979

*Attorneys for Plaintiffs James Gilliam, William S. Groeschel, Ghassan J. Awali, Marina Berti, Valeriex A. Daspit, Arthur G. Denker, Randall C. Heyward, Stanley H. Krupa, Nicole Lenzi, David M. Lucoff, Joseph F. Martingano, Michael S. Mendolia, Patricia K. Munshaw, Brian D. Reese, Jay J. Rupp, Gilbert P. Travis, Jewel R. Travis and David O. Fallert*

MILBERG WEISS BERSHAD
  & SCHULMAN LLP
Jerome M. Congress
Janine L. Pollack
Kim E. Levy
Michael R. Reese
One Pennsylvania Plaza
New York, NY 10119-0165
(212) 594-5300

*Attorneys for Plaintiff James Gilliam*

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th Street
New York, NY 10017
(212) 687-7230

DEFENSE COUNSEL:

By: /s/ James S. Dittmar
    James S. Dittmar (BBO# 126320)
    John O. Farley (*pro hac vice*)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

James N. Benedict (*pro hac vice*)
Sean M. Murphy (*pro hac vice*)
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000

*Attorneys for Defendants Fidelity Management & Research Company, FMR Co., Inc., FMR Corp., Fidelity Distributors Corporation, Edward C. Johnson III, Abigail P. Johnson, Edward C. Johnson IV, Elizabeth L. Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds, Robert C. Pozen and J. Gary Burkhead*

By: /s/ Sandra Sue McQuay (w/permission)
    Sandra Sue McQuay
SULLIVAN WEINSTEIN & MCQUAY, P.C.
Two Park Plaza
Boston, MA 02116-3902
(617) 348-4300

John S. Kiernan
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000

*Attorneys for Plaintiffs William S. Groeschel, Ghassan J. Awali, Marina Berti, Valeriex A. Daspit, Arthur G. Denker, Randall C. Heyward, Stanley H. Krupa, Nicole Lenzi, David M. Lucoff, Joseph F. Martingano, Michael S. Mendolia, Patricia K. Munshaw, Brian D. Reese, Jay J. Rupp, Gilbert P. Travis, Jewel R. Travis and David O. Fallert*

SCOTT + SCOTT, LLC
Arthur L. Shingler, III
Wells Fargo Building
401 B Street, Suite 307
San Diego, CA 92101
(619) 233-4565

*Attorneys for Plaintiff James Gilliam*


LAW OFFICES OF CHARLES J. PIVEN, P.A.
Charles J. Piven
Marshall N. Perkins
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD 21202
(410) 332-0030

*Attorneys for Plaintiff James Gilliam*


SCHIFFRIN & BARROWAY, LLP
Marc A. Topaz
Richard A. Maniskas
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706

*Attorneys for Plaintiff Bogatin Family Trust*

*Attorneys for Defendants J. Michael Cook, Ralph F. Cox, Robert M. Gates, Donald J. Kirk, Marie L. Knowles, Ned C. Lautenbach, Marvin L. Mann, William O. McCoy, William S. Stavropoulos, George H. Heilmeier, Gerald C. McDonough and Thomas R. Williams*

By: /s/ Wm. Shaw McDermott (w/permission)
    Wm. Shaw McDermott
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109
(617) 261-3100

*Attorneys for Nominal Defendant Fidelity Funds*

GILMAN AND PASTOR, LLP
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
(781) 231-7850

*Attorneys for Plaintiff Bogatin Family Trust*


WEISS & LURIE
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, NY 10176
(212) 682-3025

*Attorneys for Plaintiffs William S. Groeschel,
Ghassan J. Awali, Marina Berti, Valeriex A.
Daspit, Arthur G. Denker, Randall C. Heyward,
Stanley H. Krupa, Nicole Lenzi, David M.
Lucoff, Joseph F. Martingano, Michael S.
Reese, Jay J. Rupp, Gilbert P. Travis, Jewel R.
Travis and David O. Fallert.*

Dated: June 3, 2005


IT IS SO ORDERED

Dated: July 22, 2005

_____
Hon. Marianne B. Bowler
United States Magistrate Judge


LIBA/1549809.2