UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JAMES GILLIAM, Individually and on Behalf
of all Others Similarly Situated,

        Plaintiff,

    v.

FIDELITY MANAGEMENT & RESEARCH
COMPANY, *et al.*,

        Defendants.

MASTER FILE: 04-11600 (NG)

## NOTICE OF WITHDRAWAL OF APPEARANCE OF
## ATTORNEY CHRISTOPHER D. MOORE

Please withdraw pursuant to Local Rule 83.5.2(c) the appearance of Christopher D.

Moore as one of the counsel for Defendants Fidelity Management & Research Company, FMR

Co., Inc., FMR Corp., and Fidelity Distributors Corporation (collectively, "Defendants") in the

above-captioned matter.

James S. Dittmar and John O. Farley of Goodwin Procter LLP shall continue their

appearance as counsel of record for Defendants.

LIBA/1569136.1

Respectfully submitted,

FIDELITY MANAGEMENT &
RESEARCH COMPANY, FMR CO., INC.,
FMR CORP., and FIDELITY
DISTRIBUTORS CORPORATION

By their attorneys,


/s/ Christopher D. Moore_____
James S. Dittmar (BBO# 126320)
Christopher D. Moore (BBO# 630651)
John O. Farley (*pro hac vice*)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Tel:  (617) 570-1000


James N. Bendict (*pro hac vice*)
Sean M. Murphy (*pro hac vice*)
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York  10005
Tel: (212) 530-5000


DATED:  July 25, 2005

LIBA/1569136.1