UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 04cv11600 (MBB)<br><br>**Consolidated Case Nos.:**<br><br>04cv11642<br>04cv11709<br>04cv11735<br>04cv11812 |

## JOINT MOTION TO MODIFY BRIEFING SCHEDULE

The parties jointly move this Court to modify the schedule approved by this Court on by its Order dated July 22, 2005 in order to accommodate religious and other holidays. The parties propose the following schedule:

1. Plaintiffs shall file a consolidated amended complaint ("the Complaint") on October 3, 2005.

2. Defendants shall file their response to the Complaint on December 5, 2005.

3. If a motion to dismiss is filed, Plaintiffs shall file an Opposition to that motion on January 19, 2006.

4. Defendants shall file any reply on February 9, 2006.

This modification of the schedule will add only approximately two weeks to the schedule already approved by this Court.

Wherefore, the parties move that the Court approve the modified schedule as set forth above.

Dated:   September 6, 2005               Respectfully submitted,

**MOULTON & GANS, P.C.**

By: /s/ Nancy Freeman Gans
      Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts  02109-4216
(617) 369-7979

*Counsel for Plaintiffs James Gilliam, William S. Groeschel, Ghassan J. Awali, Marina Berti, Valeriex A. Daspit, Arthur G. Denker, Randall C. Heyward, Stanley H. Krupa, Nicole Lenzi, David M. Lucoff, Joseph F. Martingano, Michael S. Mendolia, Patricia K. Munshaw, Brian D. Reese, Jay J. Rupp, Gilbert P. Travis, Jewel R. Travis and David O. Fallert and Proposed Liaison Counsel*


**MILBERG WEISS BERSHAD
  & SCHULMAN LLP**
Jerome M. Congress
Janine L. Pollack
Kim E. Levy
Michael R. Reese
One Pennsylvania Plaza
New York, New York  10119-0165
(212) 594-5300

*Counsel for Plaintiff James Gilliam and Proposed Tri-Lead Counsel*

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
(212) 687-7230

*Counsel for Plaintiffs William S. Groeschel, Ghassan J. Awali, Marina Berti, Valeriex A. Daspit, Arthur G. Denker, Randall C. Heyward, Stanley H. Krupa, Nicole Lenzi, David M. Lucoff, Joseph F. Martingano, Michael S. Mendolia, Patricia K. Munshaw, Brian D. Reese, Jay J. Rupp, Gilbert P. Travis, Jewel R. Travis and David O. Fallert and Proposed Tri-Lead Counsel*


**SCOTT + SCOTT, LLC**
Arthur L. Shingler, III
Wells Fargo Building
401 B Street, Suite 307
San Diego, California  92101
(619) 233-4565

*Counsel for Plaintiff James Gilliam and Proposed Tri-Lead Counsel*


**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

*Counsel for Plaintiff James Gilliam*

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
Three Bala Plaza East
Suite 400
Bala Cynwyd, Pennsylvania  19004
(610) 667-7706

*Counsel for Plaintiff Bogatin Family Trust*

**GILMAN AND PASTOR, LLP**
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts  01906
(781) 231-7850

*Counsel for Plaintiff Bogatin Family Trust*

**WEISS & YOURMAN**
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, New York  10176
(212) 682-3025

*Counsel for Plaintiffs William S. Groeschel, Ghassan J. Awali, Marina Berti, Valeriex A. Daspit, Arthur G. Denker, Randall C. Heyward, Stanley H. Krupa, Nicole Lenzi, David M. Lucoff, Joseph F. Martingano, Michael S. Mendolia, Patricia K. Munshaw, Brian D. Reese, Jay J. Rupp, Gilbert P. Travis, Jewel R. Travis and David O. Fallert*

**GOODWIN PROCTER LLP**

By: /s/ James S. Dittmar
    James S. Dittmar, BBO #126320
    Roberto M. Braceras, BBO #566816
    John O. Farley *(Pro Hac Vice)*
Exchange Place
Boston, MA  02109
(617) 570-1000


**MILBANK, TWEEN, HADLEY & McCLOY, LLP**
James N. Benedict *(Pro Hac Vice)*
Sean M. Murphy *(Pro Hac Vice)*
C. Neil Gray *(Pro Hac Vice)*
One Chase Manhattan Plaza
New York, NY^ 1005
(212) 530-5000

*Counsel for Defendants Fidelity Management & Research Company, FMR Co., Inc., FMR Corp., Fidelity Distributors Corporation, Edward C. Johnson III, Abigail P. Johnson, Edward C. Johnson IV, Elizabeth L. Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds, Robert C. Pozen, J. Gary Burkhead*


**DEBEVOISE & PLYMPTON LLP**

By:  /s/ John S. Kiernan
    John S. Kierman
    Woodrow W. Campbell, Jr.
919 3rd Avenue
New York, NY  10122
(212) 909-6000

**SULLIVAN, WEINSTEIN & McQUAY, P.C.**
Sandra S. McQuay
Two Park Plaza
Boston, MA 02116
(617) 348-4355

*Counsel for Defendants J. Michael Cook, Ralph F. Cox, Robert M. Gates, Donald J. Kirk, Marie L. Knowles, Ned C. Lautenbach, Marvin L. Mann, William O. McCoy, William S. Stavropoulos, George H. Heilmeier, Gerald C. McDonough*


**KIRKPATRICK & LOCKHART, LLP**

By: /s/ Wm. Shaw McDermott
     Wm. Shaw McDermott, BBO #330860
     Amy Beth Abbott
75 State Street
Boston, MA 02109-1808
(617) 261-3120

*Counsel for all Nominal Defendants*


### CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party on September 6, 2005.

/s/ Nancy Freeman Gans
Nancy Freeman Gans