# EXHIBIT B

## VERIFICATION

I, James Gilliam, hereby verify under penalty of perjury that I have reviewed the Consolidated Amended Class Action Complaint and authorized its filing and that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: September 30, 2005

/s/ James Gilliam
James Gilliam