## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 04cv11600 (MBB)<br><br>**Consolidated Case Nos.:**<br><br>04cv11642<br>04cv11709<br>04cv11735<br>04cv11812 |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

　　WHEREAS, Plaintiffs in each of the underlying cases in this consolidated action previously filed class action complaints naming multiple defendants, including Thomas R. Williams, a former Independent Trustee of the Fidelity funds who is now deceased;

　　WHEREAS, each of the underlying cases was consolidated pursuant to an Order of the Court dated May 3, 2005;

　　WHEREAS, Plaintiffs filed a consolidated amended class action complaint on October 3, 2005 under an abbreviated caption (the "Amended Complaint");

　　WHEREAS, neither Thomas R. Williams nor his estate is named as a defendant in the Amended Complaint;

　　WHEREAS, the parties agree that the record should reflect that the "et al." reference in the abbreviated caption to the Amended Complaint does not include either Thomas R. Williams or his estate; and

WHEREFORE, pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs in the above-captioned consolidated action, by and through the undersigned counsel, dismiss without prejudice any and all claims against Thomas R. Williams and/or his estate. Each party will bear its own costs and fees.

Dated:  November 2, 2005             Respectfully submitted,

        **MOULTON & GANS, P.C.**

By:  __/s/ Nancy Freeman Gans_____
      Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts  02109-4216
(617) 369-7979

*Liaison Counsel for Plaintiffs*

**MILBERG WEISS BERSHAD**
 **& SCHULMAN LLP**
Jerome M. Congress
Janine L. Pollack
Kim E. Miller
Michael R. Reese
One Pennsylvania Plaza
New York, New York  10119-0165
(212) 594-5300

**STULL, STULL & BRODY**
Jules Brody
Mark Levine
6 East 45th Street
New York, New York  10017
(212) 687-7230

**SCOTT + SCOTT, LLC**
Arthur L. Shingler, III
Wells Fargo Building
401 B Street, Suite 307
San Diego, California  92101
(619) 233-4565

*Tri-Lead Counsel for Plaintiffs*

2

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
The World Trade Center – Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland 21202
(410) 332-0030

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
280 King of Prussia Rd
Radnor, Pennsylvania, 19087
(610) 667-7706

**WEISS & LURIE**
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, New York  10176
(212) 682-3025

**GILMAN AND PASTOR, LLP**
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts  01906
(781) 231-7850

*Additional Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that I served a copy of the foregoing document upon counsel for all parties by mailing a copy of same, postage prepaid, to each attorney of record, this 2nd day of November, 2005.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

3