# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, *et al.*,<br><br>Defendants. | Civil Action No. 04cv11600 (MBB)<br><br>Consolidated Case Nos.:<br>04cv11642<br>04cv11709<br>04cv11735<br>04cv11812 |

### MOTION OF INDEPENDENT TRUSTEE DEFENDANTS
### TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Pursuant Fed. R. Civ. P. 12(b)(6) and 23.1, the "Independent Trustee Defendants"[1] move to dismiss Counts One, Two, Three, Four, Seven and Eight of plaintiffs' Consolidated Amended Class Action Complaint as brought against them for the reasons set forth in their accompanying memorandum, and for the reasons set forth in the memorandum of the "Fidelity Defendants"[2] accompanying their motion to dismiss plaintiffs' Consolidated Amended Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and 23.1, and for the reasons set forth in the memorandum of

---

[1] J. Michael Cook, Ralph F. Cox, Robert M. Gates, George H. Heilmeier, Donald J. Kirk, Marie L. Knowles, Ned C. Lautenbach, Marvin L. Mann, William O. McCoy, Gerald C. McDonough and William S. Stavropoulos.

[2] Fidelity Management and Research Company, FMR Co., Inc., FMR Corp., Fidelity Distributors Corporation, Edward C. Johnson 3d, Abigail P. Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds and Robert C. Pozen.

the "Nominal Defendants"[3] accompanying their motion to dismiss plaintiffs' Consolidated Amended Class Action Complaint.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), the Independent Trustee Defendants state that oral argument may assist the Court in resolving this Motion, and therefore request oral argument..

THE INDEPENDENT TRUSTEE DEFENDANTS

Dated:  December 5, 2005                By their attorneys,

**/s/ Sandra Sue McQuay**
Sandra Sue McQuay (BBO No. 340120)
A. Lauren Carpenter (BBO No. 551258)
SULLIVAN, WEINSTEIN & MCQUAY
2 Park Plaza
Boston, Massachusetts  02116
Telephone  617.348.4355

John S. Kiernan
Suzanne M. Grosso
Nicholas F. Joseph
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Telephone  212.909.6000

*Attorneys for J. Michael Cook, Ralph F. Cox, Robert M. Gates, George H. Heilmeier, Donald J. Kirk, Marie L. Knowles, Ned C. Lautenbach, Marvin L. Mann, William O. McCoy, Gerald C. McDonough, and William S. Stavropoulos*

---

[3] Each of the Fidelity Funds named in the Consolidated Amended Class Action Complaint.

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

     I, Sandra Sue McQuay, hereby certify that counsel for the Independent Trustee Defendants conferred with opposing counsel in an effort to resolve or narrow the issues presented in this motion prior to filing, but was unable to do so.

                                              **/s/ Sandra Sue McQuay**
                                              Sandra Sue McQuay