UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAMES GILLIAM, Individually And On Behalf of All Others Similarly Situated, | ) ) ) ) | Civil Action No. 04cv11600 (NG) |
| | | Consolidated Case Nos.: |
| Plaintiff, | ) ) | 04cv11642 |
| | ) | 04cv11709 |
| v. | ) | 04cv11735 |
| | ) | 04cv11812 |
| FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., | ) ) ) | |
| Defendants. | ) ) | |

**MOTION OF THE NOMINAL DEFENDANTS, FIDELITY FUNDS,
TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23.1, Nominal Defendants, Fidelity Funds ("Fidelity Funds"), hereby move this Court to dismiss the Consolidated Amended Class Action Complaint in the above-captioned matter.

As support for this motion, the Fidelity Funds respectfully refer the Court to its Memorandum of Law in Support of the Motion of the Nominal Defendants, Fidelity Funds, to Dismiss the Consolidated Amended Class Action Complaint, filed herewith.

- 2 -

WHEREFORE, the Fidelity Funds, respectfully move the Court to grant their Motion to Dismiss the Consolidated Amended Class Action Complaint.

Respectfully submitted,

FIDELITY FUNDS,

By their attorneys,

/s/ Wm. Shaw McDermott
Wm. Shaw McDermott (BBO # 330860)
    smcdermott@klng.com
Derek M. Meisner (BBO # 660212)
    dmeisner@klng.com
Wendy A. Berliner (BBO # 639853)
    wberliner@klng.com
KIRKPATRICK & LOCKHART
    NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Dated: December 5, 2005

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I conferred with counsel for the plaintiffs and have attempted, in good faith, to resolve or narrow the issues prior to filing this motion.

Dated: December 5, 2005      /s/ Wm. Shaw McDermott
    Wm. Shaw McDermott (BBO # 330860)

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2005, I served a true copy of the foregoing document by electronic filing upon all counsel of record. Furthermore, a true copy of the foregoing is served by hand to Liaison Counsel, Nancy Freeman Gans, Esq., MOULTON & GANS, P.C, 33 Broad Street, Suite 1100, Boston, MA 02109. A true copy of the foregoing is served upon Lead Counsel via Federal Express and Facsimile at the following addresses:

MILBERG WEISS BERSHAD & SCHULMAN LLP
One Pennsylvania Plaza
New York, New York 10119
(Fax): (212) 868-1229

- 3 -

STULL, STULL & BRODY
6 East 45th Street
New York, New York  10017
(Fax):  (212) 490-2022

SCOTT & SCOTT, LLC
Wells Fargo Building
401 B Street, Suite 307
San Diego, California  92101
(Fax):  (619) 233-0508

/s/ Wm. Shaw McDermott
Wm. Shaw McDermott (BBO # 330860)