# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>Defendants. | Civil Action No. 04cv11600 (NG)<br><br>**Consolidated Case Nos.:**<br><br>04cv11642<br>04cv11709<br>04cv11735<br>04cv11812 |

## NOTICE OF APPEARANCE OF ROBERTO M. BRACERAS

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Roberto M. Braceras as attorney for defendants Fidelity Management and Research Company, FMR Co., Inc., FMR Corp., Fidelity Distributors Corporation, Edward C. Johnson 3d, Abigail P. Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds and Robert C. Pozen in the above-entitled action.

Respectfully submitted,

GOODWIN PROCTER LLP

　　　　/s/ Roberto M. Braceras
　　James S. Dittmar (BBO# 126320)
　　Roberto M. Braceras (BBO# 566816)
　　Stuart M. Glass (BBO# 641466)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: (617) 570-1000

LIBA/1653096.1

                             MILBANK, TWEED, HADLEY &
                            MCCLOY LLP
                                James N. Benedict
                                Sean M. Murphy
                                C. Neil Gray
                      One Chase Manhattan Plaza
                      New York, New York 10005
                      Tel: (212) 530-5000

*Attorneys for Defendants Fidelity Management & Research Company, FMR Co., Inc., FMR Corp., Fidelity Distributors Corporation, Edward C. Johnson 3d, Abigail P. Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds and Robert C. Pozen*

Dated: December 5, 2005

LIBA/1653096.1