# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>Defendants. | Civil Action No. 04cv11600 (NG)<br><br>**Consolidated Case Nos.:**<br><br>04cv11642<br>04cv11709<br>04cv11735<br>04cv11812 |

### FIDELITY DEFENDANTS' MOTION TO DISMISS
### PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

Defendants Fidelity Management and Research Company, FMR Co., Inc., FMR Corp., Fidelity Distributors Corporation, Edward C. Johnson 3d, Abigail P. Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds and Robert C. Pozen (together, the "Fidelity Defendants") move to dismiss Plaintiffs' Consolidated Amended Complaint, in its entirety and with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23.1. In support of their motion to dismiss, the Fidelity Defendants rely on the accompanying memorandum of law.

### REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 7.1(d), the Fidelity Defendants request oral argument at a date and time to be set by this Court.

### LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Stuart M. Glass, hereby certify that on December 1, 2005, I conferred in good faith with Nancy Freeman Gans, counsel for plaintiffs, in an attempt to resolve or narrow the issues presented in this motion prior to filing, and that we were unable to resolve or narrow the issues.

           /s/Stuart M. Glass

LIBA/1651511.1

Respectfully submitted,

GOODWIN PROCTER LLP


      /s/ James S. Dittmar
James S. Dittmar (BBO# 126320)
Roberto M. Braceras (BBO# 566816)
Stuart M. Glass (BBO# 641466)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: (617) 570-1000

MILBANK, TWEED, HADLEY &
 MCCLOY LLP
   James N. Benedict
   Sean M. Murphy
   C. Neil Gray
   Robert R. Miller
   Nicole B. Capuano
   Andrew W. Robertson
One Chase Manhattan Plaza
New York, New York 10005
Tel: (212) 530-5000

*Attorneys for Defendants Fidelity Management & Research Company, FMR Co., Inc., FMR Corp., Fidelity Distributors Corporation, Edward C. Johnson 3d, Abigail P. Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds and Robert C. Pozen*

Dated:  December 5, 2005

LIBA/1651511.1