UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>Defendants. | Civil Action No. 04cv11600 (NG)<br><br>**Consolidated Case Nos.:**<br><br>04cv11642<br>04cv11709<br>04cv11735<br>04cv11812 |

### ASSENTED-TO MOTION OF THE FIDELITY DEFENDANTS' FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES IN SUPPORT OF MOTION TO DISMISS

Defendants Fidelity Management and Research Company, FMR Co., Inc., FMR Corp., Fidelity Distributors Corporation, Edward C. Johnson 3d, Abigail P. Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds and Robert C. Pozen (together, the "Fidelity Defendants") move pursuant to Local Rule 7.1(B)(4) for leave to file a memorandum in excess of twenty pages in support of their Motion to Dismiss Plaintiffs' Consolidated Amended Complaint. As set forth in the accompanying Certification pursuant to Local rule 7.1, counsel for the plaintiffs have assented to this motion. As additional grounds for this motion, the Fidelity Defendants state as follows:

1. Plaintiffs' consolidated amended complaint is 100 pages in length, contains 273 separately numbered paragraphs, and asserts eight causes of action.

2. The undersigned counsel represent the ten Fidelity Defendants – four corporate defendants and six trustee defendants – and, on their behalf, are filing one consolidated motion to dismiss.

LIBA/1651469.1

3. Permitting the filing of a memorandum in excess of twenty pages will allow the Fidelity Defendants to address the issues presented by the complaint. This will aid the Court in its consideration and determination of the motion to dismiss and will serve the interests of judicial economy and efficiency.

WHEREFORE, the Fidelity Defendants respectfully request that this Court grant leave for them to file the accompanying Memorandum in Support of their Motion to Dismiss Plaintiffs' Consolidated Amended Complaint.

Respectfully submitted,

GOODWIN PROCTER LLP

/s/ James S. Dittmar
James S. Dittmar (BBO# 126320)
Roberto M. Braceras (BBO# 566816)
Stuart M. Glass (BBO# 641466)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: (617) 570-1000

MILBANK, TWEED, HADLEY &
 MCCLOY LLP
   James N. Benedict
   Sean M. Murphy
   C. Neil Gray
   Robert R. Miller
   Nicole B. Capuano
   Andrew W. Robertson
One Chase Manhattan Plaza
New York, New York 10005
Tel: (212) 530-5000

*Attorneys for Defendants Fidelity Management & Research Company, FMR Co., Inc., FMR Corp., Fidelity Distributors Corporation, Edward C. Johnson 3d, Abigail P. Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds and Robert C. Pozen*

LIBA/1651469.1

Dated: December 5, 2005

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

    I, Stuart M. Glass, hereby certify that on December 1, 2005, I conferred with Nancy Freeman Gans, counsel for plaintiffs, in an effort to resolve or narrow the issues presented in this motion prior to filing, and she assented to this motion.

                                                                      /s/ Stuart M. Glass