# ATTACHMENT A

## ATTACHMENT A

| FUND COMPLEX | CASE | STATUS |
|---|---|---|
| A.G. Edwards | Bachman v. A.G. Edwards, Inc. | Complaint filed Apr. 12, 2005. |
| AIM | Boyce v. AIM Mgmt. Group | Amended Complaint filed Oct. 28, 2005. |
| Alliance Capital | In re AllianceBernstein Mutual Funds Excessive Fee Litig. | Motion to Dismiss granted in part. *See* No. 04 Civ. 4885, 2005 WL 2677753 (S.D.N.Y. Oct. 19, 2005). |
| Capital Research | In re American Mutual Funds Fee Litig. | Motion to Dismiss currently pending. |
| Citigroup | In re Salomon Smith Barney Mutual Fund Fees Litig. | Motion to Dismiss currently pending. |
| Columbia | In re Columbia Entities Litig. | Motion to Dismiss granted. *See* No. 04-11704-REK (D. Mass. Nov. 30, 2005) |
| Davis | In re Davis Select Mutual Funds Litig. | Motion to Dismiss granted. *See* 2005 WL 2509732 (S.D.N.Y. Oct. 11, 2005). |
| Deutsche/Scudder | In re Scudder Mutual Funds Fee Litig. | Consolidated complaint filed Nov. 7, 2005. |
| Dreyfus | In re Dreyfus Mutual Funds Fee Litig. | Motion to Dismiss granted in part. *See* No. 2:04cv128, slip op. (W.D. Pa. Sept. 28, 2005). |
| Eaton Vance | In re Eaton Vance Mutual Funds Fee Litig. | Motion to Dismiss granted. *See* 380 F. Supp. 2d 222 (S.D.N.Y. 2005). |
| Evergreen/Wachovia | In re Evergreen Mutual Funds Fee Litig. | Motion to Dismiss currently pending. |
| Federated | Spahn v. Federated Investors Inc. | Consolidated Complaint due. |
| Franklin | In re Franklin Mutual Funds Fee Litig. | Motion to Dismiss granted. *See* 388 F. Supp. 2d 451 (D.N.J. 2005). |
| Hartford | In re Hartford Mutual Funds Fee Litig. | Motion to Dismiss currently pending. |
| Lord Abbett | In re Lord Abbett Mutual Funds Fee Litig. | Motion to Dismiss granted. *See* 385 F. Supp. 2d 471 (D.N.J. 2005). |
| Merrill Lynch | In re Merrill Lynch Investment Management Funds Sec. Litig. | Stipulated Dismissal with prejudice. *See* No. 04cv3759 (S.D.N.Y. Oct. 18, 2005). |
| MFS | Forsythe v. Sun Life Financial, Inc. | Motion to Dismiss currently pending. |
| Morgan Stanley | In re Morgan Stanley and Van | Motion to Dismiss currently |

|  | Kampen Mutual Funds Sec. Litig. | pending. |
| --- | --- | --- |
| Oppenheimer | In re Oppenheimer Funds Fee Litig. | Motion to Dismiss currently pending. |
| PIMCO | In re Allianz Dresdner Mutual Funds Fee Litig. | Motion to Dismiss currently pending. |
| UBS | Hoffman v. UBS | Complaint filed July 28, 2005. |