# ATTACHMENT B

## ATTACHMENT B

| Fund Name | Share Ownership Alleged |
|---|---|
| **FUNDS ORGANIZED UNDER MASSACHUSETTS LAW** | |
| Fidelity Advisor Aggressive Growth Fund | X |
| Fidelity Advisor Asset Allocation Fund | X |
| Fidelity Advisor Balanced Fund | |
| Fidelity Advisor Biotechnology Fund | |
| Fidelity Advisor California Municipal Income Fund | |
| Fidelity Advisor Consumer Industries Fund | |
| Fidelity Advisor Cyclical Industries Fund | |
| Fidelity Advisor Developing Communications Fund | |
| Fidelity Advisor Diversified International Fund | X |
| Fidelity Advisor Dividend Growth Fund | X |
| Fidelity Advisor Dynamic Capital Appreciation Fund | |
| Fidelity Advisor Electronics Fund | |
| Fidelity Advisor Emerging Asia Fund | |
| Fidelity Advisor Emerging Markets Fund | |
| Fidelity Advisor Emerging Markets Income Fund | |
| Fidelity Advisor Equity Growth Fund | X |
| Fidelity Advisor Equity Income Fund | |
| Fidelity Advisor Equity Value Fund | |
| Fidelity Advisor Europe Capital Appreciation Fund | |
| Fidelity Advisor Fifty Fund | |
| Fidelity Advisor Financial Services Fund | |
| Fidelity Advisor Floating Rate High Income Fund | |
| Fidelity Advisor Global Equity Fund | |
| Fidelity Advisor Government Investment Fund | |
| Fidelity Advisor Growth & Income Fund | X |
| Fidelity Advisor Growth Opportunities Fund | X |
| Fidelity Advisor Health Care Fund | |
| Fidelity Advisor High Income Advantage Fund | |
| Fidelity Advisor High Income Fund | |
| Fidelity Advisor Inflation-Protected Bond Fund | |
| Fidelity Advisor Intermediate Bond Fund | |
| Fidelity Advisor International Capital Appreciation Fund | |
| Fidelity Advisor International Small Cap Fund | |
| Fidelity Advisor Investment Grade Bond Fund | |
| Fidelity Advisor Japan Fund | |
| Fidelity Advisor Korea Fund | |
| Fidelity Advisor Large Cap Fund | |
| Fidelity Advisor Latin America Fund | |
| Fidelity Advisor Leveraged Company Stock Fund | |
| Fidelity Advisor Mid Cap Fund | X |

| Fund Name | Share Ownership Alleged |
|---|---|
| Fidelity Advisor Mortgage Securities Fund | |
| Fidelity Advisor Municipal Income Fund | |
| Fidelity Advisor Natural Resources Fund | |
| Fidelity Advisor New Insights Fund | |
| Fidelity Advisor New York Municipal Income Fund | |
| Fidelity Advisor Overseas Fund | X |
| Fidelity Advisor Real Estate Fund | |
| Fidelity Advisor Short Fixed-Income Fund | |
| Fidelity Advisor Short-Intermediate Municipal Income Fund | |
| Fidelity Advisor Small Cap Fund | X |
| Fidelity Advisor Strategic Dividend & Income Fund | |
| Fidelity Advisor Strategic Growth Fund | |
| Fidelity Advisor Strategic Income Fund | |
| Fidelity Advisor Technology Fund | X |
| Fidelity Advisor Telecommunications & Utilities Growth Fund | |
| Fidelity Advisor Value Fund | |
| Fidelity Advisor Value Leaders Fund | |
| Fidelity Advisor Value Strategies Fund | |
| Fidelity Aggressive International Fund | |
| Fidelity Air Transportation Portfolio | |
| Fidelity Asset Manager | X |
| Fidelity Asset Manager: Aggressive | |
| Fidelity Asset Manager: Growth | |
| Fidelity Asset Manager: Income | |
| Fidelity Automotive Portfolio | |
| Fidelity Banking Portfolio | |
| Fidelity Blue Chip Growth Fund | X |
| Fidelity Blue Chip Value Fund | |
| Fidelity Brokerage/Investment Management Market Fund | |
| Fidelity Canada Fund | |
| Fidelity Capital & Income Fund | |
| Fidelity Capital Appreciation Fund | |
| Fidelity Chemicals Portfolio | |
| Fidelity China Region Fund | X |
| Fidelity Computers Portfolio | |
| Fidelity Construction & Housing Portfolio | |
| Fidelity Contrafund | X |
| Fidelity Convertible Securities Fund | |
| Fidelity Defense & Aerospace Portfolio | |
| Fidelity Disciplined Equity Fund | |
| Fidelity Discovery Fund | |
| Fidelity Energy Portfolio | |
| Fidelity Energy Service Portfolio | |
| Fidelity Environmental Portfolio | |

