# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, *et al.*,<br><br>Defendants. | Civil Action No. 04cv11600 (MBB)<br><br>Consolidated Case Nos.:<br>04cv11642<br>04cv11709<br>04cv11735<br>04cv11812 |

**APPENDIX OF UNREPORTED CASES CITED IN MEMORANDUM OF INDEPENDENT TRUSTEE DEFENDANTS IN SUPPORT OF MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

In support of their motion pursuant to Fed. R. Civ. P. 12(b)(6) and 23.1 to dismiss Counts One, Two, Three, Four, Seven and Eight of plaintiffs' Consolidated Amended Class Action Complaint as brought against them, made on December 5, 2005, the "Independent Trustee Defendants"[1] submit copies of the following unreported cases, which are cited in their accompanying brief:

**TAB A:** ......................................... *In re AllianceBernstein Mutual Fund Excessive Fee Litigation*, ................................................................ 2005 WL 2677753 (S.D.N.Y. Oct. 19, 2005)

**TAB B:** ............................................................................................... *Amalgamated Bank v. Yost*, .................................................... 2005 U.S. Dist. LEXIS 1280 (E.D. Pa. Feb. 1, 2005)

**TAB C:** ............................................................... *In re Davis Selected Mutual Funds Litigation*, ............................................................ 2005 WL 2509732 (S.D.N.Y. Oct. 11, 2005)

---

[1] J. Michael Cook, Ralph F. Cox, Robert M. Gates, George H. Heilmeier, Donald J. Kirk, Marie L. Knowles, Ned C. Lautenbach, Marvin L. Mann, William O. McCoy, Gerald C. McDonough and William S. Stavropoulos.

**TAB D:** ........................................................*In re Delta & Pine Land Co. Shareholder Litigation*,
................................................................ 2000 Del. Ch. LEXIS 91 (Del. Ch. June 21, 2000)

**TAB E:** ................................................................*In re Dreyfus Mutual Funds Fee Litigation*,
............................................................ 2005 U.S. Dist. LEXIS 29152 (W.D. Pa. Sept. 30, 2005)

**TAB F:** ..............................................................................................*Hamilton v. Allen*,
................................................................2005 U.S. Dist. LEXIS 23838 (E.D. Pa. Oct. 14, 2005)

**TAB G:** ...............................................................................................*Hogan v. Baker*,
.............................................................2005 U.S. Dist. LEXIS 16888, (N.D. Tex. Aug. 12, 2005)

**TAB H:** ............................................................ *In re Lord Abbett Mutual Funds Fee Litigation.*,
............................................................................ 2005 WL 2090517 (D. N.J. Aug. 30, 2005)

**TAB I:** ...........................................................................................*Mitzner v. Hastings*,
.................................................................. 2005 U.S. Dist. LEXIS 835 (N.D. Cal. Jan. 14, 2005)

**TAB J:** ..................................................... *In re J.P. Morgan Chase & Co. Shareholder Litigation*,
...................................................................... 2005 Del. Ch. LEXIS 51 (Del. Ch. Apr. 29, 2005)

**TAB K:** .............................................................................................*Stegall v. Ladner*,
..............................................................2005 U.S. Dist. LEXIS 24453 (D. Mass. Oct. 14, 2005).

**TAB L:** ...................................................................*Strigliabotti v. Franklin Resources, Inc.*,
...................................................................2005 U.S. Dist. LEXIS 9625 (N.D. Cal. Mar. 7, 2005)

THE INDEPENDENT TRUSTEE DEFENDANTS

Dated:  December 7, 2005                    By their attorneys,


**/s/ Sandra Sue McQuay**
Sandra Sue McQuay (BBO No. 340120)
A. Lauren Carpenter (BBO No. 551258)
SULLIVAN, WEINSTEIN & MCQUAY
2 Park Plaza
Boston, Massachusetts  02116
Telephone  617.348.4355

John S. Kiernan
Suzanne M. Grosso
Nicholas F. Joseph
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022

Telephone  212.909.6000

*Attorneys for J. Michael Cook, Ralph F. Cox, Robert M. Gates, George H. Heilmeier, Donald J. Kirk, Marie L. Knowles, Ned C. Lautenbach, Marvin L. Mann, William O. McCoy, Gerald C. McDonough, and William S. Stavropoulos*