UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Massachusetts

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., ) <br> ) <br> Defendants. ) | Civil Action No. 04cv11600 (MBB) <br><br> Consolidated Case Nos.: <br><br> 04cv11642 <br> 04cv11709 <br> 04cv11735 <br> 04cv11812 |

### NOTICE OF CHANGE OF ADDRESS

Please take notice that effective January 31, 2006, the address for Moulton & Gans, P.C. will change to the following:

>Moulton & Gans, P.C.
>55 Cleveland Road
>Wellesley, MA 02481

Please take further notice that the firm's telephone and facsimile numbers will change as follows:

>Telephone Number:   781-235-2246
>Fax Number:              781-239-0353.

Dated: January 12, 2006                    Respectfully submitted,

>/s/ Nancy Freeman Gans
>Nancy Freeman Gans, BBO #184540
>**MOULTON & GANS, P.C.**
>33 Broad Street, Suite 1100
>Boston, MA 02109
>(617) 369-7979

## **CERTIFICATE OF SERVICE**

      I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party by mailing same, postage prepaid, on January 12, 2006.

                                          /s/ Nancy Freeman Gans
                                          Nancy Freeman Gans