# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>                Defendants. | Civil Action No. 04cv11600 (MBB)<br><br>**Consolidated Case Nos.:**<br><br>04cv11642<br>04cv11709<br>04cv11735<br>04cv11812 |

**PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT**

Pursuant to Local Rule 7.1(B)(4), Plaintiffs hereby move for leave to file Plaintiffs' Opposition to Defendants' Motion to Dismiss which is in excess of the twenty (20) page limit. In support of this Motion, Plaintiffs state that their Opposition addresses numerous complex issues raised by the Defendants' Motions to Dismiss, which also exceeded twenty pages in length. Plaintiffs believe that extending the page limit will aid the Court in its determination of the issues presented. Finally, Plaintiffs state that Defendants have assented to this request.

WHEREFORE, Plaintiffs respectfully request that the court grant leave for them to file the accompanying Plaintiffs' Opposition to Defendants' Motions to Dismiss.

Dated: January 19, 2006            Respectfully submitted,

                                              **MOULTON & GANS, P.C.**

                                              By: /s/ Nancy Freeman Gans
                                                      Nancy Freeman Gans (BBO #184540)
                                             33 Broad Street, Suite 1100
                                             Boston, Massachusetts  02109-4216
                                             (617) 369-7979
                                             *Liaison Counsel for Plaintiffs*

**MILBERG WEISS BERSHAD
  & SCHULMAN LLP**
Jerome M. Congress
Janine L. Pollack
Kim E. Miller
Michael R. Reese
One Pennsylvania Plaza
New York, New York  10119-0165
(212) 594-5300

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
(212) 687-7230


**SCOTT + SCOTT, LLC**
Arthur L. Shingler, III
Wells Fargo Building
401 B Street, Suite 307
San Diego, California  92101
(619) 233-4565

*Tri-Lead Counsel for Plaintiffs*

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
280 King of Prussia Rd
Radnor, Pennsylvania, 19087
(610) 667-7706

**WEISS & LURIE**
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, New York 10176
(212) 682-3025

**GILMAN AND PASTOR, LLP**
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts 01906
(781) 231-7850

*Additional Counsel for Plaintiffs*

## LOCAL RULE 7.1 CERTIFICATE

I, Nancy Freeman Gans, counsel for plaintiffs James Gilliam, et al., certify that I conferred via telephone and voice mail on January 18, 2006, with Stuart M. Glass, Esquire, Goodwin Proctor, LLP, who represented on behalf of all defense counsel that Defendants assent to the above motion. .

Dated:   January 19, 2006

/s/ Nancy Freeman Gans
Nancy Freeman Gans

## CERTIFICATE OF SERVICE

I, Adam Wierzbowski, hereby certify that a true copy of the above document was served upon the attorney of record for each party.

/s/ Adam Wierzbowski
Adam Wierzbowski