UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES GILLIAM, Individually And On Behalf of All Others Similarly Situated,   )<br>)<br>)<br>    Plaintiff,   )<br>)<br>v.   )<br>)<br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,   )<br>)<br>    Defendants.   )<br>) | Civil Action No. 04cv11600 (NG)<br><br>Consolidated Case Nos.:<br><br>04cv11642<br>04cv11709<br>04cv11735<br>04cv11812 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Notice is hereby given of the withdrawal of my appearance and that of Kirkpatrick & Lockhart Nicholson Graham, LLP as counsel for the Nominal Defendants The Fidelity Funds in the above-captioned matter. The Fidelity Funds' successor counsel are Frances S. Cohen, Esq. and Dechert LLP, 200 Clarendon Street, 27th Floor, Boston, MA 02116-5021.

Respectfully submitted,

FIDELITY FUNDS,

By their attorney,

/s/ *Amy B. Abbott*
_____
Amy B. Abbott (BBO # 648072)
aabbott@klng.com
KIRKPATRICK & LOCKHART
    NICHOLSON GRAHAM LLP
75 State Street
Boston, MA  02109
(617) 261-3100

Dated: February 9, 2006

BOS-938605 v1 0302121-0950

- 2 -

## CERTIFICATE OF SERVICE

  I hereby certify that this document, filed on February 9, 2006 through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                /s/ *Amy B. Abbott*
                _____
                Amy B. Abbott (BBO # 648072)