# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, *et al.*,<br><br>Defendants. | Civil Action No. 04cv11600 (MBB)<br><br>Consolidated Case Nos.:<br>04cv11642<br>04cv11709<br>04cv11735<br>04cv11812 |

### APPENDIX OF UNREPORTED CASES CITED IN REPLY MEMORANDUM OF INDEPENDENT TRUSTEE DEFENDANTS IN SUPPORT OF MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

In support of their motion pursuant to Fed. R. Civ. P. 12(b)(6) and 23.1 to dismiss Counts One, Two, Three, Four, Seven and Eight of plaintiffs' Consolidated Amended Class Action Complaint as brought against them, made on December 5, 2005, the "Independent Trustee Defendants"[1] submit copies of the following unreported cases, which are cited in their accompanying reply brief:

**TAB A:** ............*In re AllianceBernstein Mutual Fund Excessive Fee Litigation*, ............2005 WL 2677753 (S.D.N.Y. Oct. 19, 2005)

**TAB B:** ............*In re American Mutual Funds Fee Litigation*, ............Case No. CV 04-5593-GAF (RNBx) (C.D. Cal. Dec. 16, 2005)

**TAB C:** ............*In re Columbia Entities Litigation*, ............2005 U.S. Dist. LEXIS 33439 (D. Mass. Nov. 30, 2005)

---

[1] J. Michael Cook, Ralph F. Cox, Robert M. Gates, George H. Heilmeier, Donald J. Kirk, Marie L. Knowles, Ned C. Lautenbach, Marvin L. Mann, William O. McCoy, Gerald C. McDonough and William S. Stavropoulos.

**TAB D:** ...................................................................................*Forsythe v. Sun Life Financial Inc.*, ................................................... 2006 U.S. Dist. LEXIS 1948 (D. Mass. Jan. 19, 2006)

**TAB E:** ......................................................... *In re Goldman Sachs Mutual Funds Fee Litigation*, ............................................................. 2006 WL 126772 (S.D.N.Y. Jan. 17, 2006)

**TAB F:**.............................................................................................................. *Hogan v. Baker*, ................................................2005 U.S. Dist. LEXIS 16888 (N.D. Tex. Aug. 12, 2005)

**TAB G:** ............................................................... *In re Lord Abbett Mutual Funds Fee Litigation*, ............................................................... 2005 WL 2090517 (D. N.J. Aug. 30, 2005)

**TAB H:** ............................................................... *In re Lord Abbett Mutual Funds Fee Litigation*, ...................................................... 2005 U.S. Dist. LEXIS 37492 (D. N.J. Dec. 28, 2005)

**TAB I:** ..........................................................................*Strigliabotti v. Franklin Resources, Inc.*, ........................................................2005 U.S. Dist. LEXIS 9625 (N.D. Cal. Mar. 7, 2005)

                                        THE INDEPENDENT TRUSTEE DEFENDANTS

Dated: February 9, 2006               By their attorneys,

                                      **/s/ Sandra Sue McQuay**
                                      Sandra Sue McQuay (BBO No. 340120)
                                      A. Lauren Carpenter (BBO No. 551258)
                                      SULLIVAN, WEINSTEIN & MCQUAY
                                      2 Park Plaza
                                      Boston, Massachusetts 02116
                                      Telephone 617.348.4355

                                      John S. Kiernan
                                      Suzanne M. Grosso
                                      Nicholas F. Joseph
                                      DEBEVOISE & PLIMPTON LLP
                                      919 Third Avenue
                                      New York, New York 10022
                                      Telephone 212.909.6000

                                      *Attorneys for J. Michael Cook, Ralph F. Cox,*
                                      *Robert M. Gates, George H. Heilmeier, Donald J.*
                                      *Kirk, Marie L. Knowles, Ned C. Lautenbach,*
                                      *Marvin L. Mann, William O. McCoy, Gerald C.*
                                      *McDonough, and William S. Stavropoulos*