UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>Defendants. | Civil Action No. 04cv11600 (NG)<br><br>**Consolidated Case Nos.:**<br><br>04cv11642<br>04cv11709<br>04cv11735<br>04cv11812 |

### ASSENTED-TO MOTION OF THE FIDELITY DEFENDANTS' FOR LEAVE TO FILE REPLY MEMORANDUM IN EXCESS OF TWENTY PAGES IN SUPPORT OF MOTION TO DISMISS

Defendants Fidelity Management and Research Company, FMR Co., Inc., FMR Corp., Fidelity Distributors Corporation, Edward C. Johnson 3d, Abigail P. Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds and Robert C. Pozen (together, the "Fidelity Defendants") move pursuant to Local Rule 7.1(B)(4) for leave to file a reply memorandum in excess of twenty pages in support of their Motion to Dismiss Plaintiffs' Consolidated Amended Complaint. As set forth in the accompanying Certification pursuant to Local rule 7.1, counsel for the plaintiffs have assented to this motion. As additional grounds for this motion, the Fidelity Defendants state as follows:

1. Plaintiffs' consolidated amended complaint is 100 pages in length, contains 273 separately numbered paragraphs, and asserts eight causes of action.

2. Plaintiffs' memorandum in opposition to defendants' motions to dismiss is 80 pages in length.

3. The undersigned counsel represent the ten Fidelity Defendants – four corporate defendants and six trustee defendants – and, on their behalf, are filing one reply memorandum.

4. Permitting the filing of a reply memorandum in excess of twenty pages will allow the Fidelity Defendants to address the issues presented by Plaintiffs' opposition memorandum. This will aid the Court in its consideration and determination of the motion to dismiss and will serve the interests of judicial economy and efficiency.

WHEREFORE, the Fidelity Defendants respectfully request that this Court grant leave for them to file the accompanying Reply Memorandum in Support of the Fidelity Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Complaint.

Respectfully submitted,

GOODWIN PROCTER LLP

/s/ Stuart M. Glass
James S. Dittmar (BBO# 126320)
Roberto M. Braceras (BBO# 566816)
Stuart M. Glass (BBO# 641466)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: (617) 570-1000

MILBANK, TWEED, HADLEY &
MCCLOY LLP
  James N. Benedict
  Sean M. Murphy
  C. Neil Gray
  Robert R. Miller
  Andrew W. Robertson
One Chase Manhattan Plaza
New York, New York 10005
Tel: (212) 530-5000

*Attorneys for Defendants Fidelity Management & Research Company, FMR Co., Inc., FMR Corp., Fidelity Distributors Corporation, Edward C. Johnson 3d, Abigail P. Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds and Robert C. Pozen*

Dated: February 9, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION AND CERTIFICATE OF SERVICE

    I certify pursuant to Local Rule 7.1(A)(2) that on February 6, 2006, I conferred with Nancy Freeman Gans, counsel for plaintiffs, on the matter set forth herein and plaintiffs assent to this motion.

    I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 9, 2006. In addition, per this Court's July 22, 2005 Pretrial Order, service of all papers filed excluding exhibits shall be made by telecopy on Plaintiffs' Tri-Lead Counsel.

/s/ Stuart M. Glass
