UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>Defendants. | Civil Action No. 04cv11600 (NG)<br><br>Consolidated Case Nos.:<br><br>04cv11642<br>04cv11709<br>04cv11735<br>04cv11812 |

### APPENDIX OF EXCERPTS OF PUBLICLY AVAILABLE DOCUMENTS REFERRED TO IN FIDELITY DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Defendants Fidelity Management and Research Company, FMR Co., Inc., FMR Corp., Fidelity Distributors Corporation, Edward C. Johnson 3d, Abigail P. Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds and Robert C. Pozen (together, the "Fidelity Defendants") submit this Appendix of Excerpts of Publicly Available Documents Referred to in Fidelity Defendants' Reply Memorandum in Support of Motion to Dismiss.

TAB   DOCUMENT[1]

1. Fidelity Asset Manager Prospectus, dated November 29, 2003

2. Fidelity Advisor Emerging Asia Fund Prospectus, dated December 30, 2003

3. Fidelity Asset Manager Growth Prospectus, dated November 29, 2003

4. Fidelity Blue Chip Growth Fund Prospectus, dated September 29, 2003

5. Fidelity Blue Chip Growth Fund Prospectus, dated September 29, 2005

---

[1] Pursuant to paragraph L(2) of the Electronic Case Filing Administrative Procedures for the United States District Court for the District of Massachusetts, dated January 1, 2006, the Fidelity Defendants have provided excerpts of the referenced documents. At the Court's request, the Fidelity Defendants will provide complete copies of all such documents in hard copy or electronic form.

6. Fidelity Contrafund Prospectus, dated February 28, 2004

7. Fidelity Contrafund Prospectus, dated February 27, 2005

8. Fidelity Equity Income II Fund Prospectus, dated January 29, 2004

9. Fidelity Fund Prospectus, dated August 29, 2003

10. Fidelity Focused Stock Fund Prospectus, dated December 29, 2003

11. Fidelity Growth & Income Portfolio Prospectus, dated September 29, 2003

12. Fidelity Independence Fund Prospectus, dated January 29, 2004

13. Fidelity Large Cap Stock Fund Prospectus, dated June 28, 2003

14. Fidelity Magellan Fund Prospectus, dated May 21, 2003

15. Fidelity Magellan Fund Prospectus, dated May 28, 2004

16. Fidelity OTC Portfolio Prospectus, dated September 29, 2003

17. Fidelity Puritan Fund Prospectus, dated September 29, 2003

18. Fidelity Stock Selector Prospectus, dated December 29, 2003

19. Fidelity China Region Fund Prospectus, dated December 30, 2005

20. Fidelity Low-Priced Stock Fund Prospectus, dated September 29, 2003

21. Fidelity Low-Priced Stock Fund Prospectus, dated September 29, 2004

22. Fidelity Low-Priced Stock Fund Prospectus, dated September 29, 2005

23. Fidelity Small Cap Independence Fund Prospectus, dated December 30, 2003

24. Fidelity Small Cap Independence Fund Prospectus, dated December 30, 2004

25. Fidelity Small Cap Independence Fund Prospectus, dated December 30, 2005

26. Fidelity Management & Research Company, Form ADV showing registration with Securities and Exchange Commission

27. FMR Co., Inc., Form ADV showing registration with Securities and Exchange Commission

Respectfully submitted,

GOODWIN PROCTER LLP

/s/ Stuart M. Glass
James S. Dittmar (BBO# 126320)
Roberto M. Braceras (BBO# 566816)
Stuart M. Glass (BBO# 641466)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: (617) 570-1000

MILBANK, TWEED, HADLEY &
 MCCLOY LLP
James N. Benedict
Sean M. Murphy
C. Neil Gray
Robert R. Miller
Andrew W. Robertson
One Chase Manhattan Plaza
New York, New York 10005
Tel: (212) 530-5000

*Attorneys for Defendants Fidelity Management & Research Company, FMR Co., Inc., FMR Corp., Fidelity Distributors Corporation, Edward C. Johnson 3d, Abigail P. Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds and Robert C. Pozen*

Dated: February 9, 2006

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 9, 2006.

/s/ Stuart M. Glass