# EXHIBIT 1

# Fidelity®

# Asset Manager℠

(fund number 314, trading symbol FASMX)

# Prospectus
# November 29, 2003

Like securities of all mutual funds, these securities have not been approved or disapproved by the Securities and Exchange Commission, and the Securities and Exchange Commission has not determined if this prospectus is accurate or complete. Any representation to the contrary is a criminal offense.



82 Devonshire Street, Boston, MA 02109

| For the periods ended<br>December 31, 2002 | Past 1<br>year | Past 5<br>years | Past 10<br>years |
|---|---|---|---|
| **Asset Manager** | | | |
| Return Before Taxes | –8.05% | 3.59% | 8.38% |
| Return After Taxes on Distributions | –9.19% | 1.04% | 5.87% |
| Return After Taxes on Distributions and Sale of Fund Shares | –4.92% | 2.22% | 6.01% |
| S&P 500® (reflects no deduction for fees, expenses, or taxes) | –22.10% | –0.59% | 9.34% |
| Fidelity Asset Manager Composite Index<br>(reflects no deduction for fees, expenses, or taxes) | –7.38% | 3.63% | 7.97% |

If FMR were to reimburse certain fund expenses, the fund's returns would be higher during these periods.

Standard & Poor's 500℠ Index (S&P 500®) is a market capitalization-weighted index of 500 common stocks chosen for market size, liquidity, and industry group representation to represent U.S. equity performance.

Fidelity Asset Manager Composite Index is a hypothetical representation of the performance of the fund's three asset classes according to their respective weightings in the fund's neutral mix (50% stocks, 40% bonds, and 10% short-term/money market instruments). The following indexes are used to calculate the composite index: stocks – the S&P 500, bonds – the Lehman Brothers® Aggregate Bond Index, and short-term/money market instruments – the Lehman Brothers 3-Month Treasury Bill Index. Prior to January 1, 1997, the Lehman Brothers U.S. Treasury Index was used for the bond class.

Lehman Brothers Aggregate Bond Index is a market value-weighted index of taxable investment-grade fixed-rate debt issues, including government, corporate, asset-backed, and mortgage-backed securities, with maturities of one year or more. The index is designed to represent the performance of the U.S. investment-grade fixed-rate bond market.

Lehman Brothers 3-Month Treasury Bill Index is a market value-weighted index of investment-grade fixed-rate public obligations of the U.S. Treasury with maturities of 3 months. It excludes zero coupon strips.

Lehman Brothers U.S. Treasury Index is a market value-weighted index of investment-grade fixed-rate public obligations of the U.S. Treasury with maturities of one year or more.

## Fee Table

The following table describes the fees and expenses that are incurred when you buy, hold, or sell shares of the fund. The annual fund operating expenses provided below for the fund do not reflect the effect of any reduction of certain expenses during the period.

5    *Prospectus*

## Fund Summary - continued

### Shareholder fees (paid by the investor directly)

| | |
|---|---|
| Sales charge (load) on purchases and reinvested distributions | **None** |
| Deferred sales charge (load) on redemptions | **None** |

### Annual operating expenses (paid from fund assets)

| | |
|---|---|
| Management fee | **0.53%** |
| Distribution and/or Service (12b-1) fees | **None** |
| Other expenses | **0.22%** |
| **Total annual fund operating expenses** | **0.75%** |

A portion of the brokerage commissions that the fund pays may be reimbursed and used to reduce the fund's expenses. In addition, through arrangements with the fund's custodian and transfer agent, credits realized as a result of uninvested cash balances are used to reduce custodian and transfer agent expenses. Including these reductions, the total fund operating expenses would have been 0.74%.

This **example** helps you compare the cost of investing in the fund with the cost of investing in other mutual funds.

Let's say, hypothetically, that the fund's annual return is 5% and that your shareholder fees and the fund's annual operating expenses are exactly as described in the fee table. This example illustrates the effect of fees and expenses, but is not meant to suggest actual or expected fees and expenses or returns, all of which may vary. For every $10,000 you invested, here's how much you would pay in total expenses if you sell all of your shares at the end of each time period indicated:

| | |
|---|---|
| 1 year | $ 77 |
| 3 years | $ 240 |
| 5 years | $ 417 |
| 10 years | $ 930 |

# Shareholder Information

## Buying and Selling Shares

### General Information

Fidelity Investments was established in 1946 to manage one of America's first mutual funds. Today, Fidelity is the largest mutual fund company in the country, and is known as an innovative provider of high-quality financial services to individuals and institutions.

In addition to its mutual fund business, the company operates one of America's leading brokerage firms, Fidelity Brokerage Services LLC. Fidelity is also a leader in providing tax-advantaged retirement plans for individuals investing on their own or through their employer.

You may buy or sell shares of a fund through a Fidelity brokerage account or a Fidelity mutual fund account. If you buy or sell shares of a fund (other than by exchange) through a Fidelity brokerage account, your transactions generally involve your Fidelity brokerage core (a settlement vehicle included as part of your Fidelity brokerage account).

If you do not currently have a Fidelity brokerage account or a Fidelity mutual fund account and would like to invest in a fund, you may need to complete an application. For more information about a Fidelity brokerage account or a Fidelity mutual fund account, please visit Fidelity's web site at www.fidelity.com, call 1-800-FIDELITY, or visit a Fidelity Investor Center (call 1-800-544-9797 for the center nearest you).

You may also buy or sell shares of the fund through a retirement account (such as an IRA or an account funded through salary deduction) or an investment professional. Retirement specialists are available at 1-800-544-4774 to answer your questions about Fidelity retirement products. If you buy or sell shares of a fund through a retirement account or an investment professional, the procedures for buying, selling, and exchanging shares of the fund and the account features and policies may differ from those discussed in this prospectus. Fees in addition to those discussed in this prospectus may also apply. For example, you may be charged a transaction fee if you buy or sell shares of the fund through a non-Fidelity broker or other investment professional.

### Buying and Selling Information

**Internet**

www.fidelity.com

**Phone**

Fidelity Automated Service Telephone (FAST[®])
1-800-544-5555

To reach a Fidelity representative 1-800-544-6666

**Mail**

Additional purchases:
Fidelity Investments
P.O. Box 770001
Cincinnati, OH 45277-0003

Redemptions:
Fidelity Investments
P.O. Box 770001
Cincinnati, OH 45277-0035

**TDD – Service for the Deaf and Hearing Impaired**

1-800-544-0118
(9:00 a.m. – 9:00 p.m. Eastern time)

You should include the following information with any order to buy, sell, or exchange shares:

• Your name;

• Your account number;

• Name of fund whose shares you want to buy or sell; and

• Dollar amount or number of shares you want to buy or sell.

## Shareholder Information - continued

Certain methods of contacting Fidelity, such as by telephone or electronically, may be unavailable or delayed (for example, during periods of unusual market activity). In addition, the level and type of service available may be restricted based on criteria established by Fidelity.

| Minimums | |
|---|---|
| **Initial Purchase** | **$2,500** |
| For Fidelity Simplified Employee Pension-IRA and Keogh accounts | $500 |
| Through regular investment plans in Fidelity Traditional IRA, Roth IRA, and Rollover IRAs[A] | $200 |
| **Subsequent Purchase** | **$250** |
| Through regular investment plans | $100 |
| **Balance** | **$2,000** |
| For Fidelity Simplified Employee Pension-IRA and Keogh accounts | $500 |

[A] *Requires monthly purchases of $200 until fund balance is $2,500.*

Investments in shares of Asset Manager through the Fidelity GoalPlanner® program may be subject to lower fund minimums. There is no minimum balance or initial or subsequent purchase minimum for investments through Portfolio Advisory Services℠, a mutual fund or a qualified tuition program for which FMR or an affiliate serves as investment manager, certain Fidelity retirement accounts funded through salary deduction, or fund positions opened with the proceeds of distributions from such retirement accounts. In addition, the fund may waive or lower purchase minimums in other circumstances.

## Buying Shares

The price to buy one share of the fund is the fund's NAV. The fund's shares are sold without a sales charge.

Your shares will be bought at the next NAV calculated after your investment is received in proper form.

The fund may reject or cancel any purchase orders, including exchanges, for any reason.

For example, the fund does not permit market timing because short-term or other excessive trading into and out of the fund may harm performance by disrupting portfolio management strategies and by increasing expenses. Accordingly, the fund may reject any purchase orders, including exchanges, from market timers or investors that, in FMR's opinion, may be disruptive to the fund. For these purposes, FMR may consider an investor's trading history in the fund or other Fidelity funds, and accounts under common ownership or control.

The fund may stop offering shares completely or may offer shares only on a limited basis, for a period of time or permanently.

If you place an order to buy shares and your payment is not received and collected, your purchase may be canceled and you could be liable for any losses or fees the fund or Fidelity has incurred.

Certain financial institutions that have entered into sales agreements with Fidelity Distributors Corporation (FDC) may enter confirmed purchase orders on behalf of customers by phone, with payment to follow no later than the time

when the fund is priced on the following business day. If payment is not received by that time, the order will be canceled and the financial institution could be held liable for resulting fees or losses.

Under applicable anti-money laundering regulations and other federal regulations, orders to purchase shares may be suspended, restricted or cancelled and the proceeds may be withheld.

## Selling Shares

The price to sell one share of the fund is the fund's NAV.

Your shares will be sold at the next NAV calculated after your order is received in proper form.

Certain requests must include a signature guarantee. It is designed to protect you and Fidelity from fraud. If you hold your shares in a Fidelity mutual fund account and submit your request to Fidelity by mail, your request must be made in writing and include a signature guarantee if any of the following situations apply:

• You wish to sell more than $100,000 worth of shares;

• The address on your account (record address) has changed within the last 15 or 30 days, depending on your account, and you wish to sell $10,000 or more of shares;

• You are requesting that a check be mailed to a different address than the record address;

• You are requesting that redemption proceeds be paid to someone other than the account owner; or

• The redemption proceeds are being transferred to a Fidelity mutual fund account with a different registration.

You should be able to obtain a signature guarantee from a bank, broker (including Fidelity Investor Centers), dealer, credit union (if authorized under state law), securities exchange or association, clearing agency, or savings association. A notary public cannot provide a signature guarantee.

When you place an order to sell shares, note the following:

• If you are selling some but not all of your shares, keep your fund balance above $2,000 to keep your fund position open ($500 for fund balances in Fidelity Simplified Employee Pension-IRA and Keogh accounts), except fund positions not subject to balance minimums.

• Normally, redemptions will be processed by the next business day, but may take up to seven days to be processed if making immediate payment would adversely affect the fund.

• Redemption proceeds (other than exchanges) may be delayed until money from prior purchases sufficient to cover your redemption has been received and collected. This can take up to seven business days after a purchase.

• Redemptions may be suspended or payment dates postponed when the NYSE is closed (other than weekends or holidays), when trading on the NYSE is restricted, or as permitted by the SEC.

• Redemption proceeds may be paid in securities or other property rather than

**Shareholder Information - continued**

in cash if FMR determines it is in the best interests of the fund.

• You will not receive interest on amounts represented by uncashed redemption checks.

• Under applicable anti-money laundering regulations and other federal regulations, redemption requests may be suspended, restricted, cancelled or processed and the proceeds may be withheld.

To sell shares issued with certificates, call Fidelity for instructions. The fund no longer issues share certificates.

## Exchanging Shares

An exchange involves the redemption of all or a portion of the shares of one fund and the purchase of shares of another fund.

As a shareholder, you have the privilege of exchanging shares of the fund for shares of other Fidelity funds.

However, you should note the following policies and restrictions governing exchanges:

• The fund may temporarily or permanently terminate the exchange privilege of any investor who makes more than four exchanges out of the fund per calendar year. Accounts under common ownership or control will be counted together for purposes of the four exchange limit.

• The exchange limit may be modified for accounts held by certain institutional retirement plans to conform to plan exchange limits and Department of

Labor regulations. See your retirement plan materials for further information.

