# EXHIBIT 11

Fidelity®

# Growth & Income Portfolio

(fund number 027, trading symbol FGRIX)

## Prospectus

**September 29, 2003**

Like securities of all mutual funds, these securities have not been approved or disapproved by the Securities and Exchange Commission, and the Securities and Exchange Commission has not determined if this prospectus is accurate or complete. Any representation to the contrary is a criminal offense.

82 Devonshire Street, Boston, MA 02109

# Appendix

## Financial Highlights

The financial highlights table is intended to help you understand the fund's financial history for the past 5 years. Certain information reflects financial results for a single fund share. The total returns in the table represent the rate that an investor would have earned (or lost) on an investment in the fund (assuming reinvestment of all dividends and distributions). This information has been audited by PricewaterhouseCoopers LLP, independent accountants, whose report, along with the fund's financial highlights and financial statements, is included in the fund's annual report. A free copy of the annual report is available upon request.

**Selected Per-Share Data and Ratios**

| Years ended July 31, | 2003 | 2002 | 2001 | 2000 | 1999 |
|---|---|---|---|---|---|
| **Selected Per-Share Data** | | | | | |
| Net asset value, beginning of period | $ 31.61 | $ 39.10 | $ 46.83 | $ 47.27 | $ 43.73 |
| Income from Investment Operations | | | | | |
| Net investment income (loss)[B] | .40 | .34 | .39 | .38 | .39 |
| Net realized and unrealized gain (loss) | 1.20 | (7.12) | (3.83) | 2.47 | 5.69 |
| Total from investment operations | 1.60 | (6.78) | (3.44) | 2.85 | 6.08 |
| Distributions from net investment income | (.37) | (.33) | (.38) | (.39) | (.38) |
| Distributions from net realized gain | — | (.38) | (3.91) | (2.90) | (2.16) |
| Total distributions | (.37) | (.71) | (4.29) | (3.29) | (2.54) |
| Net asset value, end of period | $ 32.84 | $ 31.61 | $ 39.10 | $ 46.83 | $ 47.27 |
| **Total Return**[A] | 5.15% | (17.56)% | (8.25)% | 6.34% | 15.20% |
| **Ratios to Average Net Assets**[C] | | | | | |
| Expenses before expense reductions | .73% | .69% | .68% | .67% | .68% |
| Expenses net of voluntary waivers, if any | .73% | .69% | .68% | .67% | .68% |
| Expenses net of all reductions | .71% | .68% | .66% | .66% | .66% |
| Net investment income (loss) | 1.29% | .94% | .94% | .82% | .88% |
| **Supplemental Data** | | | | | |
| Net assets, end of period (in millions) | $ 28,263 | $ 27,849 | $ 36,099 | $ 41,440 | $ 48,595 |
| Portfolio turnover rate | 33% | 36% | 46% | 41% | 35% |

A *Total returns would have been lower had certain expenses not been reduced during the periods shown.*

B *Calculated based on average shares outstanding during the period.*

C *Expense ratios reflect operating expenses of the fund. Expenses before reductions do not reflect amounts reimbursed by the investment adviser or reductions from brokerage service arrangements or other expense offset arrangements and do not represent the amount paid by the fund during periods when reimbursements or reductions occur. Expenses net of any voluntary waivers reflect expenses after reimbursement by the investment adviser but prior to reductions from brokerage service arrangements or other expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the fund.*

# EXHIBIT 12

**Fidelity®**

# Independence

## Fund

(fund number 073, trading symbol FDFFX)

## Prospectus

**January 29, 2004**

Like securities of all mutual funds, these securities have not been approved or disapproved by the Securities and Exchange Commission, and the Securities and Exchange Commission has not determined if this prospectus is accurate or complete. Any representation to the contrary is a criminal offense.

82 Devonshire Street, Boston, MA 02109

# Appendix

## Financial Highlights

The financial highlights table is intended to help you understand the fund's financial history for the past 5 years. Certain information reflects financial results for a single fund share. The total returns in the table represent the rate that an investor would have earned (or lost) on an investment in the fund (assuming reinvestment of all dividends and distributions). This information has been audited by PricewaterhouseCoopers LLP, independent accountants, whose report, along with the fund's financial highlights and financial statements, is included in the fund's annual report. A free copy of the annual report is available upon request.

