# EXHIBIT 21

**Fidelity®**

# Low-Priced Stock

## Fund

(fund number 316, trading symbol FLPSX)

**Prospectus**

<R>**September 29, 2004**</R>

**(fidelity_logo_graphic)**

**82 Devonshire Street, Boston, MA 02109**

**Fee Table**

<R>The following table describes the fees and expenses that are incurred when you buy, hold, or sell shares of the fund. The annual fund operating expenses provided below for the fund do not reflect the effect of any reduction of certain expenses during the period.</R>

**Shareholder fees** **(paid by the investor directly)**

| | |
|---|---|
| Sales charge (load) on purchases and reinvested distributions[A] | None |
| Deferred sales charge (load) on redemptions | None |
| Redemption fee on shares held less than 90 days (as a % of amount redeemed)[B] | 1.50% |

[A] *The fund may impose a 3.00% sales charge on purchases upon 60 days notice to shareholders.*

[B] *A redemption fee may be charged when you sell your shares or if your shares are redeemed because your fund balance falls below the balance minimum for any reason, including solely due to declines in net asset value per share.*

**Annual operating expenses** **(paid from fund assets)**

| | |
|---|---|
| <R>Management fee | 0.74%</R> |
| <R>Distribution and/or Service (12b-1) fees | None</R> |
| <R>Other expenses | 0.24%</R> |
| <R>Total annual fund operating expenses | 0.98%</R> |

<R>A portion of the brokerage commissions that the fund pays may be reimbursed and used to reduce the fund's expenses. In addition, through arrangements with the fund's custodian and transfer agent, credits realized as a result of uninvested cash balances are used to reduce custodian and transfer agent expenses. Including these reductions, the total fund operating expenses would have been 0.97%.</R>

This **example** helps you compare the cost of investing in the fund with the cost of investing in other mutual funds.

Let's say, hypothetically, that the fund's annual return is 5% and that your shareholder fees and the fund's annual operating expenses are exactly as described in the fee table. This example illustrates the effect of fees and expenses, but is not meant to suggest actual or expected fees and expenses or returns, all of which may vary. For every $10,000 you invested, here's how much you would pay in total expenses if you sell all of your shares at the end of each time period indicated:

# EXHIBIT 22

# Fidelity Low-Priced Stock Fund

(fund number 316, trading symbol FLPSX)

## Prospectus

**September 29, 2005**

Like securities of all mutual funds, these securities have not been approved or disapproved by the Securities and Exchange Commission, and the Securities and Exchange Commission has not determined if this prospectus is accurate or complete. Any representation to the contrary is a criminal offense.

82 Devonshire Street, Boston, MA 02109

# Appendix

## Financial Highlights

The financial highlights table is intended to help you understand the fund's financial history for the past 5 years. Certain information reflects financial results for a single fund share. The total returns in the table represent the rate that an investor would have earned (or lost) on an investment in the fund (assuming reinvestment of all dividends and distributions). This information has been audited by PricewaterhouseCoopers LLP, independent registered public accounting firm, whose report, along with the fund's financial highlights and financial statements, is included in the fund's annual report. A free copy of the annual report is available upon request.

**Selected Per-Share Data and Ratios**

| Years ended July 31, | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|
| **Selected Per-Share Data** | | | | | |
| Net asset value, beginning of period | $ 36.18 | $ 30.08 | $ 26.70 | $ 27.22 | $ 23.93 |
| Income from Investment Operations | | | | | |
| Net investment income (loss) [C] | .22 | .05 | .01 | .09 [F] | .22 |
| Net realized and unrealized gain (loss) | 8.49 | 6.50 | 3.93 | 1.08 [F] | 6.65 |
| Total from investment operations | 8.71 | 6.55 | 3.94 | 1.17 | 6.87 |
| Distributions from net investment income | (.12) | (.02) | (.03) | (.16) | (.16) |
| Distributions from net realized gain | (2.09) | (.44) | (.54) | (1.54) | (3.43) |
| Total distributions | (2.21) | (.46) | (.57) | (1.70) | (3.59) |
| Redemption fees added to paid in capital [C] | — [E] | .01 | .01 | .01 | .01 |
| Net asset value, end of period | $ 42.68 | $ 36.18 | $ 30.08 | $ 26.70 | $ 27.22 |
| **Total Return** [A, B] | 25.32% | 21.90% | 15.14% | 4.79% | 32.36% |
| **Ratios to Average Net Assets** [D] | | | | | |
| Expenses before expense reductions | .95% | .98% | 1.03% | .99% | 1.02% |
| Expenses net of voluntary waivers, if any | .95% | .98% | 1.03% | .99% | 1.02% |
| Expenses net of all reductions | .94% | .97% | 1.01% | .97% | 1.00% |
| Net investment income (loss) | .57% | .15% | .05% | .34% [F] | .92% |
| **Supplemental Data** | | | | | |
| Net assets, end of period (in millions) | $ 37,565 | $ 30,392 | $ 19,599 | $ 15,664 | $ 10,272 |
| Portfolio turnover rate | 24% | 28% | 23% | 26% | 44% |

