## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,  )<br><br>Plaintiff,  )<br><br>vs.  )<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,  )<br><br>Defendants.  ) | Civil Action No. 04cv11600 (MBB)<br><br>**Consolidated Case Nos.:**<br><br>04cv11642<br>04cv11709<br>04cv11735<br>04cv11812 |

### JOINT MOTION FOR CONTINUANCE OF HEARING

The parties in the above-entitled case hereby jointly move this Court to continue the hearing just scheduled for Wednesday, March 29, 2006, because of conflicts in counsels' schedules. Counsel have conferred regarding available dates and request that the hearing be re-scheduled for May 18, June 7, or June 8, 2006.

Dated: March 21, 2006                     Respectfully submitted,

By:   /s/ James S. Dittmar                     By:   /s/ Nancy Freeman Gans
   James S. Dittmar (BBO#126320)                Nancy Freeman Gans (BBO #184540)
   Roberto M. Braceras (BBO#566816)          **MOULTON & GANS, P.C.**
   Stuart M. Glass (BBO#641466)                  Nancy Freeman Gans (BBO #184540)
**GOODWIN PROCTER LLP**                        55 Cleveland Road
Exchange Place                                         Wellesley, Massachusetts 02481
53 State Street                                           (781) 235-2246
Boston, Massachusetts 02109
(617) 570-1000                                          *Liaison Counsel for Plaintiffs*

James N. Benedict
Sean M. Murphy
**MILBANK, TWEED, HADLEY & MCCLOY, LLP**
One Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000

*Counsel for the Defendants Fidelity Management and Research Corporation, Edward C. Johnson 3d, Abigail P. Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds and Robert C. Pozen*

By: /s/ Sandra sue McQuay
    Sandra Sue McQuay (BBO #340120)
    A. Lauren Carpenter(BBO#551258)
*SULLIVAN, WEINSTEIN & MCQUAY*
2 Park Plaza
Boston, Massachusetts 02116
(617) 348-4355
John S. Kiernan
Suzanne M. Grosso
Nicholas F. Joseph
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Counsel for the Independent Trustee Defendants (J. Michael Cook, Ralph F. Cox, Robert M. Gates, George H. Heilmeier, Donald J. Kirdk, Marie L. Knowles, Ned c. Lautenbach, Marvin L. Mann, William O. McCoy, Gerald c. McDonough, and William S. Stavropoulos*

By:  /s/ Frances S. Cohen
    Frances S. Cohen (BBO #542811)
**DECHERT LLP**
200 Clarendon Stret
Boston, MA 02110
(617) 728-7100
frances.cohen@dechert.com

**MILBERG WEISS BERSHAD & SCHULMAN LLP**
Jerome M. Congress
Janine L. Pollack
Kim E. Miller
Michael R. Reese
One Pennsylvania Plaza
New York, New York  10119-0165
(212) 594-5300

**STULL, STULL & BRODY**
Jules Brody
Mark Levine
6 East 45th Street
New York, New York 10017
(212) 687-7230

**SCOTT + SCOTT, LLC**
Arthur L. Shingler, III
Wells Fargo Building
401 B Street, Suite 307
San Diego, CA 92101
(619) 233-4565

*Tri- Lead Counsel for Plaintiffs*

- 3 -

Steven B. Feirson
Michael S. Doluisio
**DECHERT LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000
steven.feirson@dechert.com
Michael.doluisio@dechert.com

*Counsel for the Nominal Defendants*
*Fidelity funds*

## CERTIFICATE OF SERVICE

    I, Janine L. Pollack, hereby certify that a true copy of the above document was served upon the attorney of record for each party.

                                      /s/ Janine L. Pollack
                                      Janine Pollack