UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>Defendants. | Civil Action No. 04cv11600 (NG) (MBB)<br><br>**Consolidated Case Nos.:**<br><br>04cv11642<br>04cv11709<br>04cv11735<br>04cv11812 |

**STIPULATION OF PARTIAL DISMISSAL OF COUNT III AND DISMISSAL IN THEIR ENTIRETY OF COUNTS V, VI, VII AND VIII OF THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Plaintiffs and defendants stipulate to the dismissal of the following claims with prejudice and with each party to bear its own costs and attorneys' fees:

(i) **Count III** (dismissal in part) – under § 36(b) of the Investment Company Act of 1940 only to the extent that it is asserted against the Trustee Defendants[1];

(ii) **Count V** (dismissal in its entirety) – against Fidelity Management & Research Company ("FMR") and FMR Co., Inc. ("FMRC") under § 215 of the Investment Advisers Act of 1940 for violations of § 206 of the Advisers Act;

(iii) **Count VI** (dismissal in its entirety) – against FMR and FMRC for breach of fiduciary duty;

---

[1] The Trustee Defendants are Edward C. Johnson 3d (referred to in the Consolidated Amended Class Action Complaint as "Ned Johnson"), Abigail Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds, Robert C. Pozen, J. Michael Cook, Ralph F. Cox, Robert M. Gates, Donald J. Kirk, Marie L. Knowles, Ned C. Lautenbach, Marvin L. Mann, William O. McCoy, William S. Stavropoulos, George H. Heilmeier, and Gerald C. McDonough.  On October 20, 2005, plaintiffs dismissed their claims against defendant J. Gary Burkhead.

    (iv)    **Count VII** (dismissal in its entirety) – against the Trustee Defendants for breach of fiduciary duty; and

    (v)    **Count VIII** (dismissal in its entirety) – against all defendants for unjust enrichment.

| | |
|---|---|
| **MOULTON & GANS P.C.** | **GOODWIN PROCTER LLP** |
| /s/ Nancy Freeman Gans<br>Nancy Freeman Gans (BBO# 184540)<br>55 Cleveland Road<br>Wellesley, MA 02481<br>(781) 235-2246<br><br>*Liaison Counsel for Plaintiffs* | /s/ James S. Dittmar<br>James S. Dittmar (BBO# 126320)<br>Stuart M. Glass (BBO# 641466)<br>Exchange Place<br>53 State Street<br>Boston, Massachusetts 02109<br>Tel: (617) 570-1000 |
| **MILBERG WEISS BERSHAD & SCHULMAN LLP**<br>Jerome M. Congress<br>Janine L. Pollack<br>Kim E. Miller<br>Michael R. Reese<br>One Pennsylvania Plaza<br>New York, NY 10119-0165<br>(212) 594-5300 | **MILBANK, TWEED, HADLEY & MCCLOY LLP**<br>James N. Benedict<br>Sean M. Murphy<br>C. Neil Gray<br>Robert R. Miller<br>One Chase Manhattan Plaza<br>New York, New York 10005<br>Tel: (212) 530-5000 |
| **STULL, STULL & BRODY**<br>Jules Brody<br>Mark Levine<br>6 East 45th Street<br>New York, NY 10017<br>(212) 687-7230 | *Attorneys for Defendants Fidelity Management & Research Company, FMR Co., Inc., FMR Corp., Fidelity Distributors Corporation, Edward C. Johnson 3d, Abigail P. Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds and Robert C. Pozen* |
| **SCOTT + SCOTT, LLC**<br>Arthur L. Shingler, III<br>Wells Fargo Building<br>401 B Street, Suite 307<br>San Diego, CA 92101<br>(619) 233-4565<br>*Tri-Lead Counsel for Plaintiffs* | **SULLIVAN, WEINSTEIN & MCQUAY**<br><br>/s/ Sandra Sue McQuay<br>Sandra Sue McQuay (BBO# 340120)<br>A. Lauren Carpenter (BBO# 551258)<br>2 Park Plaza<br>Boston, Massachusetts 02116<br>Tel: (617) 3484355 |

        **DEBEVOISE & PLIMPTON LLP**
           Woodrow W. Campbell, Jr.
           John S. Kiernan
875 Third Avenue
New York, NY  10022
Tel: (212) 909-6000

*Attorneys for Independent Trustee Dependants (J. Michael Cook, Ralph F. Cox, Robert M. Gates, George H. Heilmeier, Donald J. Kirk, Marie L. Knowles, Ned C. Lautenbach, Marvin L. Mann, William O. McCoy, Gerald C. McDonough and William S. Stavropoulos)*

**DECHERT LLP**

          /s/ Frances S. Cohen
          Frances S. Cohen (BBO# 542811)
200 Clarendon Street
Boston, Massachusetts 02110
Tel: (617) 728-7173

**DECHERT LLP**
          Steven B. Feirson
          Michael S. Doluisio
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
Tel: (212) 994-4000

*Attorneys for Nominal Defendants Fidelity Funds*

Dated: May 9, 2006