UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 04cv11600 (MBB)<br><br>**Consolidated Case Nos.:**<br><br>04cv11642<br>04cv11709<br>04cv11735<br>04cv11812 |

## LEAD PLAINTIFFS' ASSENTED-TO MOTION TO ADMIT PRO HAC VICE

　　Now comes Nancy Freeman Gans, a member in good standing of the bar of this Court, and moves the admission in the above-entitled cause of action of Jerome M. Congress, Esquire and Janine L. Pollack, Esquire of Milberg Weiss Bershad & Schulman LLP, of New York, New York, and of Mark Levine, Esquire, of Stull, Stull & Brody of New York, New York for Lead Plaintiffs.  Attorneys Congress, Pollack, and Levine each certify (see Certificates filed with this motion) that (1) s/he is a member of the bar in good standing in all jurisdictions where s/he has been admitted to practice; (2) there are no disciplinary proceedings pending against her/him as a member of the bar in any jurisdiction; and (3) s/he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

　　A firm check for $150.00 is being mailed this day to the Court for the required filing fee.

I have filed an appearance in the above-entitled action.

Defendants assent to this motion.

Dated: May 15, 2006　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Nancy Freeman Gans
　　　　　　　　　　　　　　　　　　　Nancy Freeman Gans, BBO #184540
　　　　　　　　　　　　　　　　　　　**MOULTON & GANS, P.C.**
　　　　　　　　　　　　　　　　　　　55 Cleveland Road
　　　　　　　　　　　　　　　　　　　Wellesley, MA
　　　　　　　　　　　　　　　　　　　(781) 235-2246

## LOCAL RULE 7.1 CERTIFICATE

I, Nancy Freeman Gans, hereby certify that on May 15, 2006, I conferred by electronic mail with James S. Dittmar, Esq., Goodwin Proctor LLP, counsel for the Fidelity Defendants, John S. Kiernan, Esq. Debevoise & Plimpton, LLP, counsel for the Independent Trustee Defendants, and Frances S. Cohen, Dechert, LLP counsel for the Fidelity Fund Defendants, who all assented to this motion.

　　　　　　　　　　　　　　　　　　　/s/ Nancy Freeman Gans
　　　　　　　　　　　　　　　　　　　Nancy Freeman Gans

## CERTIFICATE OF SERVICE

I, Janine L. Pollack, hereby certify that a true copy of the above document was served upon the attorney of record for each party.

　　　　　　　　　　　　　　　　　　　/s/ Janine L. Pollack
　　　　　　　　　　　　　　　　　　　Janine L. Pollack