UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., <br><br> Defendants. | Civil Action No. 04cv11600 (MBB) <br><br> **Consolidated Case Nos.:** <br><br> 04cv11642 <br> 04cv11709 <br> 04cv11735 <br> 04cv11812 |

### CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Jerome M. Congress, hereby certify that:

1. I am a member in good standing of the bars of the State of New York; the United States District Court for the Southern and Eastern Districts of New York; and the United States Court of Appeal for the First, Second, Third, Sixth, Seventh, Eighth and D.C. Circuits.

2. There are no disciplinary proceedings pending against me as a member of the foregoing bars; and

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: May 15, 2006        **MILBERG WEISS BERSHAD & SCHULMAN LLP**

　　　　　　　　　　　　　　　　　　　　　 /s/ Jerome M. Congress_____
　　　　　　　　　　　　　　　　　　　　　Jerome M. Congress
　　　　　　　　　　　　　　　　　　　　　One Pennsylvania Plaza

New York, NY 10119-0165
(212) 594-5300