**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) | Civil Action No. 04cv11600 (NG) (MBB) |
| Plaintiff, | ) ) | |
| | ) | **Consolidated Case Nos.:** |
| vs. | ) ) | 04cv11642 |
| FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., | ) ) ) | 04cv11709 04cv11735 04cv11812 |
| Defendants. | ) ) | |

**CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO
LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of

Massachusetts, I, Janine L. Pollack,  hereby certify that:

1.      I am a member in good standing of the bars of the State of New York; State of

New Jersey; United States District Court of New Jersey; and the United States District Court for

the Southern and Eastern Districts of New York;

2.      There are no disciplinary proceedings pending against me as a member of the

foregoing bars; and

3.      I have read and am familiar with the Local Rules of the United States District

Court for the District of Massachusetts.

Dated:  May 15, 2006                    **MILBERG WEISS BERSHAD &
SCHULMAN LLP**


 /s/ Janine L. Pollack_____
Janine L. Pollack
One Pennsylvania Plaza

New York, NY 10119-0165
(212) 594-5300