**GOODWIN | PROCTER**

James S. Dittmar
617.570.1944
jdittmar@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

July 5, 2006

VIA ELECTRONIC MAIL

Honorable Nancy Gertner
United States District Judge
United States District Court
  for the District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA  02210

Re:    *Gilliam v. Fidelity Management & Research Co., et al.*, Civ. A. No. 04-cv-11600 (NG)

Dear Judge Gertner:

    We are counsel to the "Fidelity defendants" in the above captioned consolidated case.

    I have received a copy of a June 23, 2006 letter to you from Jerome M. Congress of Milberg Weiss Bershad & Schulman LLP ("Milberg Weiss"). Because Mr. Congress' letter seeks no action by the court, the Fidelity defendants reserve all rights with respect to the subject matter of the letter.

                                        Respectfully yours,

                                        James S. Dittmar

JSD:jtd

CC:    Honorable Marianne B. Bowler
       Counsel of Record

LIBA/1711921.1