UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GILLIAM, individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., <br><br> Defendants. | Civil Action No. 04cv11600 (NG) <br><br> Consolidated Case Nos: <br><br> 04cv11642 <br> 04cv11709 <br> 04cv11735 <br> 04cv1812 |

**NOTICE OF APPEARANCE**

Please enter my appearance for the nominal defendants The Fidelity Funds listed on Exhibit A attached hereto.

Dated: October 31, 2006

/s/ Michael S. Shin
Michael S. Shin (BBO #658134)
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7133
michael.shin@dechert.com
*Attorney for the Nominal Defendants*
*The Fidelity Funds*

## CERTIFICATE OF SERVICE

I, Michael S. Shin, hereby certify that a true copy of the above was served upon the attorney of record for each other party by mail on this 31st day of October, 2006.

/s/ Michael S. Shin
Michael S. Shin

12554156.1.LITIGATION

# EXHIBIT A

Case 1:04-cv-11600-NG    Document 135    Filed 10/31/2006    Page 3 of 8

## THE FIDELITY FUNDS

FIDELITY ADVISOR AGGRESSIVE GROWTH FUND
FIDELITY ADVISOR ASSET ALLOCATION FUND
FIDELITY ADVISOR BALANCED FUND
FIDELITY ADVISOR BIOTECHNOLOGY FUND
FIDELITY ADVISOR CALIFORNIA MUNICIPAL INCOME FUND
FIDELITY ADVISOR CONSUMER INDUSTRIES FUND
FIDELITY ADVISOR CYCLICAL INDUSTRIES FUND
FIDELITY ADVISOR DEVELOPING COMMUNICATIONS FUND
FIDELITY ADVISOR DIVERSIFIED INTERNATIONAL FUND
FIDELITY ADVISOR DIVIDEND GROWTH FUND
FIDELITY ADVISOR DYNAMIC CAPITAL APPRECIATION FUND
FIDELITY ADVISOR ELECTRONICS FUND
FIDELITY ADVISOR EMERGING ASIA FUND
FIDELITY ADVISOR EMERGING MARKETS FUND
FIDELITY ADVISOR EMERGING MARKETS INCOME FUND
FIDELITY ADVISOR EQUITY GROWTH FUND
FIDELITY ADVISOR EQUITY INCOME FUND
FIDELITY ADVISOR EQUITY VALUE FUND
FIDELITY ADVISOR EUROPE CAPITAL APPRECIATION FUND
FIDELITY ADVISOR FIFTY FUND
FIDELITY ADVISOR FINANCIAL SERVICES FUND
FIDELITY ADVISOR FLOATING RATE HIGH INCOME FUND
FIDELITY ADVISOR FREEDOM 2000 FUND
FIDELITY ADVISOR FREEDOM 2005 FUND
FIDELITY ADVISOR FREEDOM 2010 FUND
FIDELITY ADVISOR FREEDOM 2015 FUND
FIDELITY ADVISOR FREEDOM 2020 FUND
FIDELITY ADVISOR FREEDOM 2025 FUND
FIDELITY ADVISOR FREEDOM 2030 FUND
FIDELITY ADVISOR FREEDOM 2035 FUND
FIDELITY ADVISOR FREEDOM 2040 FUND
FIDELITY ADVISOR FREEDOM INCOME FUND
FIDELITY ADVISOR GLOBAL EQUITY FUND
FIDELITY ADVISOR GOVERNMENT INVESTMENT FUND
FIDELITY ADVISOR GROWTH & INCOME FUND
FIDELITY ADVISOR GROWTH & INCOME FUND II
FIDELITY ADVISOR GROWTH OPPORTUNITIES FUND
FIDELITY ADVISOR HEALTH CARE FUND
FIDELITY ADVISOR HIGH INCOME ADVANTAGE FUND
FIDELITY ADVISOR HIGH INCOME FUND

