**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>            Defendants. | Civil Action No. 04cv11600 (NG) (MBB)<br><br>**Consolidated Case Nos.:**<br><br>04cv11642<br>04cv11709<br>04cv11735<br>04cv11812 |

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed, by and between undersigned counsel, that Plaintiffs in the above-captioned consolidated action, by their attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby voluntarily dismiss the action, including all claims against all parties, with prejudice, with all rights of appeal waived and with each party bearing its own costs, fees and expenses in this matter, and as to the proposed class, which has not been certified, without prejudice.

Dated: November 2, 2006

| | |
|---|---|
| **MOULTON & GANS, P.C.** | **GOODWIN PROCTER LLP** |
|    /s/   Nancy Freeman Gans<br>Nancy Freeman Gans (BBO #184540)<br>55 Cleveland Road<br>Wellesley, Massachusetts  02481<br>(781) 225-2246<br><br>*Liaison Counsel for Plaintiffs* |    /s/ James S. Dittmar<br>James S. Dittmar (BBO #126320)<br>Stuart M. Glass (BBO #641466)<br>Exchange Place<br>53 State Street<br>Boston, Massachusetts  02109<br>(617) 570-1000 |

| | |
|---|---|
| **MILBERG WEISS BERSHAD & SCHULMAN LLP**<br>Jerome M. Congress<br>Janine L. Pollack<br>One Pennsylvania Plaza<br>New York, New York  10119-0165<br>(212) 594-5300 | **MILBANK, TWEED, HADLEY & MCCLOY LLP**<br>James N. Benedict<br>Sean M. Murphy<br>C. Neil Gray<br>Robert R. Miller<br>One Chase Manhattan Plaza<br>New York, New York  10005<br>(212) 530-5000<br><br>*Attorneys for Defendants Fidelity Management & Research Company, FMR Co., Inc., FMR Corp., Fidelity Distributors Corporation, Edward C. Johnson 3d, Abigail P. Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds and Robert C. Pozen* |
| **STULL, STULL & BRODY**<br>Jules Brody<br>Mark Levine<br>6 East 45th Street<br>New York, New York  10017<br>(212) 687-7230 | **SULLIVAN, WEINSTEIN & MCQUAY**<br><br>       /s/ John S. Kiernan       <br>   Sandra Sue McQuay (BBO #340120)<br>   A. Lauren Carpenter (BBO #551258)<br>2 Park Plaza<br>Boston, Massachusetts  02116<br>(617) 348-4355 |
| **SCOTT + SCOTT, LLC**<br>Arthur L. Shingler, III<br>600 B Street, Suite 1500<br>San Diego, California  92101<br>(619) 233-4565<br><br>*Tri-Lead Counsel for Plaintiffs* | **DEBEVOISE & PLIMPTON LLP**<br>Woodrow W. Campbell, Jr.<br>John S. Kiernan<br>875 Third Avenue<br>New York, New York  10022<br>(212) 909-6000<br><br>*Attorneys for Independent Trustee Defendants (J. Michael Cook, Ralph F. Cox, Robert M. Gates, George H. Heilmeier, Donald J. Kirk, Marie L. Knowles, Ned C. Lautenbach, Marvin L. Mann, William O. McCoy, Gerald C. McDonough and William S. Stavropoulos)* |
| | **DECHERT LLP**<br><br>       /s/ Michael Shin       <br>   Michael Shin (BBO #658134)<br>200 Clarendon Street<br>Boston, Massachusetts  02110<br>(617) 728-7173 |

**DECHERT LLP**
Steven B. Feirson
Michael S. Doluisio
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania  19104-2808
(215) 994-4000

*Attorneys for Nominal Defendants Fidelity Funds*