| *Fund Name* | *Share Ownership Alleged* |
|---|---|
| Fidelity Equity-Income Fund | |
| Fidelity Equity-Income Fund II | |
| Fidelity Europe Fund | |
| Fidelity Export and Multinational Fund | |
| Fidelity Focused Stock Fund | |
| Fidelity Food & Agriculture Portfolio | |
| Fidelity Fund | |
| Fidelity Ginnie Mae Fund | |
| Fidelity Global Balanced Fund | |
| Fidelity Gold Portfolio | |
| Fidelity Government Income Fund | |
| Fidelity Growth Company Fund | X |
| Fidelity Home Finance Portfolio | |
| Fidelity Independence Fund | |
| Fidelity Industrial Equipment Portfolio | |
| Fidelity Industrial Materials Portfolio | |
| Fidelity Insurance Portfolio | |
| Fidelity Intermediate Government Income Fund | |
| Fidelity International Growth & Income Fund | |
| Fidelity Japan Smaller Companies Fund | |
| Fidelity Large Cap Stock Fund | X |
| Fidelity Leisure Portfolio | |
| Fidelity Low-Priced Stock Fund | X |
| Fidelity Magellan Fund | X |
| Fidelity Massachusetts Municipal Money Market Fund | |
| Fidelity Medical Delivery Portfolio | |
| Fidelity Medical Equipment/Systems Portfolio | |
| Fidelity Mid-Cap Stock Fund | |
| Fidelity Multimedia Portfolio | |
| Fidelity NASDAQ Composite Index Fund | |
| Fidelity Natural Gas Portfolio | |
| Fidelity Networking & Infrastructure Portfolio | |
| Fidelity New Markets Income Fund | |
| Fidelity New Millennium Fund | |
| Fidelity Nordic Fund | |
| Fidelity OTC Portfolio | X |
| Fidelity Pacific Basin Fund | X |
| Fidelity Paper & Forest Products Portfolio | |
| Fidelity Pharmaceuticals Portfolio | |
| Fidelity Puritan Fund | |
| Fidelity Real Estate Income Fund | |
| Fidelity Retailing Portfolio | |
| Fidelity Select Money Market Portfolio | |
| Fidelity Short-Term Bond Fund | |

3

| Fund Name | Share Ownership Alleged |
|---|---|
| Fidelity Small Cap Independence Fund | X |
| Fidelity Small Cap Retirement Fund | |
| Fidelity Small Cap Stock Fund | X |
| Fidelity Software/Computer Services Portfolio | |
| Fidelity Southeast Asia Fund | X |
| Fidelity Spartan Government Income Fund | |
| Fidelity Stock Selector Fund | |
| Fidelity Structured Large Cap Growth Fund | |
| Fidelity Structured Large Cap Value Fund | |
| Fidelity Structured Mid Cap Growth Fund | |
| Fidelity Structured Mid Cap Value Fund | |
| Fidelity Total Bond Fund | |
| Fidelity Transportation Portfolio | |
| Fidelity Trend Fund | X |
| Fidelity U.S. Bond Index Fund | |
| Fidelity Ultra-Short Bond Fund | |
| Fidelity Utilities Fund | |
| Fidelity Utilities Growth Portfolio | |
| Fidelity Value Discovery Fund | |
| Fidelity Wireless Portfolio | |
| Fidelity Worldwide Fund | |
| Spartan 500 Index Fund | |
| Spartan Arizona Municipal Income Fund | |
| Spartan California Municipal Income Fund | |
| Spartan Connecticut Municipal Income Fund | |
| Spartan Extended Market Index Fund | |
| Spartan Florida Municipal Income Fund | |
| Spartan Intermediate Municipal Income Fund | |
| Spartan International Index Fund | |
| Spartan Investment Grade Bond Fund | |
| Spartan MA Municipal Money Market Fund | |
| Spartan Maryland Municipal Income Fund | |
| Spartan Massachusetts Municipal Income Fund | |
| Spartan Michigan Municipal Income Fund | |
| Spartan Minnesota Municipal Income Fund | |
| Spartan Municipal Income Fund | |
| Spartan New Jersey Municipal Income Fund | |
| Spartan New York Municipal Income Fund | |
| Spartan Ohio Municipal Income Fund | |
| Spartan Pennsylvania Municipal Income Fund | X |
| Spartan Short-Intermediate Municipal Fund | |
| Spartan Tax-Free Bond Fund | |
| Spartan Total Market Index Fund | |
| Spartan U.S. Equity Index Fund | X |

| Fund Name | Share Ownership Alleged |
|---|---|
| **FUNDS ORGANIZED UNDER DELAWARE LAW** | |
| Fidelity Advisor Freedom 2005 Fund | |
| Fidelity Advisor Freedom 2010 Fund | |
| Fidelity Advisor Freedom 2015 Fund | |
| Fidelity Advisor Freedom 2020 Fund | |
| Fidelity Advisor Freedom 2025 Fund | |
| Fidelity Advisor Freedom 2030 Fund | |
| Fidelity Advisor Freedom 2035 Fund | |
| Fidelity Advisor Freedom 2040 Fund | |
| Fidelity Advisor Freedom Income Fund | |
| Fidelity Advisor Tax Managed Stock Fund | |
| Fidelity Arizona Municipal Money Market Fund | |
| Fidelity Cash Reserves | X |
| Fidelity Connecticut Municipal Money Market Fund | |
| Fidelity Florida Municipal Money Market Fund | |
| Fidelity Four-In-One Index Fund | |
| Fidelity Michigan Municipal Money Market Fund | |
| Fidelity Money Market Trust: Retirement Government Money Market Portfolio | |
| Fidelity Money Market Trust: Retirement Money Market Portfolio | |
| Fidelity Municipal Money Market Fund | |
| Fidelity New Jersey Municipal Money Market Fund | |
| Fidelity New York Municipal Money Market Fund | |
| Fidelity Ohio Municipal Money Market Fund | |
| Fidelity Pennsylvania Municipal Money Market Fund | |
| Fidelity Tax-Free Money Market Fund | |
| Fidelity U.S. Government Reserves | |
| Spartan CA Municipal Money Market Fund | |
| Spartan Money Market Fund | |
| Spartan Municipal Money Fund | |
| Spartan NJ Municipal Money Market Fund | |
| Spartan NY Municipal Money Market Fund | |
| Spartan U.S. Government Money Market Fund | |
| Spartan U.S. Treasury Money Market Fund | |

*The Fidelity Advisor Freedom 2000 Fund was never launched.

**Plaintiffs identify Fidelity Advisor Growth & Income Fund II in Exhibit A to the Complaint. No such fund exists.

NY2:#4668749

5