• The fund may refuse any exchange purchase for any reason. For example, the fund may refuse exchange purchases by any person or group if, in FMR's judgment, the fund would be unable to invest the money effectively in accordance with its investment objective and policies, or would otherwise potentially be adversely affected.

• Before exchanging into a fund, read its prospectus.

• The fund you are exchanging into must be available for sale in your state.

• Exchanges may have tax consequences for you.

• If you are exchanging between accounts that are not registered in the same name, address, and taxpayer identification number, there may be additional requirements.

• Under applicable anti-money laundering regulations and other federal regulations, exchange requests may be suspended, restricted, cancelled or processed and the proceeds may be withheld.

The fund may terminate or modify the exchange privilege in the future.

Other funds may have different exchange restrictions, and may impose trading fees of up to 2.00% of the amount exchanged. Check each fund's prospectus for details.

FMR at any time, can decrease the fund's expenses and boost its performance.

## Fund Distribution

FDC distributes the fund's shares.

The fund has adopted a Distribution and Service Plan pursuant to Rule 12b-1 under the Investment Company Act of 1940 that recognizes that FMR may use its management fee revenues, as well as its past profits or its resources from any other source, to pay FDC for expenses incurred in connection with providing services intended to result in the sale of fund shares and/or shareholder support services. FMR, directly or through FDC, may pay significant amounts to intermediaries, such as banks, broker-dealers, and other service-providers, that provide those services. Currently, the Board of Trustees of the fund has authorized such payments.

If payments made by FMR to FDC or to intermediaries under the Distribution and Service Plan were considered to be paid out of the fund's assets on an ongoing basis, they might increase the cost of your investment and might cost you more than paying other types of sales charges.

To receive payments made pursuant to a Distribution and Service Plan, intermediaries must sign the appropriate agreement with FDC in advance.

From time to time, FDC may offer special promotional programs to investors who purchase shares of Fidelity funds. For example, FDC may offer merchandise, discounts, vouchers, or similar items to investors who purchase shares of certain Fidelity funds during certain periods. To determine if you qualify for any such programs, contact Fidelity or visit our web site at www.fidelity.com.

FMR may allocate brokerage transactions in a manner that takes into account the sale of shares of the fund, provided that the fund receives brokerage services and commission rates comparable to those of other broker-dealers.

No dealer, sales representative, or any other person has been authorized to give any information or to make any representations, other than those contained in this prospectus and in the related statement of additional information (SAI), in connection with the offer contained in this prospectus. If given or made, such other information or representations must not be relied upon as having been authorized by the fund or FDC. This prospectus and the related SAI do not constitute an offer by the fund or by FDC to sell shares of the fund to or to buy shares of the fund from any person to whom it is unlawful to make such offer.

# Appendix

## Financial Highlights

The financial highlights table is intended to help you understand the fund's financial history for the past 5 years. Certain information reflects financial results for a single fund share. The total returns in the table represent the rate that an investor would have earned (or lost) on an investment in the fund (assuming reinvestment of all dividends and distributions). This information has been audited by Deloitte & Touche LLP, independent accountants, whose report, along with the fund's financial highlights and financial statements, is included in the fund's annual report. A free copy of the annual report is available upon request.

### Selected Per-Share Data and Ratios

| Years ended September 30, | 2003 | 2002 | 2001 | 2000 | 1999 |
|---|---|---|---|---|---|
| **Selected Per-Share Data** | | | | | |
| Net asset value, beginning of period . . . . . . . . . | $  13.01 | $  14.72 | $  19.11 | $  17.28 | $  18.24 |
| Income from Investment Operations | | | | | |
|   Net investment income (loss) [B] . . . . . . . . . | .40 | .49 [D] | .59 | .61 | .54 |
|   Net realized and unrealized gain (loss) . . . . . | 1.95 | (1.62) [D] | (3.03) | 2.53 | 2.23 |
|   Total from investment operations . . . . . . . . . | 2.35 | (1.13) | (2.44) | 3.14 | 2.77 |
| Distributions from net investment income . . . . . . | (.41) | (.58) | (.61) | (.58) | (.56) |
| Distributions from net realized gain . . . . . . . . . | — | — | (1.34) | (.73) | (3.17) |
|   Total distributions . . . . . . . . . . . . . . . . . . | (.41) | (.58) | (1.95) | (1.31) | (3.73) |
| Net asset value, end of period . . . . . . . . . . . . | $  14.95 | $  13.01 | $  14.72 | $  19.11 | $  17.28 |
| **Total Return** [A] . . . . . . . . . . . . . . . . . . . . | 18.26% | (8.17)% | (13.63)% | 18.73% | 16.12% |
| **Ratios to Average Net Assets** [C] | | | | | |
|   Expenses before expense reductions . . . . . . . | .75% | .75% | .73% | .73% | .75% |
|   Expenses net of voluntary waivers, if any . . . . | .75% | .75% | .73% | .73% | .75% |
|   Expenses net of all reductions . . . . . . . . . . . | .74% | .73% | .71% | .71% | .73% |
|   Net investment income (loss) . . . . . . . . . . . | 2.82% | 3.31% [D] | 3.51% | 3.32% | 3.01% |
| **Supplemental Data** | | | | | |
|   Net assets, end of period (in millions) . . . . . . $ | 10,813 | $  9,594 | $  11,177 | $  13,570 | $  12,223 |
|   Portfolio turnover rate . . . . . . . . . . . . . . . | 120% | 129% | 133% | 109% | 104% |

[A]  *Total returns would have been lower had certain expenses not been reduced during the periods shown.*

[B]  *Calculated based on average shares outstanding during the period.*

[C]  *Expense ratios reflect operating expenses of the fund. Expenses before reductions do not reflect amounts reimbursed by the investment adviser or reductions from brokerage service arrangements or other expense offset arrangements and do not represent the amount paid by the fund during periods when reimbursements or reductions occur. Expenses net of any voluntary waivers reflect expenses after reimbursement by the investment adviser but prior to reductions from brokerage service arrangements or other expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the fund.*

[D]  *Effective October 1, 2001, the fund adopted the provisions of the AICPA Audit and Accounting Guide for Investment Companies and began amortizing premium and discount on all debt securities. Per share data and ratios for periods prior to adoption have not been restated to reflect this change.*

# EXHIBIT 2

# Fidelity® Advisor

# Emerging Asia Fund

**Class A**
(Fund 756, CUSIP 315920413)

**Class T**
(Fund 760, CUSIP 315920447)

**Class B**
(Fund 757, CUSIP 315920421)

**Class C**
(Fund 758, CUSIP 315920439)

## Prospectus
## December 30, 2003

Like securities of all mutual funds, these securities have not been approved or disapproved by the Securities and Exchange Commission, and the Securities and Exchange Commission has not determined if this prospectus is accurate or complete. Any representation to the contrary is a criminal offense.



82 Devonshire Street, Boston, MA 02109

## Fund Summary - continued

## Fee Table

The following table describes the fees and expenses that are incurred when you buy, hold, or sell Class A, Class T, Class B, and Class C shares of the fund.

The annual class operating expenses provided below for each class do not reflect the effect of any expense reimbursements or reduction of certain expenses during the period.

### Shareholder fees (paid by the investor directly)

| | Class A | Class T | Class B | Class C |
|---|---|---|---|---|
| Maximum sales charge (load) on purchases (as a % of offering price) | 5.75%[A] | 3.50%[B] | None | None |
| Maximum contingent deferred sales charge (as a % of the lesser of original purchase price or redemption proceeds)[C] | None[D] | None[D] | 5.00%[E] | 1.00%[F] |
| Sales charge (load) on reinvested distributions | None | None | None | None |
| Redemption fee on shares held less than 90 days (as a % of amount redeemed)[C,G] | 1.50% | 1.50% | 1.50% | 1.50% |

[A] Lower front-end sales charges for Class A may be available with purchase of $50,000 or more.

[B] Lower front-end sales charges for Class T may be available with purchase of $50,000 or more.

[C] A redemption fee and/or contingent deferred sales charge may be charged when you sell your shares or if your shares are redeemed because your account falls below the account minimum for any reason, including solely due to declines in net asset value per share.

[D] Certain purchases of Class A and Class T shares will not be subject to a front-end sales charge but will be subject to a contingent deferred sales charge of 0.25% if redeemed less than one year after purchase. See "Special Purchase Shares" on page 33.

[E] Declines over 6 years from 5.00% to 0%.

[F] On Class C shares redeemed less than one year after purchase.

[G] The fund will deduct a 1.50% short-term trading fee on shares purchased after 4:00 p.m. Eastern time on March 31, 2004 that are held less than 90 days.

### Annual operating expenses (paid from class assets)

| | Class A | Class T | Class B | Class C |
|---|---|---|---|---|
| Management fee | 0.73% | 0.73% | 0.73% | 0.73% |
| Distribution and/or Service (12b-1) fees | 0.25% | 0.50% | 1.00% | 1.00% |
| Other expenses | 1.83% | 2.20% | 2.14% | 1.97% |
| Total annual class operating expenses[A] | 2.81% | 3.43% | 3.87% | 3.70% |

[A] FMR has voluntarily agreed to reimburse Class A, Class T, Class B, and Class C of the fund to the extent that total operating expenses (excluding interest, taxes, certain securities lending costs, brokerage commissions, and extraordinary expenses), as a percentage of their respective average net assets, exceed the following rates:

| | Class A | Effective Date | Class T | Effective Date | Class B | Effective Date | Class C | Effective Date |
|---|---|---|---|---|---|---|---|---|
| Advisor Emerging Asia | 2.00% | 6/16/99 | 2.25% | 6/16/99 | 2.75% | 6/16/99 | 2.75% | 6/16/99 |

These arrangements may be discontinued by FMR at any time.

A portion of the brokerage commissions that the fund pays may be reimbursed and used to reduce the fund's expenses. Including this reduction, the total

Class A, Class T, Class B, and Class C operating expenses are shown in the table below.

| | Total Operating Expenses[A] |
|---|---|
| Advisor Emerging Asia – Class A | 2.02% |
| Advisor Emerging Asia – Class T | 2.26% |
| Advisor Emerging Asia – Class B | 2.77% |
| Advisor Emerging Asia – Class C | 2.76% |

[A] *After reimbursement.*

This **example** helps you compare the cost of investing in the fund with the cost of investing in other mutual funds.

Let's say, hypothetically, that each class's annual return is 5% and that your shareholder fees and each class's annual operating expenses are exactly as described in the fee table. This example illustrates the effect of fees and

expenses, but is not meant to suggest actual or expected fees and expenses or returns, all of which may vary. For every $10,000 you invested, here's how much you would pay in total expenses if you sell all of your shares at the end of each time period indicated and if you hold your shares:

| | Class A | | Class T | | Class B | | Class C | |
|---|---|---|---|---|---|---|---|---|
| | Sell All Shares | Hold Shares | Sell All Shares | Hold Shares | Sell All Shares | Hold Shares | Sell All Shares | Hold Shares |
| 1 year | $ 843 | $ 843 | $ 684 | $ 684 | $ 889 | $ 389 | $ 472 | $ 372 |
| 3 years | $ 1,396 | $ 1,396 | $ 1,367 | $ 1,367 | $ 1,481 | $ 1,181 | $ 1,132 | $ 1,132 |
| 5 years | $ 1,974 | $ 1,974 | $ 2,071 | $ 2,071 | $ 2,190 | $ 1,990 | $ 1,911 | $ 1,911 |
| 10 years | $ 3,532 | $ 3,532 | $ 3,932 | $ 3,932 | $ 3,761[A] | $ 3,761[A] | $ 3,950 | $ 3,950 |

[A] *Reflects conversion to Class A shares after a maximum of seven years.*

# Shareholder Information

## Buying and Selling Shares

### General Information

For account, product, and service information, please call 1-877-208-0098 (8:30 a.m. – 7:00 p.m. Eastern time, Monday through Friday).