**Selected Per-Share Data and Ratios**

| Years ended November 30, | 2003 | 2002 | 2001 | 2000 | 1999 |
|---|---|---|---|---|---|
| **Selected Per-Share Data** | | | | | |
| Net asset value, beginning of period | $ 13.83 | $ 15.84 | $ 24.46 | $ 23.82 | $ 21.40 |
| Income from Investment Operations | | | | | |
| Net investment income (loss) [B] | .14 | .21 | .17 | .05 | .05 |
| Net realized and unrealized gain (loss) | 1.69 | (2.02) | (4.60) | 3.83 | 5.25 |
| Total from investment operations | 1.83 | (1.81) | (4.43) | 3.88 | 5.30 |
| Distributions from net investment income | (.21) | (.20) | (.08) | (.05) | (.14) |
| Distributions from net realized gain | — | — | (4.11) | (3.19) | (2.74) |
| Total distributions | (.21) | (.20) | (4.19) | (3.24) | (2.88) |
| Net asset value, end of period | $ 15.45 | $ 13.83 | $ 15.84 | $ 24.46 | $ 23.82 |
| **Total Return** [A] | 13.47% | (11.57)% | (22.86)% | 17.02% | 27.93% |
| **Ratios to Average Net Assets** [C] | | | | | |
| Expenses before expense reductions | .62% | 1.07% | .97% | .88% | .63% |
| Expenses net of voluntary waivers, if any | .62% | 1.07% | .97% | .88% | .63% |
| Expenses net of all reductions | .55% | .97% | .92% | .85% | .58% |
| Net investment income (loss) | 1.00% | 1.41% | .95% | .19% | .25% |
| **Supplemental Data** | | | | | |
| Net assets, end of period (in millions) | $ 4,591 | $ 4,443 | $ 5,483 | $ 7,921 | $ 5,912 |
| Portfolio turnover rate | 166% | 191% | 187% | 249% | 310% |

A *Total returns would have been lower had certain expenses not been reduced during the periods shown.*

B *Calculated based on average shares outstanding during the period.*

C *Expense ratios reflect operating expenses of the fund. Expenses before reductions do not reflect amounts reimbursed by the investment adviser or reductions from brokerage service arrangements or other expense offset arrangements and do not represent the amount paid by the fund during periods when reimbursements or reductions occur. Expenses net of any voluntary waivers reflect expenses after reimbursement by the investment adviser but prior to reductions from brokerage service arrangements or other expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the fund.*

# EXHIBIT 13

**Fidelity®**

# Small Cap Stock

**Fund**

(fund number 340, trading symbol FSLCX)

**Fidelity**

# Mid-Cap Stock

**Fund**

(fund number 337, trading symbol FMCSX)

**Fidelity**

# Large Cap Stock

**Fund**

(fund number 338, trading symbol FLCSX)

## Prospectus

**June 28, 2003**

Like securities of all mutual funds, these securities have not been approved or disapproved by the Securities and Exchange Commission, and the Securities and Exchange Commission has not determined if this prospectus is accurate or complete. Any representation to the contrary is a criminal offense.

82 Devonshire Street, Boston, MA 02109

## Large Cap Stock

| Years ended April 30, | 2003 | 2002 | 2001 | 2000 | 1999 |
|---|---|---|---|---|---|
| **Selected Per-Share Data** | | | | | |
| Net asset value, beginning of period | $ 13.79 | $ 16.51 | $ 21.32 | $ 18.39 | $ 16.45 |
| Income from Investment Operations | | | | | |
| Net investment income (loss)[B] | .07 | .05 | —[D] | .01 | .02 |
| Net realized and unrealized gain (loss) | (2.19) | (2.73) | (4.01) | 3.39 | 4.17 |
| Total from investment operations | (2.12) | (2.68) | (4.01) | 3.40 | 4.19 |
| Distributions from net investment income | (.06) | (.04) | — | (.02) | (.02) |
| Distributions in excess of net investment income | — | — | (.01) | — | — |
| Distributions from net realized gain | — | — | (.63) | (.45) | (2.23) |
| Distributions in excess of net realized gain | — | — | (.16) | — | — |
| Total distributions | (.06) | (.04) | (.80) | (.47) | (2.25) |
| Net asset value, end of period | $ 11.61 | $ 13.79 | $ 16.51 | $ 21.32 | $ 18.39 |
| **Total Return**[A] | (15.39)% | (16.25)% | (19.57)% | 18.82% | 29.48% |
| **Ratios to Average Net Assets**[C] | | | | | |
| Expenses before expense reductions | .83% | .91% | .96% | .91% | .93% |
| Expenses net of voluntary waivers, if any | .83% | .91% | .96% | .91% | .93% |
| Expenses net of all reductions | .78% | .87% | .93% | .89% | .90% |
| Net investment income (loss) | .59% | .37% | (.01)% | .06% | .13% |
| **Supplemental Data** | | | | | |
| Net assets, end of period (in millions) | $ 599 | $ 623 | $ 778 | $ 1,115 | $ 633 |
| Portfolio turnover rate | 86% | 99% | 118% | 99% | 100% |