A *Total returns would have been lower had certain expenses not been reduced during the periods shown.*

B *Total returns do not include the effect of the former sales charges.*

C *Calculated based on average shares outstanding during the period.*

D *Expense ratios reflect operating expenses of the fund. Expenses before reductions do not reflect amounts reimbursed by the investment adviser or reductions from brokerage service arrangements or other expense offset arrangements and do not represent the amount paid by the fund during periods when reimbursements or reductions occur. Expenses net of any voluntary waivers reflect expenses after reimbursement by the investment adviser but prior to reductions from brokerage service arrangements or other expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the fund.*

E *Amount represents less than $.01 per share.*

F *Effective August 1, 2001, the fund adopted the provisions of the AICPA Audit and Accounting Guide for Investment Companies and began amortizing premium and discount on all debt securities. Per-share data and ratios for periods prior to adoption have not been restated to reflect this change.*

# EXHIBIT 23

Fidelity

# Small Cap Independence

## Fund

(fund number 336, trading symbol FDSCX)

**Prospectus**

**<R>December 29, 2003</R>**

**(fidelity_logo_graphic)**

**82 Devonshire Street, Boston, MA 02109**

**Fee Table**

The following table describes the fees and expenses that are incurred when you buy, hold, or sell shares of the fund. The annual fund operating expenses provided below for the fund do not reflect the effect of any reduction of certain expenses during the period.

**Shareholder fees** (paid by the investor directly)

| | |
|---|---|
| Sales charge (load) on purchases and reinvested distributions | None |
| Deferred sales charge (load) on redemptions | None |
| Redemption fee on shares held less than 90 days (as a % of amount redeemed)[A] | 1.50% |

<R>A *A redemption fee may be charged when you sell your shares or if your shares are redeemed because your fund balance falls below the balance minimum for any reason, including solely due to declines in net asset value per share.* </R>

**Annual operating expenses** (paid from fund assets)

| | |
|---|---|
| <R>Management fee | 0.68%</R> |
| Distribution and/or Service (12b-1) fees | None |
| <R>Other expenses | 0.38%</R> |
| <R>Total annual fund operating expenses | 1.06%</R> |

<R>A portion of the brokerage commissions that the fund pays may be reimbursed and used to reduce the fund's expenses. In addition, through arrangements with the fund's custodian and transfer agent credits realized as a result of uninvested cash balances are used to reduce custodian and transfer agent expenses. Including these reductions, the total fund operating expenses would have been 0.93%.</R>

This **example** helps you compare the cost of investing in the fund with the cost of investing in other mutual funds.

Let's say, hypothetically, that the fund's annual return is 5% and that your shareholder fees and the fund's annual operating expenses are exactly as described in the fee table. This example illustrates the effect of fees and expenses, but is not meant to suggest actual or expected fees and expenses or returns, all of which may vary. For every $10,000 you invested, here's how much you would pay in total expenses if you sell all of your shares at the end of each time period indicated:

| | |
|---|---|
| <R>1 year | $ 108</R> |
| <R>3 years | $ 337</R> |
| <R>5 years | $ 585</R> |
| <R>10 years | $ 1,294</R> |

# EXHIBIT 24

**Fidelity®**

# Small Cap Independence

## Fund

(fund number 336, trading symbol FDSCX)

**Prospectus**

**December 30, 2004**

**(fidelity_logo_graphic)**

**82 Devonshire Street, Boston, MA 02109**

**Fee Table**

The following table describes the fees and expenses that are incurred when you buy, hold, or sell shares of the fund. The annual fund operating expenses provided below for the fund do not reflect the effect of any reduction of certain expenses during the period.

**Shareholder fees** **(paid by the investor directly)**

| | |
|---|---|
| Sales charge (load) on purchases and reinvested distributions | None |
| Deferred sales charge (load) on redemptions | None |
| Redemption fee on shares held less than 90 days (as a % of amount redeemed)[A] | 1.50% |

[A] *A redemption fee may be charged when you sell your shares or if your shares are redeemed because your fund balance falls below the balance minimum for any reason, including solely due to declines in net asset value per share.*

**Annual operating expenses** **(paid from fund assets)**

| | |
|---|---|
| <R>Management fee </R> | <R>0.62%</R> |
| <R>Distribution and/or Service (12b-1) fees</R> | <R>None</R> |
| <R>Other expenses </R> | <R>0.33%</R> |
| <R>Total annual fund operating expenses </R> | <R>0.95%</R> |

A portion of the brokerage commissions that the fund pays may be reimbursed and used to reduce the fund's expenses. In addition, through arrangements with the fund's transfer agent, credits realized as a result of uninvested cash balances are used to reduce transfer agent expenses. Including these reductions, the total fund operating expenses would have been 0.91%.

# EXHIBIT 25

**Fidelity®**

# Small Cap Independence Fund

(fund number 336, trading symbol FDSCX)

## Prospectus

**December 30, 2005**

Like securities of all mutual funds, these securities have not been approved or disapproved by the Securities and Exchange Commission, and the Securities and Exchange Commission has not determined if this prospectus is accurate or complete. Any representation to the contrary is a criminal offense.