FIDELITY ADVISOR INFLATION-PROTECTED BOND FUND
FIDELITY ADVISOR INTERMEDIATE BOND FUND
FIDELITY ADVISOR INTERNATIONAL CAPITAL APPRECIATION FUND
FIDELITY ADVISOR INTERNATIONAL SMALL CAP FUND
FIDELITY ADVISOR INVESTMENT GRADE BOND FUND
FIDELITY ADVISOR JAPAN FUND
FIDELITY ADVISOR KOREA FUND
FIDELITY ADVISOR LARGE CAP FUND
FIDELITY ADVISOR LATIN AMERICA FUND
FIDELITY ADVISOR LEVERAGED COMPANY STOCK FUND
FIDELITY ADVISOR MID CAP FUND
FIDELITY ADVISOR MORTGAGE SECURITIES FUND
FIDELITY ADVISOR MUNICIPAL INCOME FUND
FIDELITY ADVISOR NATURAL RESOURCES FUND
FIDELITY ADVISOR NEW INSIGHTS FUND
FIDELITY ADVISOR NEW YORK MUNICIPAL INCOME FUND
FIDELITY ADVISOR OVERSEAS FUND
FIDELITY ADVISOR REAL ESTATE FUND
FIDELITY ADVISOR SHORT FIXED-INCOME FUND
FIDELITY ADVISOR SHORT-INTERMEDIATE MUNICIPAL INCOME FUND
FIDELITY ADVISOR SMALL CAP FUND
FIDELITY ADVISOR STRATEGIC DIVIDEND & INCOME FUND
FIDELITY ADVISOR STRATEGIC GROWTH FUND
FIDELITY ADVISOR STRATEGIC INCOME FUND
FIDELITY ADVISOR TAX MANAGED STOCK FUND
FIDELITY ADVISOR TECHNOLOGY FUND
FIDELITY ADVISOR TELECOMMUNICATIONS & UTILITIES GROWTH FUND
FIDELITY ADVISOR VALUE FUND
FIDELITY ADVISOR VALUE LEADERS FUND
FIDELITY ADVISOR VALUE STRATEGIES FUND
FIDELITY AGGRESSIVE INTERNATIONAL FUND
FIDELITY AIR TRANSPORTATION PORTFOLIO
FIDELITY ARIZONA MUNICIPAL MONEY MARKET FUND
FIDELITY ASSET MANAGER
FIDELITY ASSET MANAGER: AGGRESSIVE
FIDELITY ASSET MANAGER: GROWTH
FIDELITY ASSET MANAGER: INCOME
FIDELITY AUTOMOTIVE PORTFOLIO
FIDELITY BANKING PORTFOLIO
FIDELITY BLUE CHIP GROWTH FUND
FIDELITY BLUE CHIP VALUE FUND
FIDELITY BROKERAGE/INVESTMENT MANAGEMENT MARKET FUND
FIDELITY CANADA FUND
FIDELITY CAPITAL & INCOME FUND
FIDELITY CAPITAL APPRECIATION FUND
FIDELITY CASH RESERVES

FIDELITY CHEMICALS PORTFOLIO
FIDELITY CHINA REGION FUND
FIDELITY COMPUTERS PORTFOLIO
FIDELITY CONNECTICUT MUNICIPAL MONEY MARKET FUND
FIDELITY CONSTRUCTION & HOUSING PORTFOLIO
FIDELITY CONTRAFUND
FIDELITY CONVERTIBLE SECURITIES FUND
FIDELITY DEFENSE & AEROSPACE PORTFOLIO
FIDELITY DISCIPLINED EQUITY FUND
FIDELITY DISCOVERY FUND
FIDELITY ENERGY PORTFOLIO
FIDELITY ENERGY SERVICE PORTFOLIO
FIDELITY ENVIRONMENTAL PORTFOLIO
FIDELITY EQUITY-INCOME FUND
FIDELITY EQUITY-INCOME FUND II
FIDELITY EUROPE FUND
FIDELITY EXPORT AND MULTINATIONAL FUND
FIDELITY FLORIDA MUNICIPAL MONEY MARKET FUND
FIDELITY FOCUSED STOCK FUND
FIDELITY FOOD & AGRICULTURE PORTFOLIO
FIDELITY FOUR-IN-ONE INDEX FUND
FIDELITY FUND
FIDELITY GINNIE MAE FUND
FIDELITY GLOBAL BALANCED FUND
FIDELITY GOLD PORTFOLIO
FIDELITY GOVERNMENT INCOME FUND
FIDELITY GROWTH COMPANY FUND
FIDELITY HOME FINANCE PORTFOLIO
FIDELITY INDEPENDENCE FUND
FIDELITY INDUSTRIAL EQUIPMENT PORTFOLIO
FIDELITY INDUSTRIAL MATERIALS PORTFOLIO
FIDELITY INSURANCE PORTFOLIO
FIDELITY INTERMEDIATE GOVERNMENT INCOME FUND
FIDELITY INTERNATIONAL GROWTH & INCOME FUND
FIDELITY JAPAN SMALLER COMPANIES FUND
FIDELITY LARGE CAP STOCK FUND
FIDELITY LEISURE PORTFOLIO
FIDELITY LOW-PRICED STOCK FUND
FIDELITY MAGELLAN FUND
FIDELITY MASSACHUSETTS MUNICIPAL MONEY MARKET FUND
FIDELITY MEDICAL DELIVERY PORTFOLIO
FIDELITY MEDICAL EQUIPMENT/SYSTEMS PORTFOLIO
FIDELITY MICHIGAN MUNICIPAL MONEY MARKET FUND
FIDELITY MID-CAP STOCK FUND
FIDELITY MONEY MARKET TRUST: RETIREMENT GOVERNMENT MONEY
    MARKET PORTFOLIO