Please use the following addresses:

**Buying or Selling Shares**

Fidelity Investments
P.O. Box 770002
Cincinnati, OH 45277-0081

*Overnight Express*
Fidelity Investments
100 Crosby Parkway
Covington, KY 41015

You may buy or sell Class A, Class T, Class B, and Class C shares of the fund through a retirement account or an investment professional. When you invest through a retirement account or an investment professional, the procedures for buying, selling, and exchanging Class A, Class T, Class B, and Class C shares of the fund and the account features and policies may differ. Additional fees may also apply to your investment in Class A, Class T, Class B, and Class C shares of the fund, including a transaction fee if you buy or sell Class A, Class T, Class B, and Class C shares of the fund through a broker or other investment professional.

Certain methods of contacting Fidelity, such as by telephone, may be unavailable or delayed (for example, during periods of unusual market activity).

The different ways to set up (register) your account with Fidelity are listed in the following table.

**Ways to Set Up Your Account**

**Individual or Joint Tenant**
For your general investment needs

**Retirement**
For tax-advantaged retirement savings

- Traditional Individual Retirement Accounts (IRAs)
- Roth IRAs
- Rollover IRAs
- 401(k) Plans and certain other 401(a)-qualified plans
- Keogh Plans
- SIMPLE IRAs
- Simplified Employee Pension Plans (SEP-IRAs)
- Salary Reduction SEP-IRAs (SARSEPs)

**Gifts or Transfers to a Minor (UGMA, UTMA)**
To invest for a child's education or other future needs

**Trust**
For money being invested by a trust

**Business or Organization**
For investment needs of corporations, associations, partnerships, or other groups

### Buying Shares

The price to buy one share of Class A or Class T is the class's offering price or the class's NAV, depending on whether you pay a front-end sales charge.

For Class B or Class C, the price to buy one share is the class's NAV. Class B and Class C shares are sold without a front-end sales charge, but may be subject to a CDSC upon redemption.

If you pay a front-end sales charge, your price will be Class A's or Class T's offering price. When you buy Class A or Class T shares at the offering price, Fidelity deducts the appropriate sales charge and invests the rest in Class A or Class T shares of the fund. If you qualify for a front-end sales charge waiver, your price will be Class A's or Class T's NAV.

The offering price of Class A or Class T is its NAV plus the sales charge. The offering price is calculated by dividing Class A's or Class T's NAV by the difference between one and the applicable front-end sales charge percentage. Class A has a maximum front-end sales charge of 5.75% of the offering price. Class T has a maximum front-end sales charge of 3.50% of the offering price.

Your investment professional can help you choose the class of shares that best suits your investment needs.

Your shares will be bought at the next offering price or NAV, as applicable, calculated after your order is received in proper form.

It is the responsibility of your investment professional to transmit your order to buy shares to Fidelity before the close of business on the day you place your order.

The fund may reject or cancel any purchase orders, including exchanges, for any reason.

For example, the fund does not permit market timing because short-term or other excessive trading into and out of the fund may harm performance by disrupting portfolio management strategies and by increasing expenses. Accordingly,

the fund may reject any purchase orders, including exchanges, from market timers or investors that, in FMR's opinion, may be disruptive to the fund. For these purposes, FMR may consider an investor's trading history in the fund or other Fidelity funds, and accounts under common ownership or control.

The fund may stop offering shares completely or may offer shares only on a limited basis, for a period of time or permanently.

When you place an order to buy shares, note the following:

• All of your purchases must be made in U.S. dollars and checks must be drawn on U.S. banks.

• Fidelity does not accept cash.

• When making a purchase with more than one check, each check must have a value of at least $50.

• Fidelity reserves the right to limit the number of checks processed at one time.

• Fidelity must receive payment within three business days after an order for shares is placed; otherwise your purchase order may be canceled and you could be liable for any losses or fees the fund or Fidelity has incurred.

• If your check does not clear, your purchase will be canceled and you could be liable for any losses or fees the fund or Fidelity has incurred.

• Under applicable anti-money laundering regulations and other federal regulations, purchase orders may be suspended, restricted or canceled and the monies may be withheld.

13     *Prospectus*

## Shareholder Information - continued

Shares can be bought or sold through investment professionals using an automated order placement and settlement system that guarantees payment for orders on a specified date.

Certain financial institutions that meet creditworthiness criteria established by Fidelity Distributors Corporation (FDC) may enter confirmed purchase orders on behalf of customers by phone, with payment to follow no later than close of business on the next business day. If payment is not received by that time, the order will be canceled and the financial institution will be liable for any losses.

allocation services, charge an asset-based fee to its participants for asset allocation and/or other advisory services, and meet trading and other operational requirements under an appropriate agreement with FDC. In addition, the fund may waive or lower purchase minimums in other circumstances.

Purchase and account minimums are waived for purchases of Class T shares with distributions from a Fidelity Defined Trust account.

**Purchase amounts of more than $250,000 will not be accepted for Class B shares.**

| Minimums | |
| --- | --- |
| **To Open an Account** | **$2,500** |
| For certain Fidelity Advisor retirement accounts[A] | $500 |
| Through regular investment plans[B] | $100 |
| **To Add to an Account** | **$100** |
| **Minimum Balance** | **$1,000** |
| For certain Fidelity Advisor retirement accounts[A] | None |

[A] Fidelity Advisor Traditional IRA, Roth IRA, Rollover IRA, SEP-IRA, and Keogh accounts.

[B] An account may be opened with a minimum of $100, provided that a regular investment plan is established at the time the account is opened.

There is no minimum account balance or initial or subsequent purchase minimum for (i) certain Fidelity retirement accounts funded through salary deduction, or accounts opened with the proceeds of distributions from such retirement accounts or (ii) certain mutual fund wrap program accounts. An eligible wrap program must offer asset

## Key Information

| | |
|---|---|
| **Phone** | **To Open an Account**<br>• Exchange from the same class of another Fidelity fund that offers Advisor classes of shares or from certain other Fidelity funds. Call your investment professional or call Fidelity at the appropriate number found in "General Information."<br><br>**To Add to an Account**<br>• Exchange from the same class of another Fidelity fund that offers Advisor classes of shares or from certain other Fidelity funds. Call your investment professional or call Fidelity at the appropriate number found in "General Information."<br><br>• Use Fidelity Advisor Money Line® to transfer from your bank account. Call your investment professional or call Fidelity at the appropriate number found in "General Information." |
| **Mail**<br>**Fidelity Investments**<br>**P.O. Box 770002**<br>**Cincinnati, OH**<br>**45277-0081** | **To Open an Account**<br>• Complete and sign the application. Make your check payable to the complete name of the fund and note the applicable class. Mail to your investment professional or to the address at left.<br><br>**To Add to an Account**<br>• Make your check payable to the complete name of the fund and note the applicable class. Indicate your fund account number on your check and mail to your investment professional or to the address at left.<br><br>• Exchange from the same class of other Fidelity funds that offer Advisor classes of shares or from certain other Fidelity funds. Send a letter of instruction to your investment professional or to the address at left, including your name, the funds' names, the applicable class names, the fund account numbers, and the dollar amount or number of shares to be exchanged. |
| **In Person** | **To Open an Account**<br>• Bring your application and check to your investment professional.<br><br>**To Add to an Account**<br>• Bring your check to your investment professional. |
| **Wire** | **To Open an Account**<br>• Call your investment professional or call Fidelity at the appropriate number found in "General Information" to set up your account and to arrange a wire transaction.<br><br>• Wire to: Deutsche Bank Trust Company Americas, Bank Routing # 021001033, Account # 00159759.<br><br>• Specify the complete name of the fund, note the applicable class, and include your new fund account number and your name.<br><br>**To Add to an Account**<br>• Wire to: Deutsche Bank Trust Company Americas, Bank Routing # 021001033, Account # 00159759.<br><br>• Specify the complete name of the fund, note the applicable class, and include your fund account number and your name. |
| **Automatically** | **To Open an Account**<br>• Not available.<br><br>**To Add to an Account**<br>• Use Fidelity Advisor Systematic Investment Program.<br><br>• Use Fidelity Advisor Systematic Exchange Program to exchange from certain Fidelity money market funds or a Fidelity fund that offers Advisor classes of shares. |

## Shareholder Information - continued

### Selling Shares

The price to sell one share of Class A, Class T, Class B, or Class C is the class's NAV, minus the redemption fee (short-term trading fee), if applicable, and any applicable CDSC.

The fund will deduct a 1.50% short-term trading fee from the redemption amount on shares purchased after 4:00 p.m. Eastern time on March 31, 2004, if you sell your shares or your shares are redeemed for failure to maintain the account minimum after holding them less than 90 days. For this purpose, shares held longest will be treated as being redeemed first and shares held shortest as being redeemed last. The short-term trading fee does not apply to shares that were acquired through reinvestment of distributions.

Trading fees are paid to the fund rather than Fidelity, and are designed to offset the brokerage commissions, market impact, and other costs associated with fluctuations in fund asset levels and cash flow caused by short-term shareholder trading.

Any applicable CDSC is calculated based on your original redemption amount (before deducting any applicable redemption fee).

Your shares will be sold at the next NAV calculated after your order is received in proper form, minus the short-term trading fee, if applicable, and any applicable CDSC.

It is the responsibility of your investment professional to transmit your order to sell shares to Fidelity before the close of business on the day you place your order.

Certain requests must include a signature guarantee. It is designed to protect you and Fidelity from fraud. Your request must be made in writing and include a signature guarantee if any of the following situations apply:

• You wish to sell more than $100,000 worth of shares;

• The address on your account (record address) has changed within the last 15 or 30 days, depending on your account, and you wish to sell $10,000 or more of shares;

• You are requesting that a check be mailed to a different address than the record address;

• You are requesting that redemption proceeds be paid to someone other than the account owner; or

• The redemption proceeds are being transferred to a Fidelity account with a different registration.

You should be able to obtain a signature guarantee from a bank, broker, dealer, credit union (if authorized under state law), securities exchange or association, clearing agency, or savings association. A notary public cannot provide a signature guarantee.

When you place an order to sell shares, note the following:

• If you are selling some but not all of your shares, leave at least $1,000 worth of shares in the account to keep it open, except accounts not subject to account minimums.

• Normally, redemptions will be processed by the next business day, but it may take up to seven days to pay the redemption proceeds if making

immediate payment would adversely affect the fund.

• Redemption proceeds (other than exchanges) may be delayed until money from prior purchases sufficient to cover your redemption has been received and collected. This can take up to seven business days after a purchase.

• Redemptions may be suspended or payment dates postponed when the NYSE is closed (other than weekends or holidays), when trading on the NYSE is restricted, or as permitted by the SEC.

• Redemption proceeds may be paid in securities or other property rather than in cash if FMR determines it is in the best interests of the fund.

• You will not receive interest on amounts represented by uncashed redemption checks.

• Unless otherwise instructed, Fidelity will send a check to the record address.

• Under applicable anti-money laundering regulations and other federal regulations, redemption requests may be suspended, restricted, canceled, or processed and the proceeds may be withheld.

To sell shares issued with certificates, call Fidelity for instructions. The fund no longer issues share certificates.