A *Total returns would have been lower had certain expenses not been reduced during the periods shown.*

B *Calculated based on average shares outstanding during the period.*

C *Expense ratios reflect operating expenses of the fund. Expenses before reductions do not reflect amounts reimbursed by the investment adviser or reductions from directed brokerage or other expense offset arrangements and do not represent the amount paid by the fund during periods when reimbursements or reductions occur. Expenses net of any voluntary waivers reflect expenses after reimbursement by the investment adviser but prior to reductions from directed brokerage or other expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the fund.*

D *Amount represents less than $.01 per share.*

# EXHIBIT 14

# Fidelity® Magellan® Fund

(fund number 021, trading symbol FMAGX)

## Prospectus

**May 21, 2003**

Like securities of all mutual funds, these securities have not been approved or disapproved by the Securities and Exchange Commission, and the Securities and Exchange Commission has not determined if this prospectus is accurate or complete. Any representation to the contrary is a criminal offense.

82 Devonshire Street, Boston, MA 02109

# Appendix

## Financial Highlights

The financial highlights table is intended to help you understand the fund's financial history for the past 5 years. Certain information reflects financial results for a single fund share. The total returns in the table represent the rate that an investor would have earned (or lost) on an investment in the fund (assuming reinvestment of all dividends and distributions). This information has been audited by PricewaterhouseCoopers LLP, independent accountants, whose report, along with the fund's financial highlights and financial statements, is included in the fund's annual report. A free copy of the annual report is available upon request.

**Selected Per-Share Data and Ratios**

| Years ended March 31, | 2003 | 2002 | 2001 | 2000 | 1999 |
|---|---|---|---|---|---|
| **Selected Per-Share Data** | | | | | |
| Net asset value, beginning of period | $ 102.55 | $ 104.50 | $ 143.26 | $ 129.75 | $ 108.82 |
| Income from Investment Operations | | | | | |
| Net investment income (loss)[C] | .69 | .45 | .37 | .59 | .73 |
| Net realized and unrealized gain (loss) | (25.91) | (1.14) | (34.17) | 25.04 | 26.02 |
| Total from investment operations | (25.22) | (.69) | (33.80) | 25.63 | 26.75 |
| Distributions from net investment income | (.64) | (.46) | (.27) | (.73) | (.67) |
| Distributions from net realized gain | — | (.80) | (4.69) | (11.39) | (5.15) |
| Total distributions | (.64) | (1.26) | (4.96) | (12.12) | (5.82) |
| Net asset value, end of period | $ 76.69 | $ 102.55 | $ 104.50 | $ 143.26 | $ 129.75 |
| **Total Return**[A,B] | (24.65)% | (.76)% | (24.22)% | 21.11% | 25.63% |
| **Ratios to Average Net Assets**[D] | | | | | |
| Expenses before expense reductions | .77% | .89% | .89% | .75% | .62% |
| Expenses net of voluntary waivers, if any | .77% | .89% | .89% | .75% | .62% |
| Expenses net of all reductions | .76% | .88% | .88% | .74% | .60% |
| Net investment income (loss) | .82% | .43% | .29% | .46% | .66% |
| **Supplemental Data** | | | | | |
| Net assets, end of period (in millions) | $ 54,164 | $ 77,818 | $ 80,190 | $ 109,095 | $ 90,715 |
| Portfolio turnover rate | 21% | 15% | 24% | 28% | 37% |

A *Total returns would have been lower had certain expenses not been reduced during the periods shown.*

B *Total returns do not include the effect of the sales charges.*

C *Calculated based on average shares outstanding during the period.*

D *Expense ratios reflect operating expenses of the fund. Expenses before reductions do not reflect amounts reimbursed by the investment adviser or reductions from directed brokerage or other expense offset arrangements and do not represent the amount paid by the fund during periods when reimbursements or reductions occur. Expenses net of any voluntary waivers reflect expenses after reimbursement by the investment adviser but prior to reductions from directed brokerage or other expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the fund.*

The Lipper Funds Average reflects the performance of mutual funds with similar objectives.