82 Devonshire Street, Boston, MA 02109

# Appendix

## Financial Highlights

The financial highlights table is intended to help you understand the fund's financial history for the past 5 years. Certain information reflects financial results for a single fund share. The total returns in the table represent the rate that an investor would have earned (or lost) on an investment in the fund (assuming reinvestment of all dividends and distributions). This information has been audited by Deloitte & Touche LLP, independent registered public accounting firm, whose report, along with the fund's financial highlights and financial statements, is included in the fund's annual report. A free copy of the annual report is available upon request.

**Selected Per-Share Data and Ratios**

| Years ended October 31, | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|
| **Selected Per-Share Data** | | | | | |
| Net asset value, beginning of period | $ 18.30 | $ 16.87 | $ 13.56 | $ 15.40 | $ 16.87 |
| Income from Investment Operations | | | | | |
| Net investment income (loss) [B] | .10 [C] | (.09) | (.08) | (.08) | .10 [D] |
| Net realized and unrealized gain (loss) | 3.31 | 1.52 | 3.38 | (1.33) | (.81) |
| Total from investment operations | 3.41 | 1.43 | 3.30 | (1.41) | (.71) |
| Distributions from net investment income | — | — | — | — | (.03) |
| Distributions from net realized gain | (.89) | — | — | (.44) | (.74) |
| Total distributions | (.89) | — | — | (.44) | (.77) |
| Redemption fees added to paid in capital [B] | — [F] | — [F] | .01 | .01 | .01 |
| Net asset value, end of period | $ 20.82 | $ 18.30 | $ 16.87 | $ 13.56 | $ 15.40 |
| **Total Return** [A] | 19.05% | 8.48% | 24.41% | (9.58)% | (4.29)% |
| **Ratios to Average Net Assets** [E] | | | | | |
| Expenses before expense reductions | .78% | .95% | 1.06% | 1.12% | .86% |
| Expenses net of voluntary waivers, if any | .78% | .95% | 1.06% | 1.12% | .86% |
| Expenses net of all reductions | .75% | .91% | .93% | .91% | .74% |
| Net investment income (loss) | .49% [C] | (.49)% | (.59)% | (.52)% | .66% |
| **Supplemental Data** | | | | | |
| Net assets, end of period (in millions) | $ 1,609 | $ 945 | $ 933 | $ 892 | $ 773 |
| Portfolio turnover rate | 61% | 95% | 220% | 290% | 450% |

[A] *Total returns would have been lower had certain expenses not been reduced during the periods shown.*
[B] *Calculated based on average shares outstanding during the period.*
[C] *Investment income per share reflects special dividends which amounted to $.12 per share. Excluding these special dividends, the ratio of net investment income to average net assets would have been (.10)%.*
[D] *Investment income per share reflects a special dividend which amounted to $.05.*
[E] *Expense ratios reflect operating expenses of the fund. Expenses before reductions do not reflect amounts reimbursed by the investment adviser or reductions from brokerage service arrangements or other expense offset arrangements and do not represent the amount paid by the fund during periods when reimbursements or reductions occur. Expenses net of any voluntary waivers reflect expenses after reimbursement by the investment adviser but prior to reductions from brokerage service arrangements or other expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the fund.*
[F] *Amount represents less than $.01 per share.*

# EXHIBIT 26

# FORM ADV

OMB: 3235-0049

## UNIFORM APPLICATION FOR INVESTMENT ADVISER REGISTRATION

| Primary Business Name: FIDELITY MANAGEMENT & RESEARCH COMPANY | IARD/CRD Number: 108281 |
|---|---|
| | Rev. 02/2005 |

### Registration Status

| SEC/Jurisdiction | Registration Status | Status Effective Date |
|---|---|---|
| SEC | Approved | 11/29/1971 |

### Notice Filings

Investment adviser firms registered with the SEC may be required to provide to state securities authorities a copy of their Form ADV and any accompanying amendments filed with the SEC. These filings are called *"notice filings"*. Below are the states with which the firm you selected makes its notice filings. Also listed is the date the firm first became notice filed or registered in each state.

| SEC/Jurisdiction | Effective Date |
|---|---|
| New Hampshire | 04/19/1999 |

# EXHIBIT 27

# FORM ADV

OMB: 3235-0049

## UNIFORM APPLICATION FOR INVESTMENT ADVISER REGISTRATION

| Primary Business Name: FMR CO., INC. | IARD/CRD Number: 108617 |
|---|---|
| | Rev. 02/2005 |

### Registration Status

| SEC/Jurisdiction | Registration Status | Status Effective Date |
|---|---|---|
| SEC | Approved | 04/29/1964 |

### Notice Filings

Investment adviser firms registered with the SEC may be required to provide to state securities authorities a copy of their Form ADV and any accompanying amendments filed with the SEC. These filings are called *"notice filings"*. Below are the states with which the firm you selected makes its notice filings. Also listed is the date the firm first became notice filed or registered in each state.

| Not Currently Notice Filed. |
|---|