FIDELITY MONEY MARKET TRUST: RETIREMENT MONEY MARKET PORTFOLIO
FIDELITY MULTIMEDIA PORTFOLIO
FIDELITY MUNICIPAL MONEY MARKET FUND
FIDELITY NASDAQ COMPOSITE INDEX FUND
FIDELITY NATURAL GAS PORTFOLIO
FIDELITY NETWORKING & INFRASTRUCTURE PORTFOLIO
FIDELITY NEW JERSEY MUNICIPAL MONEY MARKET FUND
FIDELITY NEW MARKETS INCOME FUND
FIDELITY NEW MILLENNIUM FUND
FIDELITY NEW YORK MUNICIPAL MONEY MARKET FUND
FIDELITY NORDIC FUND
FIDELITY OHIO MUNICIPAL MONEY MARKET FUND
FIDELITY OTC PORTFOLIO
FIDELITY PACIFIC BASIN FUND
FIDELITY PAPER & FOREST PRODUCTS PORTFOLIO
FIDELITY PENNSYLVANIA MUNICIPAL MONEY MARKET FUND
FIDELITY PHARMACEUTICALS PORTFOLIO
FIDELITY PURITAN FUND
FIDELITY REAL ESTATE INCOME FUND
FIDELITY RETAILING PORTFOLIO
FIDELITY SELECT MONEY MARKET PORTFOLIO
FIDELITY SHORT-TERM BOND FUND
FIDELITY SMALL CAP INDEPENDENCE FUND
FIDELITY SMALL CAP RETIREMENT FUND
FIDELITY SMALL CAP STOCK FUND
FIDELITY SOFTWARE/COMPUTER SERVICES PORTFOLIO
FIDELITY SOUTHEAST ASIA FUND
FIDELITY SPARTAN GOVERNMENT INCOME FUND
FIDELITY STOCK SELECTOR FUND
FIDELITY STRUCTURED LARGE CAP GROWTH FUND
FIDELITY STRUCTURED LARGE CAP VALUE FUND
FIDELITY STRUCTURED MID CAP GROWTH FUND
FIDELITY STRUCTURED MID CAP VALUE FUND
FIDELITY TAX-FREE MONEY MARKET FUND
FIDELITY TOTAL BOND FUND
FIDELITY TRANSPORTATION PORTFOLIO
FIDELITY TREND FUND
FIDELITY U.S. BOND INDEX FUND
FIDELITY U.S. GOVERNMENT RESERVES
FIDELITY ULTRA-SHORT BOND FUND
FIDELITY UTILITIES FUND
FIDELITY UTILITIES GROWTH PORTFOLIO
FIDELITY VALUE DISCOVERY FUND
FIDELITY WIRELESS PORTFOLIO
FIDELITY WORLDWIDE FUND

SPARTAN 500 INDEX FUND
SPARTAN ARIZONA MUNICIPAL INCOME FUND
SPARTAN CA MUNICIPAL MONEY MARKET FUND
SPARTAN CALIFORNIA MUNICIPAL INCOME FUND
SPARTAN CONNECTICUT MUNICIPAL INCOME FUND
SPARTAN EXTENDED MARKET INDEX FUND
SPARTAN FLORIDA MUNICIPAL INCOME FUND
SPARTAN INTERMEDIATE MUNICIPAL INCOME FUND
SPARTAN INTERNATIONAL INDEX FUND
SPARTAN INVESTMENT GRADE BOND FUND
SPARTAN MA MUNICIPAL MONEY MARKET FUND
SPARTAN MARYLAND MUNICIPAL INCOME FUND
SPARTAN MASSACHUSETTS MUNICIPAL INCOME FUND
SPARTAN MICHIGAN MUNICIPAL INCOME FUND
SPARTAN MINNESOTA MUNICIPAL INCOME FUND
SPARTAN MONEY MARKET FUND
SPARTAN MUNICIPAL INCOME FUND
SPARTAN MUNICIPAL MONEY FUND
SPARTAN NEW JERSEY MUNICIPAL INCOME FUND
SPARTAN NEW YORK MUNICIPAL INCOME FUND
SPARTAN NJ MUNICIPAL MONEY MARKET FUND
SPARTAN NY MUNICIPAL MONEY MARKET FUND
SPARTAN OHIO MUNICIPAL INCOME FUND
SPARTAN PENNSYLVANIA MUNICIPAL INCOME FUND
SPARTAN SHORT-INTERMEDIATE MUNICIPAL FUND
SPARTAN TAX-FREE BOND FUND
SPARTAN TOTAL MARKET INDEX FUND
SPARTAN U.S. EQUITY INDEX FUND
SPARTAN U.S. GOVERNMENT MONEY MARKET FUND
SPARTAN U.S. TREASURY MONEY MARKET FUND