## Key Information

| | |
|---|---|
| **Phone** | • Call your investment professional or call Fidelity at the appropriate number found in "General Information" to initiate a wire transaction or to request a check for your redemption. |
| | • Use Fidelity Advisor Money Line to transfer to your bank account. Call your investment professional or call Fidelity at the appropriate number found in "General Information." |
| | • Exchange to the same class of other Fidelity funds that offer Advisor classes of shares or to certain other Fidelity funds. Call your investment professional or call Fidelity at the appropriate number found in "General Information." |
| **Mail**<br>**Fidelity Investments**<br>**P.O. Box 770002**<br>**Cincinnati, OH**<br>**45277-0081** | **Individual, Joint Tenant, Sole Proprietorship, UGMA, UTMA**<br>• Send a letter of instruction to your investment professional or to the address at left, including your name, the fund's name, the applicable class name, your fund account number, and the dollar amount or number of shares to be sold. The letter of instruction must be signed by all persons required to sign for transactions, exactly as their names appear on the account.<br>**Retirement Account**<br>• The account owner should complete a retirement distribution form. Call your investment professional or call Fidelity at the appropriate number found in "General Information" to request one.<br>**Trust**<br>• Send a letter of instruction to your investment professional or to the address at left, including the trust's name, the fund's name, the applicable class name, the trust's fund account number, and the dollar amount or number of shares to be sold. The trustee must sign the letter of instruction indicating capacity as trustee. If the trustee's name is not in the account registration, provide a copy of the trust document certified within the last 60 days.<br>**Business or Organization**<br>• Send a letter of instruction to your investment professional or to the address at left, including the firm's name, the fund's name, the applicable class name, the firm's fund account number, and the dollar amount or number of shares to be sold. At least one person authorized by corporate resolution to act on the account must sign the letter of instruction.<br>• Include a corporate resolution with corporate seal or a signature guarantee.<br>**Executor, Administrator, Conservator, Guardian**<br>• Call your investment professional or call Fidelity at the appropriate number found in "General Information" for instructions. |

*Prospectus*

## Shareholder Information - continued

| In Person | **Individual, Joint Tenant, Sole Proprietorship, UGMA, UTMA** |
|---|---|
| | • Bring a letter of instruction to your investment professional. The letter of instruction must be signed by all persons required to sign for transactions, exactly as their names appear on the account. |
| | **Retirement Account** |
| | • The account owner should complete a retirement distribution form. Visit your investment professional to request one. |
| | **Trust** |
| | • Bring a letter of instruction to your investment professional. The trustee must sign the letter of instruction indicating capacity as trustee. If the trustee's name is not in the account registration, provide a copy of the trust document certified within the last 60 days. |
| | **Business or Organization** |
| | • Bring a letter of instruction to your investment professional. At least one person authorized by corporate resolution to act on the account must sign the letter of instruction. |
| | • Include a corporate resolution with corporate seal or a signature guarantee. |
| | **Executor, Administrator, Conservator, Guardian** |
| | • Visit your investment professional for instructions. |
| **Automatically** | • Use Fidelity Advisor Systematic Exchange Program to exchange to the same class of another Fidelity fund that offers Advisor classes of shares or to certain Fidelity funds. |
| | • Use Fidelity Advisor Systematic Withdrawal Program to set up periodic redemptions from your Class A, Class T, Class B, or Class C account. |

## Exchanging Shares

An exchange involves the redemption of all or a portion of the shares of one fund and the purchase of shares of another fund.

As a Class A shareholder, you have the privilege of exchanging Class A shares of the fund for the same class of shares of other Fidelity funds that offer Advisor classes of shares at NAV or for Daily Money Class shares of Treasury Fund, Prime Fund, or Tax-Exempt Fund.

As a Class T shareholder, you have the privilege of exchanging Class T shares of the fund for the same class of shares of other Fidelity funds that offer Advisor classes of shares at NAV or for Daily Money Class shares of Treasury Fund, Prime Fund, or Tax-Exempt Fund. If you purchased your Class T shares through certain investment professionals that have signed an agreement with FDC, you also have the privilege of exchanging

your Class T shares for shares of Fidelity Capital Appreciation Fund.

As a Class B shareholder, you have the privilege of exchanging Class B shares of the fund for the same class of shares of other Fidelity funds that offer Advisor classes of shares or for Advisor B Class shares of Treasury Fund.

As a Class C shareholder, you have the privilege of exchanging Class C shares of the fund for the same class of shares of other Fidelity funds that offer Advisor classes of shares or for Advisor C Class shares of Treasury Fund.

However, you should note the following policies and restrictions governing exchanges:

• The fund may temporarily or permanently terminate the exchange privilege of any investor who makes more than four exchanges out of the fund per calendar year. Accounts under common ownership or control will be counted

Yosawadee Polcharoen is manager of Advisor Emerging Asia Fund, which she has managed since December 1999. She also manages other Fidelity funds. Since joining Fidelity Investments in 1992, Ms. Polcharoen has worked as a research analyst and manager.

From time to time a manager, analyst, or other Fidelity employee may express views regarding a particular company, security, industry, or market sector. The views expressed by any such person are the views of only that individual as of the time expressed and do not necessarily represent the views of Fidelity or any other person in the Fidelity organization. Any such views are subject to change at any time based upon market or other conditions and Fidelity disclaims any responsibility to update such views. These views may not be relied on as investment advice and, because investment decisions for a Fidelity fund are based on numerous factors, may not be relied on as an indication of trading intent on behalf of any Fidelity fund.

The fund pays a management fee to FMR. The management fee is calculated and paid to FMR every month. The fee is calculated by adding a group fee rate to an individual fund fee rate, dividing by twelve, and multiplying the result by the fund's average net assets throughout the month.

The group fee rate is based on the average net assets of all the mutual funds advised by FMR. This rate cannot rise above 0.52%, and it drops as total assets under management increase.

For October 2003, the group fee rate was 0.28%. The individual fund fee rate is 0.45%.

The total management fee for the fiscal year ended October 31, 2003, was 0.73% of the fund's average net assets.

FMR pays FMRC, FMR U.K., and FMR Far East for providing sub-advisory services. FMR pays FIIA for providing sub-advisory services, and FIIA in turn pays FIIA(U.K.)L. FIIA or FMR Far East in turn pays FIJ for providing sub-advisory services.

FMR may, from time to time, agree to reimburse a class for management fees and other expenses above a specified limit. FMR retains the ability to be repaid by a class if expenses fall below the specified limit prior to the end of the fiscal year. Reimbursement arrangements, which may be discontinued by FMR at any time, can decrease a class's expenses and boost its performance.

## Fund Distribution

The fund is composed of multiple classes of shares. All classes of the fund have a common investment objective and investment portfolio.

FDC distributes each class's shares.

You may pay a sales charge when you buy or sell your Class A, Class T, Class B, or Class C shares.

FDC collects the sales charge.

The front-end sales charge will be reduced for purchases of Class A and Class T shares according to the sales charge schedules below.

## Fund Services - continued

### Sales Charges and Concessions – Class A

| | Sales Charge | | Investment professional concession as % of offering price |
|---|---|---|---|
| | As a % of offering price | As an approximate % of net amount invested | |
| Up to $49,999 | 5.75% | 6.10% | 5.00% |
| $50,000 to $99,999 | 4.50% | 4.71% | 3.75% |
| $100,000 to $249,999 | 3.50% | 3.63% | 2.75% |
| $250,000 to $499,999 | 2.50% | 2.56% | 2.00% |
| $500,000 to $999,999 | 2.00% | 2.04% | 1.75% |
| $1,000,000 to $24,999,999 | 1.00% | 1.01% | 0.75% |
| $25,000,000 or more | None[A] | None[A] | [A] |

[A] See "Special Purchase Shares" on page 33.

### Sales Charges and Concessions – Class T

| | Sales Charge | | Investment professional concession as % of offering price |
|---|---|---|---|
| | As a % of offering price | As an approximate % of net amount invested | |
| Up to $49,999 | 3.50% | 3.63% | 3.00% |
| $50,000 to $99,999 | 3.00% | 3.09% | 2.50% |
| $100,000 to $249,999 | 2.50% | 2.56% | 2.00% |
| $250,000 to $499,999 | 1.50% | 1.52% | 1.25% |
| $500,000 to $999,999 | 1.00% | 1.01% | 0.75% |
| $1,000,000 or more | None[A] | None[A] | [A] |

[A] See "Special Purchase Shares" on page 33.

Class A or Class T shares purchased by an individual or company through the Combined Purchase, Rights of Accumulation, or Letter of Intent program may receive a reduced front-end sales charge according to the sales charge schedules above. To qualify for a Class A or Class T front-end sales charge reduction under one of these programs, you must notify Fidelity in advance of your purchase. More detailed information about these programs is contained in the statement of additional information (SAI).

**Combined Purchase.** To receive a Class A or Class T front-end sales charge reduction, if you are a new shareholder, you may combine your purchase of Class A or Class T shares with purchases of: (i) Class A, Class T, Class B, and Class C shares of any Fidelity fund that offers Advisor classes of shares and (ii) Advisor B Class shares and Advisor C Class shares of Treasury Fund.

**Rights of Accumulation.** To receive a Class A or Class T front-end sales charge reduction, if you are an existing shareholder, you may add to your purchase of Class A or Class T shares the current value of your holdings in: (i) Class A, Class T, Class B, and Class C shares of any Fidelity fund that offers Advisor classes of shares, (ii) Advisor B Class shares and Advisor C Class shares of Treasury Fund, and (iii) Daily Money Class shares of Treasury Fund, Prime Fund, or Tax-Exempt Fund acquired by exchange from any Fidelity fund that offers Advisor classes of shares.

**Letter of Intent.** You may receive a Class A or Class T front-end sales charge reduction on your purchases of Class A

and Class T shares made during a 13-month period by signing a Letter of Intent (Letter). Each Class A or Class T purchase you make after you sign the Letter will be entitled to the reduced front-end sales charge applicable to the total investment indicated in the Letter. Purchases of the following may be aggregated for the purpose of completing your Letter: (i) Class A and Class T shares of any Fidelity fund that offers Advisor classes of shares (except those acquired by exchange from Daily Money Class shares of Treasury Fund, Prime Fund, or Tax-Exempt Fund that had been previously exchanged from a Fidelity fund that offers Advisor classes of shares), (ii) Class B and Class C shares of any Fidelity fund that offers Advisor classes of shares, and (iii) Advisor B Class shares and Advisor C Class shares of Treasury Fund. Reinvested income and capital gain distributions will not be considered purchases for the purpose of completing your Letter.

Class B shares may, upon redemption for any reason, including failure to maintain the account minimum, be assessed a CDSC based on the following schedule:

| From Date of Purchase | Contingent Deferred Sales Charge |
|---|---|
| Less than 1 year | 5% |
| 1 year to less than 2 years | 4% |
| 2 years to less than 3 years | 3% |
| 3 years to less than 4 years | 3% |
| 4 years to less than 5 years | 2% |
| 5 years to less than 6 years | 1% |
| 6 years to less than 7 years[A] | 0% |

[A] After a maximum of seven years, Class B shares will convert automatically to Class A shares of the fund.

When exchanging Class B shares of one fund for Class B shares of another Fidelity fund that offers Advisor classes of shares or Advisor B Class shares of Treasury Fund, your Class B shares retain the CDSC schedule in effect when they were originally bought.

Except as provided below, investment professionals receive as compensation from FDC, at the time of sale, a concession equal to 4.00% of your purchase of Class B shares. For purchases of Class B shares through reinvested dividends or capital gain distributions, investment professionals do not receive a concession at the time of sale.

Class C shares may, upon redemption less than one year after purchase, for any reason, including failure to maintain the account minimum, be assessed a CDSC of 1.00%.

Except as provided below, investment professionals will receive as compensation from FDC, at the time of the sale, a concession equal to 1.00% of your purchase of Class C shares. For purchases of Class C shares made for an intermediary-sponsored managed account program, employee benefit plan, 403(b) program or plan covering a sole-proprietor (formerly Keogh/H.R. 10 plan) or through reinvested dividends or capital gain distributions, investment professionals do not receive a concession at the time of sale.

The CDSC for Class B and Class C shares will be calculated based on the lesser of the cost of the Class B or Class C shares, as applicable, at the initial date of purchase or the value of those Class B or Class C shares, as

## Fund Services - continued

applicable, at redemption, not including any reinvested dividends or capital gains. Class B and Class C shares acquired through reinvestment of dividends or capital gain distributions will not be subject to a CDSC. In determining the applicability and rate of any CDSC at redemption, Class B or Class C shares representing reinvested dividends and capital gains will be redeemed first, followed by those Class B or Class C shares that have been held for the longest period of time.