## Fee Table

The following table describes the fees and expenses that are incurred when you buy, hold, or sell shares of the fund. The annual fund operating expenses provided below for the fund do not reflect the effect of any reduction of certain expenses during the period.

### Shareholder fees (paid by the investor directly)

| | |
|---|---|
| Maximum sales charge (load) on purchases (as a % of offering price) | 3.00%[A] |
| Sales charge (load) on reinvested distributions | None |
| Deferred sales charge (load) on redemptions | None |

[A] *Lower sales charges may be available for fund balances over $250,000.*

### Annual operating expenses (paid from fund assets)

| | |
|---|---|
| Management fee | 0.56% |
| Distribution and/or Service (12b-1) fees | None |
| Other expenses | 0.21% |
| **Total annual fund operating expenses** | 0.77% |

A portion of the brokerage commissions that the fund pays may be reimbursed and used to reduce the fund's expenses. Including this reduction, the total fund operating expenses would have been 0.76%.

This **example** helps you compare the cost of investing in the fund with the cost of investing in other mutual funds.

Let's say, hypothetically, that the fund's annual return is 5% and that your shareholder fees and the fund's annual operating expenses are exactly as described in the fee table. This example illustrates the effect of fees and expenses, but is not meant to suggest actual or expected fees and expenses or returns, all of which may vary. For every $10,000 you invested, here's how much you would pay in total expenses if you sell all of your shares at the end of each time period indicated:

| | |
|---|---|
| 1 year | $ 376 |
| 3 years | $ 539 |
| 5 years | $ 715 |
| 10 years | $ 1,226 |

# EXHIBIT 15

Fidelity®

# Magellan®

## Fund

(fund number 021, trading symbol FMAGX)

**Prospectus**

**<R>May 28, 2004</R>**

**(fidelity_logo_graphic)**

**82 Devonshire Street, Boston, MA 02109**

# Appendix

## Financial Highlights

<R>The financial highlights table is intended to help you understand the fund's financial history for the past 5 years. Certain information reflects financial results for a single fund share. The total returns in the table represent the rate that an investor would have earned (or lost) on an investment in the fund (assuming reinvestment of all dividends and distributions). This information has been audited by PricewaterhouseCoopers LLP, independent accountant, whose report, along with the fund's financial highlights and financial statements, is included in the fund's annual report. A free copy of the annual report is available upon request.</R>

### Selected Per-Share Data and Ratios

| <R>Years ended March 31, | 2004 | 2003 | 2002 | 2001 | 2000</R> |
|---|---|---|---|---|---|
| <R>**Selected Per-Share Data** | | | | | </R> |
| <R>Net asset value, beginning of period | $ 76.69 | $ 102.55 | $ 104.50 | $ 143.26 | $ 129.75</R> |
| <R>Income from Investment Operations | | | | | </R> |
| <R>Net investment income (loss) [C] | .76 | .69 | .45 | .37 | .59</R> |
| <R>Net realized and unrealized gain (loss) | 22.44 | (25.91) | (1.14) | (34.17) | 25.04</R> |
| <R>Total from investment operations | 23.20 | (25.22) | (.69) | (33.80) | 25.63</R> |
| <R>Distributions from net investment income | (.76) | (.64) | (.46) | (.27) | (.73)</R> |
| <R>Distributions from net realized gain | - | - | (.80) | (4.69) | (11.39)</R> |
| <R>Total distributions | (.76) | (.64) | (1.26) | (4.96) | (12.12)</R> |
| <R>Net asset value, end of period | $ 99.13 | $ 76.69 | $ 102.55 | $ 104.50 | $ 143.26</R> |
| <R>**Total Return** [A, B] | 30.35% | (24.65)% | (.76)% | (24.22)% | 21.11%</R> |
| <R>**Ratios to Average Net Assets** [D] | | | | | </R> |
| <R>Expenses before expense reductions | .70% | .77% | .89% | .89% | .75%</R> |
| <R>Expenses net of voluntary waivers, if any | .70% | .77% | .89% | .89% | .75%</R> |
| <R>Expenses net of all reductions | .70% | .76% | .88% | .88% | .74%</R> |
| <R>Net investment income (loss) | .83% | .82% | .43% | .29% | .46%</R> |
| <R>**Supplemental Data** | | | | | </R> |
| <R>Net assets, end of period (in millions) | $ 66,797 | $ 54,164 | $ 77,818 | $ 80,190 | $ 109,095</R> |
| <R>Portfolio turnover rate | 13% | 21% | 15% | 24% | 28%</R> |