A front-end sales charge will not apply to the following Class A shares:

**1.** Purchased for an employee benefit plan (except a SIMPLE IRA, SEP, or SARSEP plan or a plan covering self-employed individuals and their employees (formerly Keogh/H.R. 10 plans)) or a 403(b) program other than a Fidelity Advisor 403(b) program for which Fidelity or an affiliate serves as custodian, with at least $25 million or more in plan assets;

**2.** Purchased for an employee benefit plan (except a SIMPLE IRA, SEP, or SARSEP plan or a plan covering self-employed individuals and their employees (formerly Keogh/H.R. 10 plans)) or a 403(b) program investing through an insurance company separate account used to fund annuity contracts;

**3.** Purchased for an employee benefit plan (except a SIMPLE IRA, SEP, or SARSEP plan or a plan covering self-employed individuals and their employees (formerly Keogh/H.R. 10 plans)) or a 403(b) program investing through a trust institution, bank trust department or insurance company, or any such

institution's broker-dealer affiliate that is not part of an organization primarily engaged in the brokerage business. Employee benefit plans (except SIMPLE IRA, SEP, and SARSEP plans and plans covering self-employed individuals and their employees (formerly Keogh/H.R. 10 plans)) and 403(b) programs that participate in the Advisor Retirement Connection or are Fidelity Advisor 403(b) programs for which Fidelity or an affiliate serves as custodian, do not qualify for this waiver;

**4.** Purchased for an employee benefit plan (except a SIMPLE IRA, SEP, or SARSEP plan or a plan covering self-employed individuals and their employees (formerly Keogh/H.R. 10 plans)) or a 403(b) program investing through an investment professional sponsored program that requires the participating employee benefit plan to invest initially in Class C or Class B shares and, upon meeting certain criteria, subsequently requires the plan to invest in Class A shares;

**5.** Purchased by a trust institution or bank trust department for a managed account that is charged an asset-based fee. Employee benefit plans (except SIMPLE IRA, SEP, and SARSEP plans and plans covering self-employed individuals and their employees (formerly Keogh/H.R. 10 plans)), 403(b) programs, and accounts managed by third parties do not qualify for this waiver;

**6.** Purchased by a broker-dealer for a managed account that is charged an asset-based fee. Employee benefit plans (except SIMPLE IRA, SEP, and SARSEP plans and plans covering self-employed

individuals and their employees (former-
ly Keogh/H.R. 10 plans)) and 403(b)
programs do not qualify for this waiver;

**7.** Purchased by a registered investment
adviser that is not part of an organiza-
tion primarily engaged in the brokerage
business for an account that is managed
on a discretionary basis and is charged
an asset-based fee. Employee benefit
plans (except SIMPLE IRA, SEP, and
SARSEP plans and plans covering self-
employed individuals and their em-
ployees (formerly Keogh/H.R. 10 plans))
and 403(b) programs do not qualify for
this waiver;

**8.** Purchased with proceeds from the
sale of front-end load shares of a non-
Advisor mutual fund for an account
participating in the FundSelect by
Nationwide program;

**9.** Purchased by a bank trust officer,
registered representative, or other
employee (or a member of one of their
immediate families) of investment pro-
fessionals having agreements with FDC.
A member of the immediate family of a
bank trust officer, a registered represen-
tative, or other employee of investment
professionals having agreements with
FDC, is a spouse of one of those individ-
uals, an account for which one of those
individuals is acting as custodian for a
minor child, and a trust account that is
registered for the sole benefit of a minor
child of one of those individuals;

**10.** Purchased by the Fidelity Invest-
ments Charitable Gift Fund; or

**11.** Purchased to repay a loan against
Class A or Class B shares held in the in-
vestor's Fidelity Advisor 403(b) program

for which Fidelity or an affiliate serves
as custodian.

A front-end sales charge will not apply
to the following Class T shares:

**1.** Purchased for an insurance company
separate account used to fund annuity
contracts for employee benefit plans
(except SIMPLE IRA, SEP, and SARSEP
plans and plans covering self-employed
individuals and their employees (for-
merly Keogh/H.R. 10 plans)) or 403(b)
programs;

**2.** Purchased by a trust institution or
bank trust department for a managed
account that is charged an asset-based
fee. Accounts managed by third parties
do not qualify for this waiver;

**3.** Purchased by a broker-dealer for a
managed account that is charged an
asset-based fee;

**4.** Purchased by a registered investment
adviser that is not part of an organiza-
tion primarily engaged in the brokerage
business for an account that is managed
on a discretionary basis and is charged
an asset-based fee;

**5.** Purchased for an employee benefit
plan (except a SIMPLE IRA, SEP, or
SARSEP plan or a plan covering self-
employed individuals and their em-
ployees (formerly Keogh/H.R. 10
plans)) or a 403(b) program other than
a Fidelity Advisor 403(b) program for
which Fidelity or an affiliate serves as
custodian;

**6.** Purchased for a Fidelity or Fidelity
Advisor account with the proceeds of a
distribution from (i) an insurance com-
pany separate account used to fund

## Fund Services - continued

annuity contracts for employee benefit plans, 403(b) programs, or plans covering sole-proprietors (formerly Keogh/H.R. 10 plans) that are invested in Fidelity Advisor or Fidelity funds, or (ii) an employee benefit plan, a 403(b) program other than a Fidelity Advisor 403(b) program for which Fidelity or an affiliate serves as custodian, or plan covering a sole-proprietor (formerly Keogh/H.R. 10 plan) that is invested in Fidelity Advisor or Fidelity funds. (Distributions other than those transferred to an IRA account must be transferred directly into a Fidelity account.);

**7.** Purchased for any state, county, or city, or any governmental instrumentality, department, authority or agency;

**8.** Purchased by a current or former trustee or officer of a Fidelity fund or a current or retired officer, director or regular employee of FMR Corp. or Fidelity International Limited or their direct or indirect subsidiaries (a Fidelity trustee or employee), the spouse of a Fidelity trustee or employee, a Fidelity trustee or employee acting as custodian for a minor child, or a person acting as trustee of a trust for the sole benefit of the minor child of a Fidelity trustee or employee;

**9.** Purchased by a charitable organization (as defined for purposes of Section 501(c)(3) of the Internal Revenue Code, but excluding the Fidelity Investments Charitable Gift Fund) investing $100,000 or more;

**10.** Purchased by a bank trust officer, registered representative, or other employee (or a member of one of their immediate families) of investment

professionals having agreements with FDC. A member of the immediate family of a bank trust officer, a registered representative, or other employee of investment professionals having agreements with FDC, is a spouse of one of those individuals, an account for which one of those individuals is acting as custodian for a minor child, and a trust account that is registered for the sole benefit of a minor child of one of those individuals;

**11.** Purchased for a charitable remainder trust or life income pool established for the benefit of a charitable organization (as defined for purposes of Section 501(c)(3) of the Internal Revenue Code);

**12.** Purchased with distributions of income, principal, and capital gains from Fidelity Defined Trusts;

**13.** Purchased by the Fidelity Investments Charitable Gift Fund; or

**14.** Purchased to repay a loan against Class T shares held in the investor's Fidelity Advisor 403(b) program for which Fidelity or an affiliate serves as custodian.

The Class B or Class C CDSC will not apply to the redemption of shares:

**1.** For disability or death, provided that the shares are sold within one year following the death or the initial determination of disability;

**2.** That are permitted without penalty at age $70\frac{1}{2}$ pursuant to the Internal Revenue Code from retirement plans or accounts (other than of shares purchased on or after February 11, 1999 for Traditional IRAs, Roth IRAs and Rollover IRAs);

**3.** For disability, payment of death benefits, or minimum required distributions starting at age $70\frac{1}{2}$ from Traditional IRAs, Roth IRAs and Rollover IRAs purchased on or after February 11, 1999;

**4.** Through the Fidelity Advisor Systematic Withdrawal Program;

**5.** (Applicable to Class C only) From an employee benefit plan, 403(b) program, or plan covering a sole-proprietor (formerly Keogh/H.R. 10 plan); or

**6.** (Applicable to Class C only) From an intermediary-sponsored managed account program.

To qualify for a Class A or Class T front-end sales charge reduction or waiver, you must notify Fidelity in advance of your purchase.

To qualify for a Class B or Class C CDSC waiver, you must notify Fidelity in advance of your redemption.

**Special Purchase Shares.** Certain Class A and Class T shares may be subject to a CDSC of 0.25% of the lesser of the cost of the shares at the date of purchase or the value of the shares at the time of redemption. These shares, referred to in this prospectus as "Special Purchase Shares," are Class A and Class T shares sold by investment professionals who receive a finder's fee from FDC equal to 0.25% of their purchase amount. Finder's fees are paid only in connection with purchases of: (i) Class A shares in amounts of $1 million or more that qualify for a Class A load waiver; (ii) Class A shares in amounts of $25 million or more; and (iii) Class T shares in amounts of $1 million or more. Finder's fees are not paid in connection with purchases of Class A or

Class T shares by insurance company separate accounts.

The CDSC will be assessed on Special Purchase Shares if they do not remain in Class A or Class T shares of Fidelity funds that offer Advisor classes of shares, or Daily Money Class shares of Treasury Fund, Prime Fund, or Tax-Exempt Fund, for a period of at least one uninterrupted year. Shares acquired through reinvestment of dividends or capital gain distributions will not be subject to a CDSC.

To determine the applicability of the CDSC, Class A, Class T, or Daily Money Class shares representing reinvested dividends and capital gains will be redeemed first, followed by Special Purchase Shares that have been held for the longest period of time. Special Purchase Shares held for less than one year will be redeemed last.

To qualify to receive a finder's fee, an investment professional must notify Fidelity in advance of the eligible purchase.

The CDSC on Special Purchase Shares will not apply to the redemption of shares:

**1.** Held by insurance company separate accounts;

**2.** For plan loans or distributions or exchanges to non-Advisor fund investment options from employee benefit plans (except shares of SIMPLE IRA, SEP, and SARSEP plans and plans covering self-employed individuals and their employees (formerly Keogh/H.R. 10 plans) purchased on or after February 11, 1999) and 403(b) programs other than Fidelity Advisor 403(b) programs

## Fund Services - continued

for which Fidelity or an affiliate serves as custodian; or

**3.** For disability, payment of death benefits, or minimum required distributions starting at age $70\frac{1}{2}$ from Traditional IRAs, Roth IRAs, SIMPLE IRAs, SEPs, SARSEPs, and plans covering a sole-proprietor or self-employed individuals and their employees (formerly Keogh/H.R. 10 plans).

To qualify for a Special Purchase Share CDSC waiver, you must notify Fidelity in advance of your redemption.

**Reinstatement Privilege.** If you have sold all or part of your Class A, Class T, Class B, or Class C shares of the fund, you may reinvest an amount equal to all or a portion of the redemption proceeds in the same class of the fund or another Fidelity fund that offers Advisor classes of shares, at the NAV next determined after receipt in proper form of your investment order, provided that such reinvestment is made within 90 days of redemption. Under these circumstances, the dollar amount of the CDSC you paid, if any, on shares will be reimbursed to you by reinvesting that amount in Class A, Class T, Class B, or Class C shares, as applicable. You must reinstate your Class A, Class T, Class B, or Class C shares into an account with the same registration. This privilege may be exercised only once by a share-holder with respect to the fund and certain restrictions may apply. For purposes of the CDSC schedule, the holding period will continue as if the Class A, Class T, Class B, or Class C shares had not been redeemed.

To qualify for the reinstatement privilege, you must notify Fidelity in writing in advance of your reinvestment.

**Conversion Feature.** After a maximum of seven years from the initial date of purchase, Class B shares and any capital appreciation associated with those shares convert automatically to Class A shares of the fund. Conversion to Class A shares will be made at NAV. At the time of conversion, a portion of the Class B shares bought through the reinvestment of dividends or capital gains (Dividend Shares) will also convert to Class A shares. The portion of Dividend Shares that will convert is determined by the ratio of your converting Class B non-Dividend Shares to your total Class B non-Dividend Shares.