[A] *<R>Total returns would have been lower had certain expenses not been reduced during the periods shown.</R>*

[B] *<R>Total returns do not include the effect of the former sales charges.</R>*

[C] *<R>Calculated based on average shares outstanding during the period.</R>*

[D] *<R>Expense ratios reflect operating expenses of the fund. Expenses before reductions do not reflect amounts reimbursed by the investment adviser or reductions from brokerage service arrangements or other expense offset arrangements and do not represent the amount paid by the fund during periods when reimbursements or reductions occur. Expenses net of any voluntary waivers reflect expenses after reimbursement by the investment adviser but prior to reductions from brokerage service arrangements or other expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the fund.</R>*

## Fee Table

<R>The following table describes the fees and expenses that are incurred when you buy, hold, or sell shares of the fund. The annual fund operating expenses provided below for the fund are based on historical expenses.</R>

### Shareholder fees (paid by the investor directly)

| | |
|---|---|
| <R>Sales charge (load) on purchases and reinvested distributions[A] | None</R> |
| <R>Deferred sales charge (load) on redemptions | None</R> |

<R>[A] *The fund may impose a 3.00% sales charge on purchases upon 60 days notice to shareholders.*</R>

### Annual operating expenses (paid from fund assets)

| | |
|---|---|
| <R>Management fee | 0.50%</R> |
| <R>Distribution and/or Service (12b-1) fees | None</R> |
| <R>Other expenses | 0.20%</R> |
| <R>Total annual fund operating expenses | 0.70%</R> |

<R></R>

This **example** helps you compare the cost of investing in the fund with the cost of investing in other mutual funds.

Let's say, hypothetically, that the fund's annual return is 5% and that your shareholder fees and the fund's annual operating expenses are exactly as described in the fee table. This example illustrates the effect of fees and expenses, but is not meant to suggest actual or expected fees and expenses or returns, all of which may vary. For every $10,000 you invested, here's how much you would pay in total expenses if you sell all of your shares at the end of each time period indicated:

| | |
|---|---|
| <R>1 year | $ 72</R> |
| <R>3 years | $ 224</R> |
| <R>5 years | $ 390</R> |
| <R>10 years | $ 871</R> |

# EXHIBIT 16

# Fidelity® OTC Portfolio

(fund number 093, trading symbol FOCPX)

## Prospectus

**September 29, 2003**

Like securities of all mutual funds, these securities have not been approved or disapproved by the Securities and Exchange Commission, and the Securities and Exchange Commission has not determined if this prospectus is accurate or complete. Any representation to the contrary is a criminal offense.

Fidelity Investments®

82 Devonshire Street, Boston, MA 02109

# Appendix

## Financial Highlights

The financial highlights table is intended to help you understand the fund's financial history for the past 5 years. Certain information reflects financial results for a single fund share. The total returns in the table represent the rate that an investor would have earned (or lost) on an investment in the fund (assuming reinvestment of all dividends and distributions). This annual information has been audited by Deloitte & Touche LLP, independent accountants, whose report, along with the fund's financial highlights and financial statements, is included in the fund's annual report. A free copy of the annual report is available upon request.

**Selected Per-Share Data and Ratios**

| Years ended July 31, | 2003 | 2002 | 2001 | 2000 | 1999 |
|---|---|---|---|---|---|
| **Selected Per-Share Data** | | | | | |
| Net asset value, beginning of period | $ 23.46 | $ 32.96 | $ 69.82 | $ 51.53 | $ 40.03 |
| Income from Investment Operations | | | | | |
| Net investment income (loss)[C] | (.17) | (.24) | (.18) | (.27) | (.07) |
| Net realized and unrealized gain (loss) | 5.04 | (9.26) | (24.02) | 24.07 | 13.95 |
| Total from investment operations | 4.87 | (9.50) | (24.20) | 23.80 | 13.88 |
| Distributions from net realized gain | — | — | (12.66) | (5.51) | (2.38) |
| Net asset value, end of period | $ 28.33 | $ 23.46 | $ 32.96 | $ 69.82 | $ 51.53 |
| **Total Return**[A,B] | 20.76% | (28.82)% | (42.79)% | 50.05% | 38.54% |
| **Ratios to Average Net Assets**[D] | | | | | |
| Expenses before expense reductions | 1.18% | 1.14% | .97% | .76% | .75% |
| Expenses net of voluntary waivers, if any | 1.18% | 1.14% | .97% | .76% | .75% |
| Expenses net of all reductions | 1.12% | 1.09% | .94% | .75% | .74% |
| Net investment income (loss) | (.71)% | (.81)% | (.40)% | (.43)% | (.16)% |
| **Supplemental Data** | | | | | |
| Net assets, end of period (in millions) | $ 7,041 | $ 5,911 | $ 8,802 | $ 14,548 | $ 7,298 |
| Portfolio turnover rate | 116% | 120% | 219% | 196% | 117% |