Class A has adopted a Distribution and Service Plan pursuant to Rule 12b-1 under the Investment Company Act of 1940. Under the plan, Class A is authorized to pay FDC a monthly 12b-1 (distribution) fee as compensation for providing services intended to result in the sale of Class A shares. Class A may pay this 12b-1 (distribution) fee at an annual rate of 0.50% of its average net assets, or such lesser amount as the Trustees may determine from time to time. Currently, the Trustees have not approved such payments. The Trustees may approve 12b-1 (distribution) fee payments at an annual rate of up to 0.50% of Class A's average net assets when the Trustees believe that it is in the best interests of Class A shareholders to do so.

In addition, pursuant to the Class A plan, Class A pays FDC a monthly 12b-1

(service) fee at an annual rate of 0.25% of Class A's average net assets throughout the month for providing shareholder support services.

FDC may reallow up to the full amount of this 12b-1 (service) fee to intermediaries (such as banks, broker-dealers, and other service-providers), including its affiliates, for providing shareholder support services.

Class T has adopted a Distribution and Service Plan pursuant to Rule 12b-1 under the Investment Company Act of 1940. Under the plan, Class T is authorized to pay FDC a monthly 12b-1 (distribution) fee as compensation for providing services intended to result in the sale of Class T shares. Class T may pay this 12b-1 (distribution) fee at an annual rate of 0.50% of its average net assets, or such lesser amount as the Trustees may determine from time to time. Class T currently pays FDC a monthly 12b-1 (distribution) fee at an annual rate of 0.25% of its average net assets throughout the month. Class T's 12b-1 (distribution) fee rate may be increased only when the Trustees believe that it is in the best interests of Class T shareholders to do so.

FDC may reallow up to the full amount of this 12b-1 (distribution) fee to intermediaries (such as banks, broker-dealers, and other service-providers), including its affiliates, for providing services intended to result in the sale of Class T shares.

In addition, pursuant to the Class T plan, Class T pays FDC a monthly 12b-1 (service) fee at an annual rate of 0.25% of Class T's average net assets

throughout the month for providing shareholder support services.

FDC may reallow up to the full amount of this 12b-1 (service) fee to intermediaries (such as banks, broker-dealers, and other service-providers), including its affiliates, for providing shareholder support services.

Class B has adopted a Distribution and Service Plan pursuant to Rule 12b-1 under the Investment Company Act of 1940. Under the plan, Class B is authorized to pay FDC a monthly 12b-1 (distribution) fee as compensation for providing services intended to result in the sale of Class B shares. Class B currently pays FDC a monthly 12b-1 (distribution) fee at an annual rate of 0.75% of its average net assets throughout the month.

In addition, pursuant to the Class B plan, Class B pays FDC a monthly 12b-1 (service) fee at an annual rate of 0.25% of Class B's average net assets throughout the month for providing shareholder support services.

FDC may reallow up to the full amount of this 12b-1 (service) fee to intermediaries (such as banks, broker-dealers, and other service-providers), including its affiliates, for providing shareholder support services.

Class C has adopted a Distribution and Service Plan pursuant to Rule 12b-1 under the Investment Company Act of 1940. Under the plan, Class C is authorized to pay FDC a monthly 12b-1 (distribution) fee as compensation for providing services intended to result in the sale of Class C shares. Class C currently pays FDC a monthly 12b-1

## Fund Services - continued

(distribution) fee at an annual rate of 0.75% of its average net assets throughout the month.

In addition, pursuant to the Class C plan, Class C pays FDC a monthly 12b-1 (service) fee at an annual rate of 0.25% of Class C's average net assets throughout the month for providing shareholder support services.

Normally, after the first year of investment, FDC may reallow up to the full amount of the 12b-1 (distribution) fees to intermediaries (such as banks, broker-dealers, and other service-providers), including its affiliates, for providing services intended to result in the sale of Class C shares and may reallow up to the full amount of the 12b-1 (service) fee to intermediaries, including its affiliates, for providing shareholder support services.

For purchases of Class C shares made for an intermediary-sponsored managed account program, employee benefit plan, 403(b) program or plan covering a sole-proprietor (formerly Keogh/H.R. 10 plan) or through reinvestment of dividends or capital gain distributions, during the first year of investment and thereafter, FDC may reallow up to the full amount of this 12b-1 (distribution) fee paid by such shares to intermediaries, including its affiliates, for providing services intended to result in the sale of Class C shares and may reallow up to the full amount of this 12b-1 (service) fee paid by such shares to intermediaries, including its affiliates, for providing shareholder support services.

In addition, each plan specifically recognizes that FMR may make payments from its management fee revenue, past profits, or other resources to FDC for expenses incurred in connection with providing services intended to result in the sale of the applicable class's shares and/or shareholder support services, including payments of significant amounts made to intermediaries that provide those services. Currently, the Board of Trustees of the fund has authorized such payments for Class A, Class T, Class B, and Class C.

Because 12b-1 fees are paid out of each class's assets on an ongoing basis, they will increase the cost of your investment and may cost you more than paying other types of sales charges.

To receive sales concessions, finder's fees, and payments made pursuant to a Distribution and Service Plan, intermediaries must sign the appropriate agreement with FDC in advance.

No dealer, sales representative, or any other person has been authorized to give any information or to make any representations, other than those contained in this prospectus and in the related SAI, in connection with the offer contained in this prospectus. If given or made, such other information or representations must not be relied upon as having been authorized by the fund or FDC. This prospectus and the related SAI do not constitute an offer by the fund or by FDC to sell shares of the fund to or to buy shares of the fund from any person to whom it is unlawful to make such offer.

*Prospectus*                    36

# EXHIBIT 3

**Fidelity**®

# Asset Manager: Growth®

(fund number 321, trading symbol FASGX)

## Prospectus
## November 29, 2003

Like securities of all mutual funds, these securities have not been approved or disapproved by the Securities and Exchange Commission, and the Securities and Exchange Commission has not determined if this prospectus is accurate or complete. Any representation to the contrary is a criminal offense.



82 Devonshire Street, Boston, MA 02109

# Appendix

## Financial Highlights

The financial highlights table is intended to help you understand the fund's financial history for the past 5 years. Certain information reflects financial results for a single fund share. The total returns in the table represent the rate that an investor would have earned (or lost) on an investment in the fund (assuming reinvestment of all dividends and distributions). This information has been audited by Deloitte & Touche LLP, independent accountants, whose report, along with the fund's financial highlights and financial statements, is included in the fund's annual report. A free copy of the annual report is available upon request.

### Selected Per-Share Data and Ratios

| Years ended September 30, | 2003 | 2002 | 2001 | 2000 | 1999 |
|---|---|---|---|---|---|
| **Selected Per-Share Data** | | | | | |
| Net asset value, beginning of period | $ 11.30 | $ 13.48 | $ 20.33 | $ 19.05 | $ 18.80 |
| Income from Investment Operations | | | | | |
| Net investment income (loss) [B] | .32 | .37 [D] | .42 | .48 | .46 |
| Net realized and unrealized gain (loss) | 2.21 | (2.13) [D] | (4.25) | 2.35 | 2.82 |
| Total from investment operations | 2.53 | (1.76) | (3.83) | 2.83 | 3.28 |
| Distributions from net investment income | (.36) | (.42) | (.46) | (.45) | (.35) |
| Distributions from net realized gain | — | — | (2.56) | (1.10) | (2.68) |
| Total distributions | (.36) | (.42) | (3.02) | (1.55) | (3.03) |
| Net asset value, end of period | $ 13.47 | $ 11.30 | $ 13.48 | $ 20.33 | $ 19.05 |
| **Total Return** [A] | 22.74% | (13.71)% | (20.93)% | 15.50% | 18.37% |
| **Ratios to Average Net Assets** [C] | | | | | |
| Expenses before expense reductions | .84% | .84% | .81% | .80% | .83% |
| Expenses net of voluntary waivers, if any | .84% | .84% | .81% | .80% | .83% |
| Expenses net of all reductions | .83% | .81% | .78% | .77% | .80% |
| Net investment income (loss) | 2.53% | 2.73% [D] | 2.62% | 2.46% | 2.38% |
| **Supplemental Data** | | | | | |
| Net assets, end of period (in millions) | $ 3,521 | $ 3,122 | $ 3,916 | $ 5,256 | $ 5,051 |
| Portfolio turnover rate | 72% | 101% | 143% | 197% | 101% |

[A] Total returns would have been lower had certain expenses not been reduced during the periods shown.

[B] Calculated based on average shares outstanding during the period.

[C] Expense ratios reflect operating expenses of the fund. Expenses before reductions do not reflect amounts reimbursed by the investment adviser or reductions from brokerage service arrangements or other expense offset arrangements and do not represent the amount paid by the fund during periods when reimbursements or reductions occur. Expenses net of any voluntary waivers reflect expenses after reimbursement by the investment adviser but prior to reductions from brokerage service arrangements or other expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the fund.

[D] Effective October 1, 2001, the fund adopted the provisions of the AICPA Audit and Accounting Guide for Investment Companies and began amortizing premium and discount on all debt securities. Per share data and ratios for periods prior to adoption have not been restated to reflect this change.

# EXHIBIT 4

Fidelity®

# Blue Chip Growth

**Fund**

(fund number 312, trading symbol FBGRX)

and

Fidelity

# Blue Chip Value

**Fund**

(fund number 1271, trading symbol FBCVX)

## Prospectus
## September 29, 2003

Like securities of all mutual funds, these securities have not been approved or disapproved by the Securities and Exchange Commission, and the Securities and Exchange Commission has not determined if this prospectus is accurate or complete. Any representation to the contrary is a criminal offense.



82 Devonshire Street, Boston, MA 02109

# Appendix

## Financial Highlights

The financial highlights tables are intended to help you understand each fund's financial history for the past 5 years or, if shorter, the period of the fund's operations. Certain information reflects financial results for a single fund share. The total returns in the table represent the rate that an investor would have earned (or lost) on an investment in the fund (assuming reinvestment of all dividends and distributions). This information has been audited by Deloitte & Touch LLP (for Blue Chip Growth) and PricewaterhouseCoopers LLP (for Blue Chip Value), independent accountants, whose reports, along with each fund's financial highlights and financial statements, are included in each fund's annual report. A free copy of each annual report is available upon request.