A *Total returns would have been lower had certain expenses not been reduced during the periods shown.*

B *Total returns do not include the effect of the former sales charges.*

C *Calculated based on average shares outstanding during the period.*

D *Expense ratios reflect operating expenses of the fund. Expenses before reductions do not reflect amounts reimbursed by the investment adviser or reductions from brokerage service arrangements or other expense offset arrangements and do not represent the amount paid by the fund during periods when reimbursements or reductions occur. Expenses net of any voluntary waivers reflect expenses after reimbursement by the investment adviser but prior to reductions from brokerage service arrangements or other expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the fund.*

# EXHIBIT 17

# Fidelity® Puritan® Fund

(fund number 004, trading symbol FPURX)

## Prospectus

**September 29, 2003**

Like securities of all mutual funds, these securities have not been approved or disapproved by the Securities and Exchange Commission, and the Securities and Exchange Commission has not determined if this prospectus is accurate or complete. Any representation to the contrary is a criminal offense.

82 Devonshire Street, Boston, MA 02109

# Appendix

## Financial Highlights

The financial highlights table is intended to help you understand the fund's financial history for the past 5 years. Certain information reflects financial results for a single fund share. The total returns in the table represent the rate that an investor would have earned (or lost) on an investment in the fund (assuming reinvestment of all dividends and distributions). This information has been audited by PricewaterhouseCoopers LLP, independent accountants, whose report, along with the fund's financial highlights and financial statements, is included in the fund's annual report. A free copy of the annual report is available upon request.

**Selected Per-Share Data and Ratios**

| Years ended July 31, | 2003 | 2002 | 2001 | 2000 | 1999 |
|---|---|---|---|---|---|
| **Selected Per-Share Data** | | | | | |
| Net asset value, beginning of period | $ 15.96 | $ 18.69 | $ 18.92 | $ 20.22 | $ 21.09 |
| Income from Investment Operations | | | | | |
| Net investment income (loss) [B] | .48 | .53 | .61 | .61 | .64 |
| Net realized and unrealized gain (loss) | .99 | (2.35) | .78 | (.36) | .73 |
| Total from investment operations | 1.47 | (1.82) | 1.39 | .25 | 1.37 |
| Distributions from net investment income | (.47) | (.56) | (.61) | (.58) | (.68) |
| Distributions from net realized gain | — | (.35) | (1.01) | (.97) | (1.56) |
| Total distributions | (.47) | (.91) | (1.62) | (1.55) | (2.24) |
| Net asset value, end of period | $ 16.96 | $ 15.96 | $ 18.69 | $ 18.92 | $ 20.22 |
| **Total Return** [A] | 9.45% | (10.06)% | 7.56% | 1.34% | 8.03% |
| **Ratios to Average Net Assets** [C] | | | | | |
| Expenses before expense reductions | .66% | .65% | .64% | .64% | .64% |
| Expenses net of voluntary waivers, if any | .66% | .65% | .64% | .64% | .64% |
| Expenses net of all reductions | .66% | .64% | .63% | .63% | .63% |
| Net investment income (loss) | 3.03% | 3.03% | 3.23% | 3.24% | 3.23% |
| **Supplemental Data** | | | | | |
| Net assets, end of period (in millions) | $ 19,611 | $ 18,210 | $ 20,921 | $ 20,966 | $ 25,740 |
| Portfolio turnover rate | 86% | 79% | 67% | 62% | 80% |

[A] *Total returns would have been lower had certain expenses not been reduced during the periods shown.*

[B] *Calculated based on average shares outstanding during the period.*

[C] *Expense ratios reflect operating expenses of the fund. Expenses before reductions do not reflect amounts reimbursed by the investment adviser or reductions from brokerage service arrangements or other expense offset arrangements and do not represent the amount paid by the fund during periods when reimbursements or reductions occur. Expenses net of any voluntary waivers reflect expenses after reimbursement by the investment adviser but prior to reductions from brokerage service arrangements or other expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the fund.*

# EXHIBIT 18

Fidelity®

# Stock Selector

(fund number 320, trading symbol FDSSX)

## Prospectus

**December 29, 2003**

Like securities of all mutual funds, these securities have not been approved or disapproved by the Securities and Exchange Commission, and the Securities and Exchange Commission has not determined if this prospectus is accurate or complete. Any representation to the contrary is a criminal offense.