### Blue Chip Growth

| Years ended July 31, | 2003 | 2002 | 2001 | 2000 | 1999 |
|---|---|---|---|---|---|
| **Selected Per-Share Data** | | | | | |
| Net asset value, beginning of period . . . . . . . | $ 33.24 | $ 45.08 | $ 60.25 | $ 53.20 | $ 47.06 |
| Income from Investment Operations | | | | | |
|     Net investment income (loss)[C] . . . . . . . . | .21 | .10 | .01 | (.01) | .16 |
|     Net realized and unrealized gain (loss) . . . | 2.81 | (11.88) | (12.66) | 9.27 | 8.14 |
|     Total from investment operations . . . . . . . | 3.02 | (11.78) | (12.65) | 9.26 | 8.30 |
| Distributions from net investment income . . . . | (.13) | (.06) | — | (.14) | (.10) |
| Distributions from net realized gain . . . . . . . | — | — | (2.52) | (2.07) | (2.06) |
|     Total distributions . . . . . . . . . . . . . . . | (.13) | (.06) | (2.52) | (2.21) | (2.16) |
| Net asset value, end of period . . . . . . . . . | $ 36.13 | $ 33.24 | $ 45.08 | $ 60.25 | $ 53.20 |
| **Total Return**[A,B] . . . . . . . . . . . . . . . | 9.13% | (26.16)% | (21.92)% | 17.97% | 19.30% |
| **Ratios to Average Net Assets**[D] | | | | | |
|     Expenses before expense reductions . . . . . | .71% | .76% | .89% | .88% | .71% |
|     Expenses net of voluntary waivers, if any . . | .71% | .76% | .89% | .88% | .71% |
|     Expenses net of all reductions . . . . . . . . | .69% | .74% | .87% | .96% | .70% |
|     Net investment income (loss) . . . . . . . . | .64% | .25% | .01% | (.02)% | .32% |
| **Supplemental Data** | | | | | |
|     Net assets, end of period (in millions) . . . . $ | 19,936 | $ 17,021 | $ 23,032 | $ 29,154 | $ 23,684 |
|     Portfolio turnover rate . . . . . . . . . . . . | 24% | 33% | 46% | 40% | 38% |

[A]  *Total returns would have been lower had certain expenses not been reduced during the periods shown.*

[B]  *Total returns do not include the effect of the former one time sales charges.*

[C]  *Calculated based on average shares outstanding during the period.*

[D]  *Expense ratios reflect operating expenses of the fund. Expenses before reductions do not reflect amounts reimbursed by the investment adviser or reductions from brokerage service arrangements or other expense offset arrangements and do not represent the amount paid by the fund during periods when reimbursements or reductions occur. Expenses net of any voluntary waivers reflect expenses after reimbursement by the investment adviser but prior to reductions from brokerage service arrangements or other expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the fund.*

# EXHIBIT 5

**Fidelity®**

# Blue Chip Growth
## Fund

(fund number 312, trading symbol FBGRX)

**Fidelity**

# Blue Chip Value
## Fund

(fund number 1271, trading symbol FBCVX)

## Prospectus
## September 29, 2005

Like securities of all mutual
funds, these securities have
not been approved or disap-
proved by the Securities and
Exchange Commission, and
the Securities and Exchange
Commission has not deter-
mined if this prospectus is
accurate or complete. Any
representation to the con-
trary is a criminal offense.



82 Devonshire Street, Boston, MA 02109

# Appendix

## Financial Highlights

The financial highlights tables are intended to help you understand each fund's financial history for the past 5 years or, if shorter, the period of the fund's operations. Certain information reflects financial results for a single fund share. The total returns in the table represent the rate that an investor would have earned (or lost) on an investment in the fund (assuming reinvestment of all dividends and distributions). This information has been audited by Deloitte & Touche LLP (for Blue Chip Growth) and PricewaterhouseCoopers LLP (for Blue Chip Value), independent registered public accounting firm, whose reports, along with each fund's financial highlights and financial statements, are included in each fund's annual report. A free copy of each annual report is available upon request.

### Blue Chip Growth Fund

| Years ended July 31, | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|
| **Selected Per-Share Data** | | | | | |
| Net asset value, beginning of period . . . . . . | $ 38.72 | $ 36.13 | $ 33.24 | $ 45.08 | $ 60.25 |
| Income from Investment Operations | | | | | |
|   Net investment income (loss) [B] | .42 [C] | .19 | .21 | .10 | .01 |
|   Net realized and unrealized gain (loss) . . . | 3.85 | 2.62 | 2.81 | (11.88) | (12.66) |
|   Total from investment operations . . . . . . . | 4.27 | 2.81 | 3.02 | (11.78) | (12.65) |
| Distributions from net investment income . . . . | (.39) | (.22) | (.13) | (.06) | — |
| Distributions from net realized gain . . . . . . . | — | — | — | — | (2.52) |
|   Total distributions . . . . . . . . . . . . . . . | (.39) | (.22) | (.13) | (.06) | (2.52) |
| Net asset value, end of period . . . . . . . . . | $ 42.60 | $ 38.72 | $ 36.13 | $ 33.24 | $ 45.08 |
| **Total Return** [A] . . . . . . . . . . . . . . . . | 11.08% | 7.79% | 9.13% | (26.16)% | (21.92)% |
| **Ratios to Average Net Assets** [D] | | | | | |
|   Expenses before expense reductions . . . . . | .66% | .68% | .71% | .76% | .89% |
|   Expenses net of voluntary waivers, if any . . | .66% | .68% | .71% | .76% | .89% |
|   Expenses net of all reductions . . . . . . . . | .64% | .67% | .69% | .74% | .87% |
|   Net investment income (loss) . . . . . . . . | 1.05% [C] | .48% | .64% | .25% | .01% |
| **Supplemental Data** | | | | | |
|   Net assets, end of period (in millions) . . . . | $ 22,881 | $ 22,702 | $ 19,936 | $ 17,021 | $ 23,032 |
|   Portfolio turnover rate . . . . . . . . . . . . . | 29% | 23% | 24% | 33% | 46% |

[A]   *Total returns would have been lower had certain expenses not been reduced during the periods shown.*

[B]   *Calculated based on average shares outstanding during the period.*

[C]   *Investment income per share reflects a special dividend which amounted to $.20 per share. Excluding the special dividend, the ratio of net investment income to average net assets would have been .56%.*

[D]   *Expense ratios reflect operating expenses of the fund. Expenses before reductions do not reflect amounts reimbursed by the investment adviser or reductions from brokerage service arrangements or other expense offset arrangements and do not represent the amount paid by the fund during periods when reimbursements or reductions occur. Expenses net of any voluntary waivers reflect expenses after reimbursement by the investment adviser but prior to reductions from brokerage service arrangements or other expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the fund.*

# EXHIBIT 6

# Fidelity®
# Contrafund®

(fund number 022, trading symbol FCNTX)

# Prospectus
# February 28, 2004

Like securities of all mutual funds, these securities have not been approved or disapproved by the Securities and Exchange Commission, and the Securities and Exchange Commission has not determined if this prospectus is accurate or complete. Any representation to the contrary is a criminal offense.



82 Devonshire Street, Boston, MA 02109

industry group representation to represent U.S. equity performance.

The Lipper Funds Average reflects the performance of mutual funds with similar objectives.

## Fee Table

The following table describes the fees and expenses that are incurred when you buy, hold, or sell shares of the fund. The annual fund operating expenses provided below for the fund do not reflect the effect of any reduction of certain expenses during the period.

### Shareholder fees (paid by the investor directly)

| | |
|---|---|
| Sales charge (load) on purchases and reinvested distributions[A] | None |
| Deferred sales charge (load) on redemptions | None |

[A] The fund may impose a 3.00% sales charge on purchases upon 60 days notice to shareholders.

### Annual operating expenses (paid from fund assets)

| | |
|---|---|
| Management fee | 0.79% |
| Distribution and/or Service (12b-1) fees | None |
| Other expenses | 0.21% |
| **Total annual fund operating expenses** | **1.00%** |

A portion of the brokerage commissions that the fund pays may be reimbursed and used to reduce the fund's expenses. In addition, through arrangements with the fund's custodian and transfer agent, credits realized as a result of uninvested cash balances are used to reduce custodian and transfer agent expenses. Including these reductions, the total fund operating expenses would have been 0.98%.

This **example** helps you compare the cost of investing in the fund with the cost of investing in other mutual funds.

Let's say, hypothetically, that the fund's annual return is 5% and that your shareholder fees and the fund's annual operating expenses are exactly as described in the fee table. This example illustrates the effect of fees and expenses, but is not meant to suggest actual or expected fees and expenses or returns, all of which may vary. For every $10,000 you invested, here's how much you would pay in total expenses if you sell all of your shares at the end of each time period indicated:

| | |
|---|---|
| 1 year | $ 102 |
| 3 years | $ 318 |
| 5 years | $ 552 |
| 10 years | $ 1,225 |

# Appendix

## Financial Highlights

The financial highlights table is intended to help you understand the fund's financial history for the past 5 years. Certain information reflects financial results for a single fund share. The total returns in the table represent the rate that an investor would have earned (or lost) on an investment in the fund (assuming reinvestment of all dividends and distributions). This information has been audited by PricewaterhouseCoopers LLP, independent accountants, whose report, along with the fund's financial highlights and financial statements, is included in the fund's annual report. A free copy of the annual report is available upon request.

### Selected Per-Share Data and Ratios

| Years ended December 31, | 2003 | 2002 | 2001 | 2000 | 1999 |
|---|---|---|---|---|---|
| **Selected Per-Share Data** | | | | | |
| Net asset value, beginning of period . . . . . . . | $ 38.60 | $ 42.77 | $ 49.18 | $ 60.02 | $ 56.81 |
| Income from Investment Operations | | | | | |
| Net investment income (loss)[C] . . . . . . . . | —[E] | .06 | .21 | .26 | .29 |
| Net realized and unrealized gain (loss) . . . | 10.79 | (4.18) | (6.40) | (4.24) | 13.42 |
| Total from investment operations . . . . . . | 10.79 | (4.12) | (6.19) | (3.98) | 13.71 |
| Distributions from net investment income . . . . | (.04) | (.05) | (.22) | (.24) | (.28) |
| Distributions from net realized gain . . . . . . . | — | — | — | (5.59) | (10.22) |
| Distributions in excess of net realized gain . . . | — | — | — | (1.03) | — |
| Total distributions . . . . . . . . . . . . . . | (.04) | (.05) | (.22) | (6.86) | (10.50) |
| Net asset value, end of period . . . . . . . . . | $ 49.35 | $ 38.60 | $ 42.77 | $ 49.18 | $ 60.02 |
| **Total Return**[A,B] . . . . . . . . . . . . . . . | 27.95% | (9.63)% | (12.59)% | (6.80)% | 25.03% |
| **Ratios to Average Net Assets**[D] | | | | | |
| Expenses before expense reductions . . . . . | 1.00% | 1.03% | .96% | .87% | .65% |
| Expenses net of voluntary waivers, if any . . | 1.00% | 1.03% | .96% | .87% | .65% |
| Expenses net of all reductions . . . . . . . . | .98% | .99% | .91% | .84% | .62% |
| Net investment income (loss) . . . . . . . . | .01% | .14% | .49% | .45% | .48% |
| **Supplemental Data** | | | | | |
| Net assets, end of period (in millions) . . . . | $ 35,933 | $ 27,586 | $ 32,159 | $ 40,220 | $ 46,912 |
| Portfolio turnover rate . . . . . . . . . . . . | 67% | 80% | 141% | 166% | 177% |

[A]  *Total returns would have been lower had certain expenses not been reduced during the periods shown.*

[B]  *Total returns do not include the effect of the former sales charges.*

[C]  *Calculated based on average shares outstanding during the period.*

[D]  *Expense ratios reflect operating expenses of the fund. Expenses before reductions do not reflect amounts reimbursed by the investment adviser or reductions from brokerage service arrangements or other expense offset arrangements and do not represent the amount paid by the fund during periods when reimbursements or reductions occur. Expenses net of any voluntary waivers reflect expenses after reimbursement by the investment adviser but prior to reductions from brokerage service arrangements or other expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the fund.*

[E]  *Amount represents less than $.01 per share.*

# EXHIBIT 7

**Fidelity**®
**Contrafund**®

(fund number 022, trading symbol FCNTX)

**Prospectus**
**February 27, 2005**

Like securities of all mutual
funds, these securities have
not been approved or disap-
proved by the Securities and
Exchange Commission, and
the Securities and Exchange
Commission has not deter-
mined if this prospectus is
accurate or complete. Any
representation to the con-
trary is a criminal offense.



82 Devonshire Street, Boston, MA 02109

If FMR were to reimburse certain expenses, returns would be higher during these periods.

Standard & Poor's 500℠ Index (S&P 500®) is a market capitalization-weighted index of 500 common stocks chosen for market size, liquidity, and industry group representation to represent U.S. equity performance.

The Lipper Funds Average reflects the performance of mutual funds with similar objectives.

## Fee Table

The following table describes the fees and expenses that are incurred when you buy, hold, or sell shares of the fund. The annual fund operating expenses provided below for the fund do not reflect the effect of any reduction of certain expenses during the period.

### Shareholder fees (paid by the investor directly)

| | |
|---|---|
| Sales charge (load) on purchases and reinvested distributions[A] | None |
| Deferred sales charge (load) on redemptions | None |

[A] The fund may impose a 3.00% sales charge on purchases upon 60 days notice to shareholders.