82 Devonshire Street, Boston, MA 02109

# Appendix

## Financial Highlights

The financial highlights table is intended to help you understand the fund's financial history for the past 5 years. Certain information reflects financial results for a single fund share. The total returns in the table represent the rate that an investor would have earned (or lost) on an investment in the fund (assuming reinvestment of all dividends and distributions). This information has been audited by Deloitte & Touche LLP, independent accountants, whose report, along with the fund's financial highlights and financial statements, is included in the fund's annual report. A free copy of the annual report is available upon request.

**Selected Per-Share Data and Ratios**

| Years ended October 31, | 2003 | 2002 | 2001 | 2000 | 1999 |
|---|---|---|---|---|---|
| **Selected Per-Share Data** | | | | | |
| Net asset value, beginning of period | $ 16.83 | $ 19.54 | $ 31.80 | $ 32.29 | $ 27.09 |
| Income from Investment Operations | | | | | |
| Net investment income (loss) [B] | .11 | .07 | .14 | .16 | .20 |
| Net realized and unrealized gain (loss) | 3.08 | (2.64) | (7.33) | 3.31 | 7.23 |
| Total from investment operations | 3.19 | (2.57) | (7.19) | 3.47 | 7.43 |
| Distributions from net investment income | (.06) | (.14) | (.13) | (.12) | (.30) |
| Distributions from net realized gain | — | — | (4.94) | (3.84) | (1.93) |
| Total distributions | (.06) | (.14) | (5.07) | (3.96) | (2.23) |
| Net asset value, end of period | $ 19.96 | $ 16.83 | $ 19.54 | $ 31.80 | $ 32.29 |
| **Total Return** [A] | 19.01% | (13.30)% | (26.41)% | 11.54% | 29.15% |
| **Ratios to Average Net Assets** [C] | | | | | |
| Expenses before expense reductions | .86% | .94% | .67% | .61% | .62% |
| Expenses net of voluntary waivers, if any | .86% | .94% | .67% | .61% | .62% |
| Expenses net of all reductions | .82% | .83% | .63% | .56% | .59% |
| Net investment income (loss) | .63% | .39% | .62% | .52% | .67% |
| **Supplemental Data** | | | | | |
| Net assets, end of period (in millions) | $ 790 | $ 744 | $ 1,017 | $ 1,602 | $ 1,654 |
| Portfolio turnover rate | 159% | 255% | 137% | 164% | 106% |

A *Total returns would have been lower had certain expenses not been reduced during the periods shown.*

B *Calculated based on average shares outstanding during the period*

C *Expense ratios reflect operating expenses of the fund. Expenses before reductions do not reflect amounts reimbursed by the investment adviser or reductions from brokerage service arrangements or other expense offset arrangements and do not represent the amount paid by the fund during periods when reimbursements or reductions occur. Expenses net of any voluntary waivers reflect expenses after reimbursement by the investment adviser but prior to reductions from brokerage service arrangements or other expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the fund.*

# EXHIBIT 19

Like securities of all mutual funds, these securities have not been approved or disapproved by the Securities and Exchange Commission, and the Securities and Exchange Commission has not determined if this prospectus is accurate or complete. Any representation to the contrary is a criminal offense.

**Fidelity**

# Targeted International Equity Funds®

| | Fund Number | Trading Symbol |
|---|---|---|
| Fidelity® Canada Fund | 309 | FICDX |
| Fidelity China Region Fund | 352 | FHKCX |
| Fidelity Emerging Markets Fund | 322 | FEMKX |
| Fidelity Europe Fund | 301 | FIEUX |
| Fidelity Europe Capital Appreciation Fund | 341 | FECAX |
| Fidelity Japan Fund | 350 | FJPNX |
| Fidelity Japan Smaller Companies Fund | 360 | FJSCX |
| Fidelity Latin America Fund | 349 | FLATX |
| Fidelity Nordic Fund | 342 | FNORX |
| Fidelity Pacific Basin Fund | 302 | FPBFX |
| Fidelity Southeast Asia Fund | 351 | FSEAX |