### Annual operating expenses (paid from fund assets)

| | |
|---|---|
| Management fee | 0.74% |
| Distribution and/or Service (12b-1) fees | None |
| Other expenses | 0.20% |
| Total annual fund operating expenses | 0.94% |

This **example** helps you compare the cost of investing in the fund with the cost of investing in other mutual funds.

Let's say, hypothetically, that the fund's annual return is 5% and that your shareholder fees and the fund's annual operating expenses are exactly as described in the fee table. This example illustrates the effect of fees and expenses, but is not meant to suggest actual or expected fees and expenses or returns, all of which may vary. For every $10,000 you invested, here's how much you would pay in total expenses if you sell all of your shares at the end of each time period indicated:

| | |
|---|---|
| 1 year | $ 96 |
| 3 years | $ 300 |
| 5 years | $ 520 |
| 10 years | $ 1,155 |

# EXHIBIT 8

# Fidelity®
# Equity-Income II
## Fund

(fund number 319, trading symbol FEQTX)

# Prospectus
# January 29, 2004

Like securities of all mutual funds, these securities have not been approved or disapproved by the Securities and Exchange Commission, and the Securities and Exchange Commission has not determined if this prospectus is accurate or complete. Any representation to the contrary is a criminal offense.



82 Devonshire Street, Boston, MA 02109

# Appendix

## Financial Highlights

The financial highlights table is intended to help you understand the fund's financial history for the past 5 years. Certain information reflects financial results for a single fund share. The total returns in the table represent the rate that an investor would have earned (or lost) on an investment in the fund (assuming reinvestment of all dividends and distributions). This information has been audited by PricewaterhouseCoopers LLP, independent accountants, whose report, along with the fund's financial highlights and financial statements, is included in the fund's annual report. A free copy of the annual report is available upon request.

## Selected Per-Share Data and Ratios

| Years ended November 30, | 2003 | 2002 | 2001 | 2000 | 1999 |
|---|---|---|---|---|---|
| **Selected Per-Share Data** | | | | | |
| Net asset value, beginning of period . . . . . . . | $ 18.72 | $ 21.21 | $ 27.49 | $ 30.34 | $ 30.73 |
| Income from Investment Operations | | | | | |
| Net investment income (loss)[B] . . . . . . . | .25 | .24[D] | .34 | .40 | .37 |
| Net realized and unrealized gain (loss) . . . | 2.78 | (1.65)[D] | (1.15) | .50 | 2.01 |
| Total from investment operations . . . . . . | 3.03 | (1.41) | (.81) | .90 | 2.38 |
| Distributions from net investment income . . . . | (.23) | (.23) | (.39) | (.40) | (.35) |
| Distributions from net realized gain . . . . . . . | — | (.85) | (5.08) | (3.35) | (2.42) |
| Total distributions . . . . . . . . . . . . . . | (.23) | (1.08) | (5.47) | (3.75) | (2.77) |
| Net asset value, end of period . . . . . . . . . | $ 21.52 | $ 18.72 | $ 21.21 | $ 27.49 | $ 30.34 |
| **Total Return[A]** . . . . . . . . . . . . . . . | 16.40% | (7.08)% | (4.33)% | 3.50% | 8.25% |
| **Ratios to Average Net Assets[C]** | | | | | |
| Expenses before expense reductions . . . . . | .70% | .70% | .67% | .67% | .66% |
| Expenses net of voluntary waivers, if any . . | .70% | .70% | .67% | .67% | .66% |
| Expenses net of all reductions . . . . . . . . . | .64% | .63% | .62% | .63% | .64% |
| Net investment income (loss) . . . . . . . . . | 1.31% | 1.26%[D] | 1.49% | 1.47% | 1.19% |
| **Supplemental Data** | | | | | |
| Net assets, end of period (in millions) . . . . | $ 11,525 | $ 10,156 | $ 12,029 | $ 13,401 | $ 18,184 |
| Portfolio turnover rate . . . . . . . . . . . . | 131% | 135% | 136% | 151% | 71% |

[A] Total returns would have been lower had certain expenses not been reduced during the periods shown.

[B] Calculated based on average shares outstanding during the period.

[C] Expense ratios reflect operating expenses of the fund. Expenses before reductions do not reflect amounts reimbursed by the investment adviser or reductions from brokerage service arrangements or other expense offset arrangements and do not represent the amount paid by the fund during periods when reimbursements or reductions occur. Expenses net of any voluntary waivers reflect expenses after reimbursement by the investment adviser but prior to reductions from brokerage service arrangements or other expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the fund.

[D] Effective December 1, 2001, the fund adopted the provisions of the AICPA Audit and Accounting Guide for Investment Companies and began amortizing premium and discount on all debt securities. Per-share data and ratios for periods prior to adoption have not been restated to reflect this change.

# EXHIBIT 9

# Fidelity®
## Fund

(fund number 003, trading symbol FFIDX)

## Prospectus
## August 29, 2003

Like securities of all mutual funds, these securities have not been approved or disapproved by the Securities and Exchange Commission, and the Securities and Exchange Commission has not determined if this prospectus is accurate or complete. Any representation to the contrary is a criminal offense.



82 Devonshire Street, Boston, MA 02109

# Appendix

## Financial Highlights

The financial highlights table is intended to help you understand the fund's financial history for the past 5 years. Certain information reflects financial results for a single fund share. The total returns in the table represent the rate that an investor would have earned (or lost) on an investment in the fund (assuming reinvestment of all dividends and distributions). This information has been audited by Pricewater-houseCoopers LLP, independent accountants, whose report, along with the fund's financial highlights and financial statements, is included in the fund's annual report. A free copy of the annual report is available upon request.

### Selected Per-Share Data and Ratios

| Years ended June 30, | 2003 | 2002 | 2001 | 2000 | 1999 |
|---|---|---|---|---|---|
| **Selected Per-Share Data** | | | | | |
| Net asset value, beginning of period . . . . . . . | $  25.03 | $  31.84 | $  41.81 | $  40.39 | $  35.22 |
| Income from Investment Operations | | | | | |
| Net investment income (loss) [B] . . . . . . . . | .21 | .23 | .19 | .23 | .31 |
| Net realized and unrealized gain (loss) . . . . | (.57) | (6.83) | (4.72) | 3.61 | 6.96 |
| Total from investment operations . . . . . . | (.36) | (6.60) | (4.53) | 3.84 | 7.27 |
| Distributions from net investment income . . . . | (.21) | (.21) | (.21) | (.21) | (.29) |
| Distributions in excess of net investment income | — | — | (.03) | — | — |
| Distributions from net realized gain . . . . . . . | — | — | (2.87) | (2.21) | (1.81) |
| Distributions in excess of net realized gain . . . | — | — | (2.33) | — | — |
| Total distributions . . . . . . . . . . . . . . . | (.21) | (.21) | (5.44) | (2.42) | (2.10) |
| Net asset value, end of period . . . . . . . . . . | $  24.46 | $  25.03 | $  31.84 | $  41.81 | $  40.39 |
| **Total Return** [A] . . . . . . . . . . . . . . . . . | (1.36)% | (20.78)% | (11.76)% | 10.47% | 21.95% |
| **Ratios to Average Net Assets** [C] | | | | | |
| Expenses before expense reductions . . . . . | .63% | .59% | .56% | .56% | .57% |
| Expenses net of voluntary waivers, if any . . | .63% | .59% | .56% | .56% | .57% |
| Expenses net of all reductions . . . . . . . . . | .61% | .53% | .51% | .53% | .55% |
| Net investment income (loss) . . . . . . . . . | .93% | .82% | .55% | .57% | .87% |
| **Supplemental Data** | | | | | |
| Net assets, end of period (in millions) . . . . $ | 9,335 | $  10,486 | $  14,294 | $  17,379 | $  13,842 |
| Portfolio turnover rate . . . . . . . . . . . . . | 32% | 155% | 217% | 113% | 71% |

[A]  Total returns would have been lower had certain expenses not been reduced during the periods shown.

[B]  Calculated based on average shares outstanding during the period.

[C]  Expense ratios reflect operating expenses of the fund. Expenses before reductions do not reflect amounts reimbursed by the investment adviser or reductions from brokerage service arrangements or other expense offset arrangements and do not represent the amount paid by the fund during periods when reimbursements or reductions occur. Expenses net of any voluntary waivers reflect expenses after reimbursement by the investment adviser but prior to reductions from brokerage service arrangements or other expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the fund.

# EXHIBIT 10

# Fidelity®

# Disciplined Equity

## Fund

(fund number 315, trading symbol FDEQX)

# Fidelity

# Focused Stock

## Fund

(fund number 333, trading symbol FTQGX)

# Prospectus
# December 29, 2003

Like securities of all mutual funds, these securities have not been approved or disapproved by the Securities and Exchange Commission, and the Securities and Exchange Commission has not determined if this prospectus is accurate or complete. Any representation to the contrary is a criminal offense.



82 Devonshire Street, Boston, MA 02109

## Focused Stock

| Years ended October 31, | 2003 | 2002 | 2001 | 2000 | 1999 |
|---|---|---|---|---|---|
| **Selected Per-Share Data** | | | | | |
| Net asset value, beginning of period . . . . . . . | $ 7.26 | $ 10.54 | $ 15.92 | $ 15.30 | $ 12.03 |
| Income from Investment Operations | | | | | |
| Net investment income (loss) [C] . . . . . . . . . | .02 | (.07) | .01 | .02 | .03 |
| Net realized and unrealized gain (loss) . . . | 1.01 | (3.21) | (4.12) | 2.63 | 3.50 |
| Total from investment operations . . . . . . . | 1.03 | (3.28) | (4.11) | 2.65 | 3.53 |
| Distributions from net investment income . . . . | — | — | (.02) | (.04) | (.02) |
| Distributions from net realized gain . . . . . . . | — | — | (1.25) | (1.99) | (.24) |
| Total distributions . . . . . . . . . . . . . . | — | — | (1.27) | (2.03) | (.26) |
| Redemption fees added to paid in capital [C, E] . . | — | — | — | — | — |
| Net asset value, end of period . . . . . . . . . | $ 8.29 | $ 7.26 | $ 10.54 | $ 15.92 | $ 15.30 |
| **Total Return** [A, B] . . . . . . . . . . . . . . . . | 14.19% | (31.12)% | (27.74)% | 18.54% | 29.80% |
| **Ratios to Average Net Assets** [D] | | | | | |
| Expenses before expense reductions . . . . . | 1.08% | 1.33% | 1.26% | 1.03% | .89% |
| Expenses net of voluntary waivers, if any . . | 1.08% | 1.33% | 1.26% | 1.03% | .89% |
| Expenses net of all reductions . . . . . . . . | 1.03% | 1.20% | 1.22% | 1.02% | .86% |
| Net investment income (loss) . . . . . . . . | .20% | (.71)% | .09% | .10% | .22% |
| **Supplemental Data** | | | | | |
| Net assets, end of period (000 omitted) . . | $ 33,581 | $ 33,214 | $ 49,135 | $ 72,466 | $ 50,273 |
| Portfolio turnover rate . . . . . . . . . . . . | 199% | 256% | 309% | 94% | 128% |

[A] Total returns would have been lower had certain expenses not been reduced during the periods shown.

[B] Total returns do not include the effect of the former sales charges.

[C] Calculated based on average shares outstanding during the period.

[D] Expense ratios reflect operating expenses of the fund. Expenses before reductions do not reflect amounts reimbursed by the investment adviser or reductions from brokerage service arrangements or other expense offset arrangements and do not represent the amount paid by the fund during periods when reimbursements or reductions occur. Expenses net of any voluntary waivers reflect expenses after reimbursement by the investment adviser but prior to reductions from brokerage service arrangements or other expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the fund.

[E] Amount represents less than $.01 per share.