## Prospectus

**December 30, 2005**

82 Devonshire Street, Boston, MA 02109

## Appendix – continued

### China Region

| Years ended October 31, | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|
| **Selected Per-Share Data** | | | | | |
| Net asset value, beginning of period | $ 15.88 | $ 15.14 | $ 11.16 | $ 11.27 | $ 14.96 |
| Income from Investment Operations | | | | | |
| Net investment income (loss) [C] | .36 | .25 | .25 | .19 | .14 |
| Net realized and unrealized gain (loss) | 1.75 | .73 | 3.91 | (.15) | (3.29) |
| Total from investment operations | 2.11 | .98 | 4.16 | .04 | (3.15) |
| Distributions from net investment income | (.26) | (.26) | (.19) | (.16) | (.56) |
| Redemption fees added to paid in capital [C] | .01 | .02 | .01 | .01 | .02 |
| Net asset value, end of period | $ 17.74 | $ 15.88 | $ 15.14 | $ 11.16 | $ 11.27 |
| **Total Return** [A, B] | 13.44% | 6.71% | 37.91% | .23% | (21.82)% |
| **Ratios to Average Net Assets** [D] | | | | | |
| Expenses before expense reductions | 1.16% | 1.22% | 1.30% | 1.32% | 1.32% |
| Expenses net of voluntary waivers, if any | 1.16% | 1.22% | 1.30% | 1.32% | 1.32% |
| Expenses net of all reductions | 1.12% | 1.22% | 1.30% | 1.31% | 1.30% |
| Net investment income (loss) | 2.04% | 1.64% | 2.07% | 1.52% | 1.03% |
| **Supplemental Data** | | | | | |
| Net assets, end of period (000 omitted) | $ 396,905 | $ 296,004 | $ 231,654 | $ 110,359 | $ 116,754 |
| Portfolio turnover rate | 44% | 101% | 39% | 53% | 75% |

A *Total returns would have been lower had certain expenses not been reduced during the periods shown.*

B *Total returns do not include the effect of the former sales charges.*

C *Calculated based on average shares outstanding during the period.*

D *Expense ratios reflect operating expenses of the fund. Expenses before reductions do not reflect amounts reimbursed by the investment adviser or reductions from brokerage service arrangements or other expense offset arrangements and do not represent the amount paid by the fund during periods when reimbursements or reductions occur. Expenses net of any voluntary waivers reflect expenses after reimbursement by the investment adviser but prior to reductions from brokerage service arrangements or other expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the fund.*

# EXHIBIT 20

**Fidelity®**

# Low-Priced Stock

## Fund

(fund number 316, trading symbol FLPSX)

### Prospectus

**<R>September 29, 2003(fidelity_logo_graphic) 82 Devonshire Street, Boston, MA 02109</R>**

**Fee Table**

The following table describes the fees and expenses that are incurred when you buy, hold, or sell shares of the fund. The annual fund operating expenses provided below for the fund do not reflect the effect of any reduction of certain expenses during the period.

**Shareholder fees** **(paid by the investor directly)**

| | |
|---|---|
| <R>Sales charge (load) on purchases and reinvested distributions[A] | None</R> |
| Deferred sales charge (load) on redemptions | None |
| Redemption fee on shares held less than 90 days (as a % of amount redeemed)[B] | 1.50% |

<R>A *The fund may impose a 3.00% sales charge on purchases upon 60 days notice to shareholders.</R>*

<R>B *A redemption fee may be charged when you sell your shares or if your shares are redeemed because your fund balance falls below the balance minimum for any reason, including solely due to declines in net asset value per share.</R>*

**<R>Annual operating expenses** **</R>(paid from fund assets)**

| | |
|---|---|
| Management fee | 0.77% |
| Distribution and/or Service (12b-1) fees | None |
| Other expenses | 0.26% |
| Total annual fund operating expenses | 1.03% |

R>A portion of the brokerage commissions that the fund pays may be reimbursed and used to reduce the fund's expenses. In addition, through arrangements with the fund's custodian and transfer agent, credits realized as a result of uninvested cash balances are used to reduce custodian and transfer agent expenses. Including these reductions, the total fund operating expenses would have been 1.01%.</R>

This **example** helps you compare the cost of investing in the fund with the cost of investing in other mutual funds.

Let's say, hypothetically, that the fund's annual return is 5% and that your shareholder fees and the fund's annual operating expenses are exactly as described in the fee table. This example illustrates the effect of fees and expenses, but is not meant to suggest actual or expected fees and expenses or returns, all of which may vary. For every $10,000 you invested, here's how much you would pay in total expenses if you sell all of your shares at the end of each time period indicated:

<R>1 year $ 105</R>
<R>3 years $ 328</R>
<R>5 years $ 569</R>